United States District Court for the
District of Columbia

FILED
DEC - 2 2008
Clerk, U.S. District and
Bankruptcy Courts

AMMAR AL-BALUCHI,
   Aka, ALI ABDUL AZIZ ALI,

   Petitioner,

v.

ROBERT M. GATES, SECRETARY OF DEFENSE,
COMMANDER, JOINT TASK FORCE, GTMO,
COMMANDER, PRISON CAMP, GTMO,

   Respondents.

Case: 1:08-cv-02083
Assigned To : Friedman, Paul L.
Assign. Date : 12/2/2008
Description: Habeas Corpus/2255

Leave to file without
Prepayment of Cost **GRANTED**
*Royce C. Lamberth*
U.S.D.J. 12/2/08

## PETITION FOR A WRIT OF *HABEAS CORPUS* PURSUANT TO 28 U.S.C. §2241

Petitioner, Ammar Al-Baluchi, aka Ali Abdul Aziz Ali, is a prisoner at the United States Naval Station located at Guantánamo Bay, Cuba. Petitioner's ISN Number is 10018. The undersigned serves as Petitioner's counsel pursuant to Petitioner's May 26, 2008 and July 14, 2008 letters retaining the undersigned as Petitioner's counsel.[1] Petitioner brings this action under section 2241(e) of Title 28 of the United States Code seeking determination of the legality of Petitioner's detention.

Petitioner is not serving a sentence. Petitioner maintains his innocence of all wrongdoing. To the best of the undersigned's knowledge, Petitioner has not

---

[1] Copies of Petitioner's May 26, 2008 and July 14, 2008 retention letters to the undersigned are available, to be filed under seal and *ex parte*, for the Court's *in camera review*.

RECEIVED
NOV   2008
Clerk, U.S. District and
Bankruptcy Courts

1

filed a petition seeking a writ of *habeas corpus* in this, or any other court. Petitioner is being held in violation of the Constitution and laws of the United States, as well as the international law of armed conflict. In bringing this action, Petitioner does not waive any right that he may otherwise have to any other relief.

Respectfully submitted,

*[signature]*

Scott L. Fenstermaker, Esq.[2]
The Law Offices of Scott L. Fenstermaker, P.C.
300 Park Avenue, 17th Floor
New York, New York 10022
212-302-0201
*Attorney for Petitioner*

Dated:    November 13, 2008

---

[2] Pursuant to Local Civil Rule 83.2(g). Motion attached.

United States District Court for the
District of Columbia

AMMAR AL-BALUCHI,
    Aka ALI ABDUL AZIZ ALI,

                Petitioner,                              08-_____

        v.

ROBERT M. GATES, SECRETARY OF DEFENSE,
COMMANDER, JOINT TASK FORCE, GTMO,
COMMANDER, PRISON CAMP, GTMO,

                Respondents.

**DECLARATION OF SCOTT L. FENSTERMAKER
IN SUPPORT OF MOTION FOR WAIVER OF
FEES AND TO APPEAR PURSUANT TO LOCAL
CIVIL RULE 83.2(g)**

I, Scott L. Fenstermaker, declare:

1. I am the owner of the Law Offices of Scott L. Fenstermaker, P.C., 300 Park Avenue, 17th Floor, New York, New York 10022. I am a member of the Bar of the State of New York and am admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the Second Circuit and the District of Columbia Circuit, and the United States Supreme Court. I represent Petitioner Ammar al-Baluchi, aka Ali Abdul Aziz Ali, and submit this declaration in support of his motion for waiver of fees in this matter and in support of my application to appear in this matter pursuant to Local Civil Rule 83.2(g).

FILED
08 2083   DEC - 2 2008
Clerk, U.S. District and
Bankruptcy Courts

2. Petitioner is imprisoned at the United States Naval Station at Guantánamo Bay, Cuba. He has been imprisoned at Guantánamo Bay, Cuba since on or about September of 2006. Prior to that he was held at undisclosed locations throughout the world by the United States Central Intelligence Agency. It is unknown how long he was held by the Central Intelligence Agency.

3. In this action, brought pursuant to 28 U.S.C. §2241(e), Petitioner seeks a determination that his detention by the United States government is unlawful.

4. I am representing Petitioner on a *pro bono* basis in this action and have not received compensation of any kind for my representation of Petitioner.

5. During his imprisonment, Petitioner has had no opportunity to earn income and has not received any income or property from any source. On information and belief, Petitioner does not own significant real estate, cash, stocks, securities, automobiles or other investments of any value whatsoever. Petitioner has not been able to provide support to his dependents, if any, since his imprisonment.

6. In my opinion, Petitioner is unable to pay docketing or other fees associated with the instant litigation.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2008 in New York, New York.

_____
Scott L. Fenstermaker, Esq.
The Law Offices of Scott L. Fenstermaker, P.C.
300 Park Avenue, 17th Floor
New York, New York 10022
212-302-0201

3

United States District Court for the
District of Columbia

**AMMAR AL-BALUCHI,
Aka ALI ABDUL AZIZ ALI**

      Petitioner,                                             08-_____

      v.

**ROBERT M. GATES, SECRETARY OF DEFENSE,
COMMANDER, JOINT TASK FORCE, GTMO,
COMMANDER, PRISON CAMP, GTMO,**

      Respondents.

## DECLARATION OF SERVICE

SCOTT L. FENSTERMAKER, ESQ., an attorney at law admitted to practice before the Courts of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the Second Circuit and the District of Columbia Circuit and the United States Supreme Court, being duly sworn, deposes and says:

I served the attached Petition for a Writ of *Habeas Corpus*, Motion for Waiver of Fees and to File Notice of Appearance Pursuant to Local Civil Rule 83.2(g), November 12, 2008 Declaration of Scott L. Fenstermaker, Esq., and Civil Cover sheet on the following by mailing the same, via first class mail, postage paid on November 14, 2008 to the addressees listed below:

08 2083

**FILED**

DEC - 2 2008

Clerk, U.S. District and
Bankruptcy Courts

1

| | |
|---|---|
| Hon. Michael B. Mukasey, Esq.<br>United States Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530 | Hon. Robert M. Gates<br>Secretary of Defense<br>1000 Defense Pentagon<br>Washington, DC 20301 |
| Daniel J. Dell'Orto, Esq.<br>Acting General Counsel<br>Department of Defense<br>1600 Defense Pentagon<br>Washington, DC 20301 | Civil Process Desk<br>Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| Office of the United States Attorney<br>555 4th Street, NW<br>Washington, DC 20530 | Commander, JTF, GTMO<br>JTF GTMO SJA<br>APO AE 09360 |
| Commander, Prison Camp, GTMO<br>JTF GTMO SJA<br>APO AE 09360 | |

_____
Scott L. Fenstermaker, Esq.

Dated:   November 14, 2008

2