**FILED**

DEC - 2 2008

Clerk, U.S. District and
Bankruptcy Courts

United States District Court for the
District of Columbia

**AMMAR AL-BALUCHI,**
    **Aka ALI ABDUL AZIZ ALI,**

          Petitioner,

v.

**ROBERT M. GATES, SECRETARY OF DEFENSE,
COMMANDER, JOINT TASK FORCE, GTMO,
COMMANDER, PRISON CAMP, GTMO,**

          Respondents.

Case: 1:08-cv-02083
Assigned To : Friedman, Paul L.
Assign. Date : 12/2/2008
Description: Habeas Corpus/2255

**MOTION FOR WAIVER OF FEES AND TO FILE
NOTICE OF APPEARANCE PURSUANT TO
LOCAL CIVIL RULE 83.2(g)**

Petitioner, Ammar Al-Baluchi, aka Ali Abdul Aziz Ali, is a prisoner at the United States Naval Station located at Guantánamo Bay, Cuba. The undersigned is an attorney in private practice in New York, New York and serves as counsel to and attorney for Petitioner pursuant to Petitioner's May 26, 2008 and July 14, 2008 letters from Petitioner to the undersigned retaining him as Petitioner's attorney. Since in or about September of 2006, Petitioner has been imprisoned by Respondents at the United States Naval Station at Guantánamo Bay, Cuba as an "enemy combatant." Prior to his detention at Guantánamo Bay, Cuba, Petitioner was held in the custody and control of the United States Central

**RECEIVED**

NOV 1 - 2008

Clerk, U.S. District and
Bankruptcy Courts

1

Intelligence Agency at an undisclosed location or locations. It is unknown how long Petitioner was held in the custody of the Central Intelligence Agency.

During his imprisonment, Petitioner has had no opportunity to earn income, has not received any income or property from any source, and is indigent and unable to pay a docketing fee or post a bond in relation to this matter. *See* Declaration of Scott L. Fenstermaker in Support of Motion for Waiver of Fees and to Appear Pursuant to Local Civil Rule 83.2(g) (attached). Petitioner is currently unemployed and, as result of his detention, is unable to seek employment. Petitioner does not have a checking or savings account or, if he does, does not have any meaningful access to the funds contained in his account(s) as a result of his status as a detainee at Guantánamo Bay, Cuba. Petitioner does not own any real estate, stocks, bonds, securities, or other financial instruments, automobiles or anything else of value. Petitioner seeks a waiver of all fees relating to the instant petition.

The undersigned seeks permission to appear as attorney of record for the Petitioner herein pursuant to Local Civil Rule 83.2(g). *See* Declaration of Scott L. Fenstermaker in Support of Motion for Waiver of Fees and to Appear Pursuant to Local Civil Rule 83.2(g) (attached). The undersigned is representing the Petitioner on a *pro bono* basis.

Respectfully submitted,

*[signature: Scott L. Fenstermaker]*

Scott L. Fenstermaker, Esq.
The Law Offices of Scott L. Fenstermaker, P.C.
300 Park Avenue, 17th Floor
New York, New York 10022
212-302-0201
*Attorney for Petitioner*

Dated:    November 13, 2008