IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: <br> GUANTANAMO BAY <br> DETAINEE LITIGATION | ) <br> ) Misc. No. 08-442 (TFH) <br> ) <br> ) Civil Action No. 08-2083 <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Respondents:

> JONATHAN S. NEEDLE
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch
> 20 Massachusetts Ave., N.W.
> Room 7109
> Washington, D.C. 20530
> (202) 305-0037
> E-mail: jonathan.needle@usdoj.gov

Dated: December 22, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

  /s/ Jonathan S. Needle
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
ANDREW I. WARDEN
JONATHAN S. NEEDLE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

-1-

P.O. Box 883
Washington, DC 20044
Tel: (202) 305-0037
Fax: (202) 616-8470

Attorneys for Respondents