IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMMAR AL-BALUCHI,            )<br>                                              )<br>           Petitioner,            )<br>                                              )     Civil Action No. 08-CV-2083 (PLF)<br>     v.                                    )<br>                                              )<br>ROBERT M. GATES, *et al.*,  )<br>                                              )<br>           Respondents.         )<br>                                              ) | |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of respondents in the above-captioned case:

> TERRY M. HENRY
> U.S. Department of Justice
> Civil Division
> Federal Programs Branch
> Room 7212
> 20 Massachusetts Ave., N.W.
> Washington, D.C. 20530
> Tel. (202) 514-4107

Dated: January 4, 2008                    Respectfully submitted,

                                                        /s/ *Terry M. Henry*
                                        JOSEPH H. HUNT (D.C. Bar No. 431134)
                                        VINCENT M. GARVEY (D.C. Bar No. 127191)
                                        TERRY M. HENRY
                                        Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        P.O. Box 883
                                        Washington, DC  20044
                                        Tel:  (202) 514-4107

                                        Attorneys for Respondents