## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

---

MUSTAFA BIN-AHMAD AL-HAWSAWI,

        Petitioner,                    Civil Docket Number 08-cv-1645 (RJL)

        v.

ROBERT M. GATES, *et. al.*

        Respondents.

---

AMMAR AL-BALUCHI,

        Petitioner,                    Civil Docket Number 08-cv-2083 (PLF)
                                                                  Misc. No. 0442-08

        v.

ROBERT M. GATES, et. al.

        Respondents.

---

## PROPOSED ORDER

Upon a reading of the motion of Scott L. Fenstermaker, Esq. for miscellaneous relief, Respondents' opposition thereto, and Mr. Fenstermaker's reply, the Court hereby

**ORDERS** that an injunction shall issue prohibiting further action on Petitioners Mustafa Bin-Ahmad al-Hawsawi's and Ammar al-Baluchi's military commissions' matter until such time as Petitioners' chosen counsel, Scott L. Fenstermaker, Esq., can appear thereat; and it is further

**ORDERED** that Mr. Fenstermaker be immediately afforded access to the legal mail system in place at Guantánamo Bay; and it is further

**ORDERED** that the military commissions' judge presiding over Petitioners' military commissions' matter either (a) accept Mr. Fenstermaker's notices of appearance on behalf of both petitioners, or (b) reject Mr. Fenstermaker's notices of appearance on behalf of petitioners on the public military commissions' record and in the presence of petitioners.

February ___, 2009

Thomas F. Hogan<br>
United States District Judge