IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT - 1 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| AMMAR AL-BALUCHI, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 08-2083 (PLF) |
| ROBERT M. GATES, Secretary of Defense, *et al.*, | ) |
| Respondents. | ) |

[PROPOSED] ORDER

HAVING CONSIDERED Respondents' Unopposed Motion for Extension of Time to File Response to Motion for Miscellaneous Relief, it is hereby this 15 day of October, 2009,

ORDERED that the Government shall file its response to Attorney Scott L. Fenstermaker's Motion for Miscellaneous Relief (Dkt. No. 83) on or before October 5, 2009.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE