## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMMAR AL-BALUCHI ) <br> a/k/a Ali Abdul Aziz Ali, ) <br> ) <br>     Detainee, United States Naval Station at ) <br>     Guantánamo Bay, Cuba, Petitioner, ) <br> ) <br> v. ) <br> ) <br> ROBERT M. GATES, et al., ) <br> ) <br>     Respondents. ) | Misc. No. 08-0442 (TFH) <br><br><br><br> Civil Action No. 08-2083 (PLF) |

### MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

    Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage, and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government.  In consideration for the disclosure of classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word, conduct, or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the TS/SCI Protective Order entered in the United States District Court for the District of Columbia in the above-captioned case.

(2)    I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3)    I have received, read, and understand the TS/SCI Protective Order entered by the United States District Court for the District of Columbia in the above-captioned case, and I agree to comply with the provisions thereof.

January 24, 2012                              /s/   *Karen M. Wilkinson*
                                              KAREN M. WILKINSON (LCvR 83.2(e), (g))
                                              Assistant Federal Public Defender
                                              Office of the Federal Public Defender,
                                                      District of Arizona
                                              850 West Adams, Suite 201
                                              Phoenix, Arizona  85007
                                              Telephone: (602) 382-2700; Fax: (602) 382-2800
                                              Email:  karen_wilkinson@fd.org

                                              Counsel for Petitioner Ammar Al-Baluchi

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the TS/SCI Protective Order first entered on January 7, 2009, in the United States District Court for the District of Columbia in case numbers 06-cv-1690, 08-cv-1207, 08-cv-1360, and 08-cv-2083, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the TS/SCI Protective Order. The undersigned acknowledges that his/her duties under the TS/SCI Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

January 24, 2012
/s/   *Karen M. Wilkinson*
KAREN M. WILKINSON (LCvR 83.2(e), (g))
Assistant Federal Public Defender
Office of the Federal Public Defender,
    District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona  85007
Telephone: (602) 382-2700; Fax: (602) 382-2800
Email:  karen_wilkinson@fd.org

Counsel for Petitioner Ammar Al-Baluchi