UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMMAR AL-BALUCHI<br>a/k/a Ali Abdul Aziz Ali,<br><br>      Petitioner,<br><br>      v.<br><br>MARK T. ESPER,<br>Secretary of Defense, et al.,<br><br>      Respondents. | Civil Action. No. 08-2083 (PLF) |

## ORDER

For the reasons set forth in the Opinion issued this same day, the Court denies petitioner Ammar al-Baluchi's motion [Dkt. No. 200] to enjoin the proceedings of his military commission and grants respondents' cross motion [Dkt. No. 204] to hold these habeas proceedings in abeyance pending completion of the military commission. Accordingly, it is hereby

ORDERED that petitioner Ammar al-Baluchi's motion to enjoin the proceedings of his military commission [Dkt. No. 200] is DENIED; it is

FURTHER ORDERED that respondents' motion to hold in abeyance the habeas corpus proceedings in this court [Dkt. No. 204] is GRANTED; it is

FURTHER ORDERED that all habeas corpus proceedings in this Court are STAYED until further order of this Court, including the following motions: Dkt. Nos. 125, 152, 155, 156, 157, and 160; and it is

FURTHER ORDERED that the parties shall notify this Court within 30 days of the conclusion of the military commission; the imposition of any sentence, if applicable; and the filing and resolution of any appeal, if applicable.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  July 29, 2019