P. 1/2

CR-133-AAA

**Attorney-Client Privilege**

UNCLASSIFIED

END OF MAY EARLY JUNE 2003

Head Trauma (Injury) Incident 1

At the CIA Black site, In the very first days After U.S. Gov. Agents shaved my Head, Then they smashed my Head against the wall repeatedly......

It continued until I lost count at each session. As my Head was being Hit each time, I would see sparks of lights in my Eyes, As the Intensity of these sparks were increasing as a result of repeated hitting Then all of sudden I felt a strong Jolt of Electricity in my Head then I couldn't see Anything everything went Dark and I Passed out.

Next thing I found my self in a different Place suspended to the ceiling in a Dark Cold Cell. I dont know for how many Hours I was unconscious. Naked while my legs were swollen as a result of extended standing. My legs couldn't support my body, the Handcuffs were cutting my wrists which were Pulled over above my Head. A very sharp throbing Pain in my Head. There was an Extremely loud and disturbing Music with a mixture of grating screeching shrill sounds cutting into my Ears Pounding my mind As every now and then an agent would come

**Attorney-Client Privilege**

P. 2/2

Attorney-Client Privilege

UNCLASSIFIED

Continued "Head Injury Incident 1"

And hit the steel Door with a metal Bar in his/her hands making verbal threats Pointing to the metal Bar in addition to flashing a sharp light into my face. And when I indicate that I need water to drink Someone would come and stand at the doorstep holding a cup/container of water showing it To me then he or she would spill it on the floor and leave.

After this Particular Head Injury Incident I lost my ability to sleep ever since. I was not able to have a normal or Deep sleep. I am still reliving the nightmares of this incident every night everytime I try to close my eyes it just Pops up And this was just one among many incidents.

AMMAR AL-BALUCHI

GUANTANAMO BAY

6th AUG 2015

Attorney-Client Privilege

UNCLASSIFIED//FOR PUBLIC RELEASE

CR-147-AAA

LAWYER-CLIENT PRIVILEGED COMMUNICATION UNDER M.C.R.E.502
- FOR DELIVERY TO DETAINEE
UNCLASSIFIED

Ammar Al-Baluchi; ISN 10018
Attorney James G. Connell, III

DEC 2015

Classification of my suffering & Pain from torture

The U.S. Gov. went to employ extreme measures to overclassify everything they did with regard to torture which Ironically Proved in Bold that the Torture Program was state sponsored up to President and Vice President, executive Branch and other Branches of US Gov. which also Proves it was systematic Not random. So there goes the accountability, it should start from the Top Not the otherway.

The result of overclassification is that my memories are classified, my thoughts are classified, my Pain and suffering is classified my Post torture (Post trauma) symptoms are classified. therefore there was No chance for me to obtain effective Treatment and there was No chance what so ever to get rehabilitation even after over 12 years of the Initial Trauma (torture) but Instead I was and still am subjected to retraumatization on daily bases every day for more than 4,500 days in row, every day I am subjected to multiple aspects of my torture, every day I am exposed to multiple reminders of my torture, And this is NOT happening randomly but systimatically

LAWYER-CLIENT PRIVILEGED COMMUNICATION UNDER M.C.R.E.502
- FOR DELIVERY TO DETAINEE
UNCLASSIFIED

by
Ammar AL-Baluchi
DEC 2015

page 1 of 1

Filed with TJ
22 September 2017

Appellate Exhibit 200MM (AAA)
Page 1 of 31

UNCLASSIFIED//FOR PUBLIC RELEASE

Page 3

LAWYER-CLIENT PRIVILEGED COMMUNICATION UNDER M.C.R.E.502
- FOR DELIVERY TO DETAINEE
UNCLASSIFIED

Ammar Al-Baluchi; ISN 10018
Attorney James G. Connell, III

Doctors of the Dark sites

DEC 5th, 2015
by Ammar Al-Baluchi

When I was suspended to the cieling there were 20 or more elements at play but before I get into that let me stop. When you read the list of EIT (there are more stuff which were never mentioned in the list) for example you would find prolonged standing or even suspention and it misleads to think that the US Gov agents were using one torture method at a time. Now back to suspention, I wasn't just being suspended to the cieling, I was naked, starved, dehydrated, cold hooded, verbally threatened, in pain from the beating and waterdrowning as my head smashed by hitting against the wall for Dozen and Dozen of times my ears were exploding from the Blasting harsh music (which is still stuck in my Head) sleep deprived for weeks, I was shacking and trembling my legs barely supported my weight as my Hands were pulled even higher above my Head after I complained that the Handcuffs were so tight as if cutting through my wrist, then my legs start to swollow as a result of long suspention, I start screaming and the Doctor came with a tape ~~pressure~~ measure, wrapped it around my leg and to my utmost shock the Doctor told the Interrogators No that wasn't enough and my leg should get more swollen !!

LAWYER-CLIENT PRIVILEGED COMMUNICATION UNDER M.C.R.E.502
- FOR DELIVERY TO DETAINEE
UNCLASSIFIED

Filed with TJ
22 September 2017

Appellate Exhibit 200MM (AAA)
Page 1 of 31

UNCLASSIFIED//FOR PUBLIC RELEASE

Page 4

CR-157-AAA

The ▮▮▮ held me first in ▮▮▮, where they used their fists and cricket bats to force me to talk. After days of standing blindfolded they moved me to another location to be interrogated from well before the sun came up to well after it went down. I felt as if someone outside was manipulating the interrogators. The ▮▮▮ took me to ▮▮▮, where I spent one day before I was taken to ▮▮▮. This is when I knew others had been manipulating the ▮▮▮ interrogators. ▮▮▮ was another place of complete darkness, where I was naked, thirsty, starving, and shackled while suspended from the ceiling and waiting for them to come for me with more questions. When they did come, I was taken to a room so bright it hurt to open my eyes. The difference here between the complete darkness of my cell and the harsh, extreme light of the interrogation room have caused me to feel pain to this day when I am exposed to the brightness of sunlight or other bright lights.

After the place of darkness was the place of sterile, white light, ▮▮▮. Here I they blazed light that was bright and intense because of the sterile white of the walls, floors and ceilings. Here it felt as if I was "living in a refrigerator." Here I finally had clothes, short pants and a blanket, which was not enough to ward off the cold of this place.

Next was ▮▮▮, a place where they used drugs to make me hallucinate and music to disorient me. The music made the effects of the drugs more intense. There were constant threats that I would be returned to ▮▮▮ and to the sterile white rooms. Here in ▮▮▮, the interrogators played a game of good cop, bad cop. I spent my days and nights listening to the sounds of others being tortured with the lights always on, not bright, not dim, just on.

Next was ▮▮▮, another place of constant light, light that I was told was to provide me with Vitamin D because I had not seen the sun for a very long time. It was here that I saw everyday the hooks on the floor and the ceiling to remind me of the places before where I was chained to the floor or suspended from the ceiling. It was here that manipulation of time was used to ensure that I never knew when to pray, whether it was day or night or even what day it was on the calendar.

In many of the places that I was held I saw the same people, who interrogated me, and in other places new interrogators were present, but there were ones who always seemed to reappear at some point. In some places I could communicate with the others held, while in others harsh punishments were dealt to anyone caught talking or communicating with anyone else being held. Sometimes I saw or heard the same people being held with me that I had known from the other places I was held. At other times I would not see or hear another person that I had been held with previously for weeks or months at a time.

In ▮▮▮, two other brothers who had been held incommunicado for the previous year had been caught communicating. One brother was sent to another continent to be held alone and unable to have any human contact for months, while the other remained in ▮▮▮.

Filed with TJ
22 September 2017

Appellate Exhibit 200MM (AAA)
Page 1 of 31

UNCLASSIFIED//FOR PUBLIC RELEASE

Page 5

UNCLASSIFIED

CR-157-AAA

Years later I still have trigger responses to sounds and scents among other things. The intense feelings of the torture flood in and are often unexpected when they come. The threats and the fear continue to plague me daily making it difficult to not remember the torture that I still endure.

UNCLASSIFIED

Filed with TJ
22 September 2017

Appellate Exhibit 200MM (AAA)
Page 1 of 31

UNCLASSIFIED//FOR PUBLIC RELEASE

Page 6

CR-161-AAA

Attorney-Client Privilege Materials

### The Integral role of music in torture

I believe that I was drugged at the black site against my will, but without my knowledge as well. During that time, I wasn't provided with food. But occasionally, they used to offer some nutritional drink under strange circumstances, which would involve a psych doctor administering how I drink it. I would have to do it in front of him. Right after I would drink, I started feeling a weird sensation – it altered my thinking process, and I would start hearing and seeing things in a very harsh, graphic way. I would see people, colors, Sounds and sites. As if that wasn't enough, I would be taken to a room where I would be suspended from the ceiling, my hands above my head. I was completely naked. It was very cold. Even that wasn't enough for them, so they added the element of blasting music 24/7, nonstop, for months and months. The lyrics of the music were so harsh, especially under forced or induced hallucination. Among the many things that were going through my mind was the conviction that I was about to be killed. It was just a matter of when. I was counting every second, every minute, and on many occasions I thought I was already dead. I had to go through an effort every time, every moment, to know if I was dead or alive. Until this day, those lyrics are stuck in my head. I keep hearing them in wakefulness and in sleep. To this day, there are many triggers that throw me back into that miserable state.

For example, one of the lyrics that had a very harmful effect on me (which was one among many), it made me feel like my torturer was standing at the door with a microphone, repeating the words - it didn't sound like a song at all. That Individual used to shout at me saying:

" KILL YOU .   KILL YOU .   F*** YOU .   F*** YOU"

"I know why you blame me. I know why you plague me."

Then, "Kill you, kill you, f- you, f- you." Then "I will never be you. I can't f-ing take it anymore. , and now it's a f-ing war."
Then "If You f-ing touch me, I'll rip you apart. I'll reach in and take a bite about of that shit you call a heart. The only thing you really know about me is that's all you'll ever know."
The line that made me feel like they'll never stop the torture: "I haven't seen any reason to stop it, I can't just drop it, I'm just a bastard."
And then again, "Kill you, kill you, f-you, f-you, I will never be you. I know why you blame me, I know why you plague me."

This was playing in my head all these years. I was struggling at that time, with whether this was my torturer talking to me, or whether it could be music. It is one among many voices that still plays nonstop in my head.

Quite recently, I stumbled upon/heard this song called "My Plague" by Slipknot. And I suddenly made the connection that this was in fact, one of the songs I was tortured with, along with other techniques.

Attorney-Client Privilege Materials

Filed with TJ
22 September 2017

Appellate Exhibit 200MM (AAA)
Page 1 of 31

UNCLASSIFIED//FOR PUBLIC RELEASE

Page 7

UNCLASSIFIED//FOR PUBLIC RELEASE

Attorney - Client Privileged Communication

CR - 149 - AAA

UNCLASSIFIED

DEC 1st, 2015

Misdefining The Torture Techniques

unfortunately the Torture Techniques are not still understood by renaming them in a benign or waterdownded definitions which is completely misleading.

for example when they say "walling" its in reality Head smashing where they tie something around my neck to gain full control of my head in order to smash it and hit it against the wall repeatedly for dozen and dozen of times.

By

Ammar Al-Baluchi
Gitmo
DEC 2015

page 1 of 1

Attorney - Client Privileged Communication

Filed with TJ
22 September 2017

Appellate Exhibit 200MM (AAA)
Page 1 of 31

UNCLASSIFIED//FOR PUBLIC RELEASE

Page 8

CR-129

The following statements are response from ISN 10018 Ammar al Baluchi to questions propounded by the media. They are intended for release to the media. If any item is classified, please highlight the classified portion so that it may be redacted. A general statement of the classification of the document is not sufficient for this purpose.

Question #1: Water

To me, what my torturers did was not a technique, because they never did just one thing. They starved me, and froze me, and cut me off from my family, and threatened me, and handcuffed me naked for days or even months in painful positions, all at the same time.

The worst single thing involving water was when they would drown me in ice water. My torturers placed me in the middle of a sheet; I know now it is called a tarpaulin. They beat and punched me until I fell onto the sheet, and they turned me onto my back. Four masked men each picked up one corner of the sheet, so I was in the middle. They poured water with ice in it on my face; I was extremely cold and naked anyway, and the ice water was indescribably painful. While one man poured ice water on my face, the four men at the corners of the sheet would raise and lower the corners to move the ice water to different parts of my body. They would let the pooled water move away from my chest, then lift the corners to cover my torso with ice just as they started pouring the ice water again, so that I would try to suck in air, but breathe the water instead. I was sure they were going to finally kill me and wrap me up in the sheet.

CR-130

The following statements are response from ISN 10018 Ammar al Baluchi to questions propounded by the Al media. They are intended for release to the media. If any item is classified, please highlight the classified portion so that it may be redacted. A general statement of the classification of the document is not sufficient for this purpose.

Question #3: Sleep

While I was starving, near-freezing, naked, and cut off from my family, my torturers would keep me awake for days at a time. They would tell me I was not allowed to sleep, and that they would beat me if I slept. They would handcuff or tie me into a painful position, but I would try to fall asleep even in that position. Whenever I started to fall asleep, they would open the door, rush in, and beat me. Whenever I heard someone at the door, I knew it was to beat me for falling asleep. Then they would warn me not to fall asleep again, and leave me again in a painful position.

From all the beatings, I learned that sleep meant pain. Not only did they not let me sleep, they trained me to keep myself awake.

The lights here at Guantanamo are turned down but never off, so I am constantly in light just like in CIA times. I flash with fear whenever I hear the door open, because of all the times the opening door meant a fresh beating. Often, when I start to fall asleep, I jerk myself awake with the old fear that I will be beaten.

I haven't slept properly since I was first abducted over twelve years ago. I can sleep for a short time, but my sleep is short and shallow. Because I can never sleep properly, I feel I can't be fully awake. It is like the worst jet lag anyone has ever had, and it goes on year after year.

UNCLASSIFIED

CR-131

The following statements are response from ISN 10018 Ammar al Baluchi to questions propounded by the media. They are intended for release to the media. If any item is classified, please highlight the classified portion so that it may be redacted. A general statement of the classification of the document is not sufficient for this purpose.

Question #10: Statement to torturers

I want my torturers to know that I do not hold any grudges against them. I saw how much they suffered for what they did to me. Sometimes they suffered more than I did, because I had Allah and they had nothing but their cruelty.

After especially vicious torture, the interrogators would come and talk to me like I was their friend. They asked who I thought they worked for. I said "FBI" and they nodded. Sometimes they even asked me for advice on the best way to torture me! I saw my torturers' humanity as well as their inhumanity.

My torturers sent many different people to talk to me, something like 150, at the different prisons I was in. They sent all kinds of specialists, like rocket experts to ask me about rockets. They even sent a dwarf to ask me about dwarfs in al Qaeda! I would talk to all of them, and tell them whatever they wanted to hear, to avoid more pain. The interrogators at Guantanamo prison were the same, just one more set of interrogators with hundreds of questions.

My torturers told me that there was nowhere I could go to escape them, and I would always be in their power. I read in the Torture Report that the CIA kept "operational control" of me at Guantanamo, and I have seen them interfere in my military commissions case. When I saw the CIA interpreter in the courtroom, I knew my torturers' promise was true.

UNCLASSIFIED

Page 9