# 1IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMMAR AL BALUCHI**<br>　　*Plaintiff*,<br><br>　　v.<br><br>**LLOYD J. AUSTIN III,**<br>**Secretary of Defense,** *et al.*,<br><br>　　*Respondents/Defendants*. | Civ. No. 08-CV-2083 (PLF) |

## ORDER

Upon consideration of Petitioner's Unopposed Extension of Time, it is hereby

ORDERED that Petitioner's Unopposed Extension of Time is GRANTED. Petitioner shall file his reply on or before May 27, 2022.

IT IS SO ORDERED, this 5th day of May, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　United States District Judge