IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMMAR AL BALUCHI**             )<br>*Plaintiff,*                             )<br>                                                 )<br>v.                                               )<br>                                                 )<br>**LLOYD J. AUSTIN III,**          )<br>**Secretary of Defense,** *et al.*,  )<br>                                                 )<br>*Respondents/Defendants.*    )<br>_____) | Civ. No. 08-CV-2083 (PLF) |

## ORDER

Upon consideration of Petitioner's Second Unopposed Request for Extension of Time, it is hereby ORDERED that Petitioner's Second Unopposed Request for Extension of Time is GRANTED. Petitioner shall file his reply on or before July 29, 2022.

IT IS SO ORDERED, this 26th day of May, 2022.

_____
PAUL L. FRIEDMAN
United States District Judge