IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMMAR AL BALUCHI<br>*Plaintiff,*<br><br>v.<br><br>LLOYD J. AUSTIN III,<br>Secretary of Defense, *et al.*,<br><br>*Respondents/Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civ. No. 08-CV-2083 (PLF) |

## ORDER

Upon consideration of Petitioner's Unopposed Extension of Time [Dkt. No. 241], it is hereby ORDERED that Petitioner's Unopposed Extension of Time is GRANTED. Petitioner shall file his reply on or before October 3, 2022.

IT IS SO ORDERED, this 6th day of September, 2022.

PAUL L. FRIEDMAN
United States District Judge