APPEAL,GITMO,STAYED,TYPE-G

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:08-cv-02083-PLF

AL-BALUCHI v. GATES et al
Assigned to: Judge Paul L. Friedman
 Case: 1:12-cv-00023-PLF
Case in other court: USCA, 23-05251
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 12/02/2008
Jury Demand: None
Nature of Suit: 530 Prisoner Petition:
General (Habeas Corpus)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**AMMAR AL-BALUCHI**
*also known as*
ALI ABDUL AZIZ ALI

represented by **Daniel L. Kaplan**
FEDERAL PUBLIC DEFENDER
Office of the Federal Public Defender,
District of Arizona
850 West Adams
Suite 201
Phoenix, AZ 85007
(602) 382-2700
Fax: (602) 382-2800
Email: dan.kaplan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C. Neville**
14 Vanderventer Avenue
Suite 115
Port Washington, NY 11050
(516) 883-5905
*TERMINATED: 03/15/2010*
*LEAD ATTORNEY*

**Jon M. Sands**
FEDERAL PUBLIC DEFENDER
Office of the Federal Public Defender,
District of Arizona
850 West Adams
Suite 201
Phoenix, AZ 85007
(602) 832-2700
Fax: (602) 382-2800
Email: jon_sands@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah S. Gannett**
OFFICE OF THE FEDERAL PUBLIC
DEFENDER
850 West Adams
Suite 201

Phoenix, AZ 85007
(602) 382-2862
Fax: (602) 382-2800
Email: sarah_gannett@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott L. Fenstermaker**
THE LAW OFFICES OF SCOTT L.
FENSTERMAKER, P.C.
300 Park Avenue
17th Floor
New York, NY 10022
(212)302-0201
Email: scott@fenstermakerlaw.com
*TERMINATED: 03/15/2010*
*LEAD ATTORNEY*

**Alka Pradhan**
MILITARY COMMISSIONS DEFENSE
ORGANIZATION
1620 Defense Pentagon
Washington, DC 20301
703-588-0446
Email: alka.pradhan.civ@mail.mil
*ATTORNEY TO BE NOTICED*

**Clive A. Stafford Smith**
Old Warren
Symondsbury
Bridport
United Kingdom of Great Britain and
Northern Irela
+447885649246
Email: clive@reprieve.org.uk
*ATTORNEY TO BE NOTICED*

**James G. Connell , III**
CONNELL LAW
PO Box 141
Cabin John, MD 20818
(703) 623-8410
Email: jconnell@connell-law.com
*ATTORNEY TO BE NOTICED*

**Karen M. Wilkinson**
FEDERAL PUBLIC DEFENDER
Office of the Federal Public Defender,
District of Arizona
850 West Adams
Suite 201
Phoenix, AZ 85007
(602) 382-2700
Fax: (602) 889-3960

Email: karen_wilkinson@fd.org
*TERMINATED: 02/17/2015*

V.

**Respondent**

**ROBERT M. GATES**                    represented by    **Terry Marcus Henry**
*Secretary of Defense*                                   DOJ-CIV
                                                         Civil Division, Federal Programs Branch
                                                         1100 L Street, NW
                                                         Room 7500
                                                         Washington, DC 20530
                                                         202-514-4107
                                                         Email: terry.henry@usdoj.gov
                                                         *LEAD ATTORNEY*

                                                         **Indraneel Sur**
                                                         U.S. DEPARTMENT OF JUSTICE
                                                         Federal Programs Branch
                                                         1100 L St. NW
                                                         Washington, DC 20530
                                                         202-616-8488
                                                         Email: Indraneel.Sur@usdoj.gov
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jonathan S. Needle**
                                                         U.S. DEPARTMENT OF JUSTICE
                                                         Federal Programs Branch
                                                         20 Massachusetts Avenue, NW
                                                         Washington, DC 20530
                                                         (202) 305-0037
                                                         Fax: (202) 616-8470
                                                         Email: jonathan.needle@usdoj.gov

                                                         **Julia Alexandra Heiman**
                                                         U.S. DEPARTMENT OF JUSTICE
                                                         Civil Division, Federal Programs Branch
                                                         Poc Agostinho, Jean
                                                         1100 L St., N.W.
                                                         Washington, DC 20530
                                                         202-616-8480
                                                         Email: julia.heiman@usdoj.gov

                                                         **Kristina Ann Wolfe**
                                                         U.S. DEPARTMENT OF JUSTICE
                                                         Civil Division, Federal Programs Branch
                                                         P.O. Box 883
                                                         Ben Franklin Station
                                                         Washington, DC 20044
                                                         (202) 353-4519
                                                         Email: kristina.wolfe@usdoj.gov

                                                         **Patrick D. Davis**

U.S. DEPARTMENT OF JUSTICE
Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 305-0879
Fax: (202) 616-8470
Email: patrick.davis2@usdoj.gov
*TERMINATED: 04/03/2015*

**Stephen McCoy Elliott**
U.S. DEPARTMENT OF JUSTICE
1100 L Street, N.W.
Washington, DC 20530
(202) 353-0889
Fax: (202) 616-8470
Email: stephen.m.elliott@usdoj.gov
*TERMINATED: 03/02/2012*

**Respondent**

**COMMANDER, JOINT TASK FORCE, GTMO**          represented by   **Terry Marcus Henry**
(See above for address)
*LEAD ATTORNEY*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan S. Needle**
(See above for address)

**Julia Alexandra Heiman**
(See above for address)

**Kristina Ann Wolfe**
(See above for address)

**Patrick D. Davis**
(See above for address)
*TERMINATED: 04/03/2015*

**Stephen McCoy Elliott**
(See above for address)
*TERMINATED: 03/02/2012*

**Respondent**

**COMMANDER, PRISON CAMP, GTMO**          represented by   **Terry Marcus Henry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Indraneel Sur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan S. Needle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Alexandra Heiman**
(See above for address)

**Kristina Ann Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick D. Davis**
(See above for address)
*TERMINATED: 04/03/2015*

**Stephen McCoy Elliott**
(See above for address)
*TERMINATED: 03/02/2012*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2008 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 0.00.) filed by AMMAR AL-BALUCHI. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 12/08/2008) |
| 12/02/2008 | 2 | MOTION for Leave to Proceed in forma pauperis by AMMAR AL-BALUCHI (jf, ) (Entered: 12/08/2008) |
| 12/02/2008 | | FIAT ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Signed by Chief Judge Royce C. Lamberth on 12/2/08. "Leave to file without prepayment of cost granted" by Chief Judge Royce C. Lamberth, U.S.D.J. (jf, ) (Entered: 12/08/2008) |
| 12/02/2008 | | NOTICE of Appearance pursuant to LCvR 83.2(g) by Scott L. Fenstermaker on behalf of AMMAR AL-BALUCHI. (See Docket Entry 2 to view document (jf, ) (Entered: 12/08/2008) |
| 12/15/2008 | | MINUTE ORDER: The Court ORDERS that (1) this case is consolidated under Miscellaneous Number 08-mc-442; (2) by December 22, 2008, the parties shall each file a concise report summarizing the status of this case; and (3) by February 16, 2008, Petitioner's counsel shall file a signed authorization from Petitioner to pursue this action or a declaration by counsel that states that Petitioner directly authorized counsel to pursue the action and explains why counsel was unable to secure a signed authorization. Additionally, the Court directs counsel to the Court's orders in 08-mc-442 that apply to all cases consolidated thereunder, including the Court's Minute Order of October 28, 2008. Signed by Judge Thomas F. Hogan on 12/15/08. (lctfh1) (Entered: 12/15/2008) |
| 12/17/2008 | | MINUTE ORDER: The Court ORDERS that the Case Management Order first entered on November 6, 2008, in 08-mc-442 (docket # 940), as amended by the Court's December 16, 2008, Order in 08-mc-442 (docket # 1315), shall govern habeas corpus proceedings in 08-cv-1828, 08-cv-1923, 08-cv-2019, and 08-cv-2083. Signed by Judge Thomas F. Hogan on 12/17/08. (lctfh1) (Entered: 12/17/2008) |
| 12/17/2008 | 3 | ORDER requiring joint filing regarding consolidation by January 5, 2009. Signed by Judge Thomas F. Hogan on 12/17/08. (lctfh1) (Entered: 12/17/2008) |

| 12/19/2008 | 4 | ORDER that, in the interest of facilitating Judge Hogan's case-coordination process, the Court will transfer this case to Judge Hogan for coordination and management as reflected in the July 1, 2008 Resolution of the Executive Session. Signed by Judge Paul L. Friedman on December 19, 2008. (MA) (Entered: 12/19/2008) |
|---|---|---|
| 12/21/2008 | 5 | STATUS REPORT *Petitioner's December 21, 2008 status report* by AMMAR AL-BALUCHI. (Fenstermaker, Scott) (Entered: 12/21/2008) |
| 12/22/2008 | 6 | NOTICE of Appearance by Jonathan S. Needle on behalf of ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO (Needle, Jonathan) (Entered: 12/22/2008) |
| 12/22/2008 | 7 | STATUS REPORT *in Response to Court's December 15, 2008 Order* by ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO. (Needle, Jonathan) (Entered: 12/22/2008) |
| 12/26/2008 | | MINUTE ORDER: The Court ORDERS that the minute order of December 15, 2008, is amended to the extent that, by February 16, 2009, Petitioner's counsel shall file a signed authorization from Petitioner to pursue this action or a declaration by counsel that states that Petitioner directly authorized counsel to pursue the action and explains why counsel was unable to secure a signed authorization. Signed by Judge Thomas F. Hogan on 12/25/08. (lctfh1) (Entered: 12/26/2008) |
| 12/26/2008 | | Set/Reset Deadlines: Signed authorization by petitioner's counsel due by 2/16/2009. (mm) (Entered: 12/29/2008) |
| 12/30/2008 | | MINUTE ORDER: By Wednesday, January 7, 2009, the petitioners shall file one consolidated response to the government's Motion To Confirm Designation Of Unclassified Factual Returns As Protected (docket # 1416, 08-mc-442). Signed by Judge Thomas F. Hogan on 12/30/08. (lctfh1) (Entered: 12/30/2008) |
| 12/30/2008 | 8 | MOTION for Extension of Time to *Comply with Case Management Orders Requiring Exculpatory Disclosures/Certifications* by ROBERT M. GATES, DAVID M. THOMAS, JR, GEORGE W. BUSH (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Needle, Jonathan) (Entered: 12/30/2008) |
| 12/31/2008 | | MINUTE ORDER: Because the government's Notice of Prior Disclosure of Exculpatory Evidence and Motion for Extension of Time (docket # 1431, 08-mc-442) and Motion for Extension of Time to Provide Discovery Pursuant to Amended Case Management Order Section I.E.1(3) (docket # 1432, 08-mc-442) are motions to amend the Case Management Order this Court entered on November 6, 2008, and amended on December 16, 2008, as well as case management orders entered by many of the Merits Judges, pursuant to this Court's order of December 16, 2008, the Merits Judges will address the motions in their individual cases. Accordingly, the Court ORDERS that the motions are DENIED in 08-mc-442. Signed by Judge Thomas F. Hogan on 12/31/08. (lctfh1) (Entered: 12/31/2008) |
| 12/31/2008 | 9 | ERRATA by GEORGE W. BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR (1431 in 1:08-mc-00442-TFH) MOTION for Extension of Time to *Comply with Case Management Orders Requiring Exculpatory Disclosures/Certifications* filed by GUANTANAMO BAY DETAINEE LITIGATION. (Attachments: # 1 Exhibit A (corrected))(Needle, Jonathan) (Entered: 12/31/2008) |
| 01/02/2009 | | MINUTE ORDER: The Court ORDERS that, by Friday, January 30, 2009, the government shall file factual returns for petitioners approved for transfer or release for whom the government has yet to file factual returns. The Court further ORDERS that, by Friday, February 27, 2009, the government shall file factual returns for petitioners charged with violations of the laws of war under the Military |

| | | |
|---|---|---|
| | | Commission Act of 2006 for whom the government has yet to file factual returns. Signed by Judge Thomas F. Hogan on 1/2/09. (lctfh1) (Entered: 01/02/2009) |
| 01/04/2009 | 10 | NOTICE of Appearance by Terry Marcus Henry on behalf of ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO (Henry, Terry) (Entered: 01/04/2009) |
| 01/07/2009 | 11 | PROTECTIVE ORDER FOR HABEAS CASES INVOLVING TOP SECRET/SENSITIVE COMPARTMENTED INFORMATION AND PROCEDURES FOR COUNSEL ACCESS TO DETAINEES AT THE UNITED STATES NAVAL BASE IN GUANTANAMO BAY, CUBA, IN HABEAS CASES INVOLVING TOP SECRET/SENSITIVE COMPARTMENTED INFORMATION. Signed by Judge Thomas F. Hogan on 1/7/09. (lctfh1) (Entered: 01/07/2009) |
| 01/08/2009 | | MINUTE ORDER: The Court ORDERS that all filings related to the November 6, 2008, Case Management Order, as amended by the Court's December 16, 2008, order ("Amended Case Management Order"), shall be filed in the individual civil case(s) to which they apply. For example, filings related to discovery, presumptions, use of hearsay, and extensions of time to comply with the Amended Case Management Order need not be filed in 08-mc-442. Signed by Judge Thomas F. Hogan on 1/8/09. (lctfh1) (Entered: 01/08/2009) |
| 01/09/2009 | 12 | ORDER amending the Protective Order for Habeas Cases Involving TOP SECRET/SENSITIVE COMPARTMENTED INFORMATION and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, in Habeas Cases Involving TOP SECRET/SENSITIVE COMPARTMENTED INFORMATION entered on January 7, 2009, and Amended Protective Order for Habeas Cases Involving TOP SECRET/SENSITIVE COMPARTMENTED INFORMATION and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, in Habeas Cases Involving TOP SECRET/SENSITIVE COMPARTMENTED INFORMATION (attached as Exhibit 1). Signed by Judge Thomas F. Hogan on 1/9/09. (lctfh1) (Entered: 01/09/2009) |
| 01/13/2009 | 13 | First MOTION for Preliminary Injunction by AMMAR AL-BALUCHI (Fenstermaker, Scott) (Entered: 01/13/2009) |
| 01/13/2009 | 14 | NOTICE of Proposed Order by AMMAR AL-BALUCHI (Fenstermaker, Scott) (Entered: 01/13/2009) |
| 01/13/2009 | 15 | AFFIDAVIT re 14 Notice of Proposed Order, 13 First MOTION for Preliminary Injunction by AMMAR AL-BALUCHI. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Text of Proposed Order Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I - Declaration, # 10 Exhibit Exhibit I - Motion, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L, # 14 Exhibit Exhibit M, # 15 Exhibit Exhibit N, # 16 Exhibit Exhibit O)(Fenstermaker, Scott) (Entered: 01/13/2009) |
| 01/14/2009 | 16 | ORDER directing the government to provide the Court with additional information. Signed by Judge Thomas F. Hogan on 1/14/09. (lctfh1) (Entered: 01/14/2009) |
| 01/14/2009 | | MINUTE ORDER: By 4:00 p.m. on Friday, January 30, 2009, the government shall reply to Press Applicants' Motion to Intervene for the Limited Purpose of Opposing Government's Motion to Confirm Designation of Unclassified Factual Returns as "Protected" (docket # 1526, 08-mc-442). Signed by Judge Thomas F. Hogan on 1/21/09. (lctfh1) (Entered: 01/21/2009) |

| 01/21/2009 | 17 | NOTICE of Appearance by Patrick D. Davis on behalf of JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, GEORGE WALKER BUSH, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, JAY HOOD, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO (Davis, Patrick) (Entered: 01/21/2009) |
| 01/21/2009 | 18 | NOTICE *of Filing of Detainee Information Pursuant to the Court's January 14, 2009 Order* by JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, |

DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, YOUNOUS CHEKKOURI, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Davis, Patrick) (Entered: 01/21/2009)

| | | |
|---|---|---|
| 01/22/2009 | [19](#) | NOTICE OF WITHDRAWAL OF APPEARANCE as to JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, BARACK OBAMA, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, B. OBAMA, BARACK OBAMA, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. |

| | | |
|---|---|---|
| | | MYERS, RICK BACCUS, TERRY CARRICO. Attorney Scott Michael Marconda terminated. (Marconda, Scott) (Entered: 01/22/2009) |
| 01/22/2009 | | MINUTE ORDER: In light of President Obama's recent suspension of military commissions prosecutions at Guantnamo, the petitioner's motion for miscellaneous relief, which includes a request for a temporary injunction of the military commissions proceeding against petitioner, is hereby DENIED as moot without prejudice to its being refiled. Signed by Judge Paul L. Friedman on January 22, 2009. (MA) (Entered: 01/22/2009) |
| 01/22/2009 | 20 | NOTICE *of Ex Parte Filing Under Seal of Detainee Information Pursuant to the Court's January 14, 2009 Order* by JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, YOUNOUS CHEKKOURI, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, BARACK OBAMA, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, B. OBAMA, BARACK OBAMA, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, |

| | | |
|---|---|---|
| | | BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO (Davis, Patrick) (Entered: 01/22/2009) |
| 01/25/2009 | 21 | First MOTION for Reconsideration *of This Court's January 22, 2009 Sua Sponte Denial of Petitioner's January 13, 2009 Motion for Miscellaneous Relief* by AMMAR AL-BALUCHI (Attachments: # 1 Text of Proposed Order Proposed Order Granting Reconsideration of Sua Sponte Denial of Motion for Miscellaneous Relief) (Fenstermaker, Scott) (Entered: 01/25/2009) |
| 01/30/2009 | 22 | Memorandum in opposition to re (88 in 1:05-cv-01623-RWR, 158 in 1:05-cv-02385-RMU, 17 in 1:08-cv-01828-RMU, 171 in 1:05-cv-02378-JDB, 131 in 1:05-cv-02380-CKK, 245 in 1:05-cv-00280-GK, 144 in 1:05-cv-02185-JR, 130 in 1:05-cv-00526-RMU, 66 in 1:08-cv-01238-RWR, 52 in 1:08-cv-01232-JR, 174 in 1:05-cv-01124-RMC, 117 in 1:05-cv-02199-HHK, 135 in 1:05-cv-02104-RBW, 194 in 1:05-cv-02384-RWR, 192 in 1:05-cv-00520-RMU, 442 in 1:02-cv-00828-CKK, 152 in 1:05-cv-01555-JR, 64 in 1:08-cv-01236-JDB, 346 in 1:04-cv-01194-HHK, 87 in 1:06-cv-01668-HHK, 139 in 1:05-cv-01607-RMU, 110 in 1:05-cv-01244-CKK, 57 in 1:08-cv-01104-CKK, 109 in 1:05-cv-00889-ESH, 403 in 1:04-cv-01254-HHK, 159 in 1:05-cv-00329-PLF, 87 in 1:06-cv-01758-RMC, 121 in 1:05-cv-01497-RCL, 140 in 1:05-cv-01487-RMC, 115 in 1:05-cv-00883-RBW, 175 in 1:04-cv-01164-RBW, 123 in 1:05-cv-00764-CKK-AK, 109 in 1:05-cv-01971-RMC, 88 in 1:07-cv-02338-HHK, 123 in 1:05-cv-01983-RMU, 131 in 1:05-cv-01347-GK, 145 in 1:05-cv-01504-RMC, 131 in 1:05-cv-00763-JDB, 55 in 1:08-cv-01224-RMC, 146 in 1:05-cv-00392-ESH, 145 in 1:05-cv-01490-PLF, 133 in 1:04-cv-02046-CKK, 204 in 1:05-cv-02367-RWR, 154 in 1:05-cv-01592-RCL, 110 in 1:05-cv-00877-JR, 167 in 1:05-cv-01601-GK, 71 in 1:08-cv-00987-JDB, 69 in 1:08-cv-01101-JDB, 124 in 1:05-cv-00748-RMC, 42 in 1:08-cv-01805-RMU, 93 in 1:06-cv-01761-ESH, 31 in 1:08-cv-01789-RWR, 85 in 1:05-cv-02387-RMC, 123 in 1:05-cv-00634-RWR, 99 in 1:05-cv-00998-RMU, 144 in 1:05-cv-00247-HHK, 118 in 1:05-cv-00892-CKK, 141 in 1:05-cv-02186-ESH, 135 in 1:05-cv-01638-CKK, 70 in 1:08-cv-01235-JDB, 104 in 1:05-cv-01645-PLF, 39 in 1:08-cv-01440-CKK, 170 in 1:05-cv-01220-RMU, 88 in 1:05-cv-01189-JR, 177 in 1:05-cv-00270-JR, 111 in 1:06-cv-01684-GK, 119 in 1:06-cv-01767-RMU, 192 in 1:05-cv-00023-RWR, 80 in 1:07-cv-01710-RBW, 72 in 1:08-cv-01153-HHK, 26 in 1:08-cv-02019-RBW, 123 in 1:06-cv-01690-RBW, 1526 in 1:08-mc-00442-TFH, 53 in 1:08-cv-01228-RMC, 128 in 1:05-cv-01678-GK, 51 in 1:08-cv-01221-CKK, 114 in 1:05-cv-00993-RMU, 70 in 1:08-cv-01233-ESH, 166 in 1:05-cv-01353-RMC, 905 in 1:05-cv-02386-RBW, 146 in 1:05-cv-00492-JR, 236 in 1:04-cv-02022-PLF, 122 in 1:05-cv-02379-JR, 90 in 1:08-cv-01360-RWR, 29 in 1:08-cv-01923-GK, 101 in 1:05-cv-01457-GK, 145 in 1:05-cv-02249-RMC, 149 in 1:05-cv-00359-GK, 132 in 1:05-cv-01506-RMC, 198 in 1:05-cv-01429-RMU, 165 in 1:05-cv-02479-HHK, 121 in 1:05-cv-01646-JDB) MOTION to Intervene *for the Limited Purpose of Opposing Government's Motion to Confirm Designation of Unclassified Factual Returns as "Protected"* filed by JAY HOOD, NELSON J. CANNON, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. |

CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, BARACK OBAMA, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, NELSON J. CANNON, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, B. OBAMA, BARACK OBAMA, JAY HOOD, MICHAEL I. BUMGARNER, MICHAEL I. BUMGARNER, GEORGE W. BUSH, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, JAY HOOD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICK BACCUS, TERRY CARRICO. (Berman, Julia) (Entered: 01/30/2009)

| 02/04/2009 | 23 | ERRATA -- *Corrections to Respondents' Exhibits to their January 21, 2009 Filing* by JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. |

RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, J. HOOD, NELSON J. CANNON, BARACK OBAMA, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, BARACK OBAMA, JAY HOOD, MICHAEL I. BUMGARNER, BARACK H. OBAMA, MICHAEL I. BUMGARNER, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICHARD B. MYERS, RICK BACCUS, TERRY CARRICO. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Davis, Patrick) (Entered: 02/04/2009)

| 02/04/2009 | [24] | NOTICE *of Ex Parte Filing Under Seal of Errata Concerning Respondents' January 22, 2009 Ex Parte Filing Under Seal* by JAY HOOD, JOHN D. ALTENBURG, JR, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, DONALD RUMSFELD, J. HOOD, NELSON J. CANNON, BARACK OBAMA, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, BRICE GYURISKO, BARACK OBAMA, JAY HOOD, MICHAEL I. BUMGARNER, BARACK H. OBAMA, MICHAEL I. BUMGARNER, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, GEORGE W. BUSH, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, HARRY B. HARRIS, JR, HARRY B. HARRIS, JR, HARRY B. HARRIS, JR, HARRY B. HARRIS, JR, DONALD RUMSFELD, GEORGE W. BUSH, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, JOHN DOE, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, UNITED STATES OF AMERICA, GEORGE W. BUSH, DONALD H. RUMSFELD, RICK BACCUS, TERRY CARRICO (Davis, Patrick) (Entered: 02/04/2009) |

| 02/09/2009 | 25 | Memorandum in opposition to re (1542 in 1:08-mc-00442-TFH) First MOTION for Reconsideration *of This Court's January 22, 2009 sua sponte order denying Petitioner's January 13, 2009 Motion for Miscellaneous Relief without prejudice*, (21 in 1:08-cv-02083-PLF) First MOTION for Reconsideration *of This Court's January 22, 2009 Sua Sponte Denial of Petitioner's January 13, 2009 Motion for Miscellaneous Relief* filed by ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO. (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 02/09/2009) |
|---|---|---|
| 02/12/2009 | 26 | REPLY to opposition to motion re 21 First MOTION for Reconsideration *of This Court's January 22, 2009 Sua Sponte Denial of Petitioner's January 13, 2009 Motion for Miscellaneous Relief* filed by AMMAR AL-BALUCHI. (Fenstermaker, Scott) (Entered: 02/12/2009) |
| 02/15/2009 | 27 | First MOTION for Leave to File *Letter from Petitioner to Counsel Under Seal for the Court's in camera and ex parte consideration* by AMMAR AL-BALUCHI (Attachments: # 1 Declaration Declaration in Support of Motion for an Order Directing Petitioner to file a document under seal, # 2 Text of Proposed Order Proposed Order)(Fenstermaker, Scott) (Entered: 02/15/2009) |
| 02/15/2009 | 28 | MEMORANDUM re Order,,, Order, by AMMAR AL-BALUCHI. (Attachments: # 1 Declaration Declaration in Support of Memorandum)(Fenstermaker, Scott) (Entered: 02/15/2009) |
| 02/17/2009 | 29 | AFFIDAVIT re 27 First MOTION for Leave to File *Letter from Petitioner to Counsel Under Seal for the Court's in camera and ex parte consideration*, 28 Memorandum *Supplemental Declaration in Support of Motion to File Document Under Seal and in Response to the Court's December 15, 2008, December 26, 2008, and December 29, 2008 orders* by AMMAR AL-BALUCHI. (Fenstermaker, Scott) (Entered: 02/17/2009) |
| 02/27/2009 | | MINUTE ORDER: On Thursday, March 26, 2009, at 2:00 pm, the parties shall appear for a hearing on Respondents' Motion to Confirm Designation of Unclassified Factual Returns as "Protected" (docket #1416, 08-mc-0442) AND Press Applicants' Motion to Intervene for the Limited Purposes of Opposing Government's Motion to Confirm Designation of Unclassified Factual Returns as "Protected" (docket #1526, 08-mc-0442) in Courtroom 25A before Judge Thomas F. Hogan. Each party (Petitioners, Respondents, and Press Applicants) shall designate one counsel to speak on their behalf. Signed by Judge Thomas F. Hogan on 2/27/09. (lctfh1) (Entered: 02/27/2009) |
| 02/27/2009 | 30 | MOTION for Extension of Time to *File Factual Returns and Legal Justification* by DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, HARRY B. HARRIS, JR, BARACK OBAMA, GEORGE W. BUSH, DONALD H. RUMSFELD, JAY HOOD, MICHAEL BUMGARNER, MIKE BUMGARNER, JAY HOOD, DONALD RUMSFELD, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, HARRY B. HARRIS, JR, WADE F. DAVIS, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO (Attachments: # 1 Proposed Order, # 2 Alternative Proposed Order)(Berman, Julia) (Entered: 02/27/2009) |

| 02/27/2009 | 31 | STATUS REPORT *(also filed as dkt. no. 1655 in No. 08-mc-0442)* by GEORGE W. BUSH, JR, DONALD RUMSFELD, GORDON R. ENGLAND, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, HARRY B. HARRIS, JR, BARACK OBAMA, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, GEORGE W. BUSH, JAY HOOD, DONALD RUMSFELD, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, HARRY B. HARRIS, JR, WADE F. DAVIS, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO. (Attachments: # 1 Proposed Order, # 2 Alternative Proposed Order)(Berman, Julia) (Entered: 02/27/2009) |
| 02/28/2009 | 32 | ERRATA *Respondents Status Report and Motion for Extension of Time to File Factual Returns and Legal Justification, (also filed as Dkt. No. 1656 in Misc. No. 08-442)* by GEORGE W. BUSH, JR, DONALD RUMSFELD, JOHN D. ALTENBURG, JR, JAY HOOD, BRICE A. GYURISKO, HARRY B. HARRIS, JR, BARACK OBAMA, DONALD H. RUMSFELD, MICHAEL BUMGARNER, MIKE BUMGARNER, GEORGE W. BUSH, JAY HOOD, DONALD RUMSFELD, DONALD RUMSFELD, JAY HOOD, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, HARRY B. HARRIS, JR, WADE F. DAVIS, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, RICHARD B. CHENEY, CONDELEEZA RICE, MICHAEL V. HAYDEN, GEORGE TENET, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO (72 in 1:08-cv-01221-CKK, 30 in 1:08-cv-02083-PLF, 101 in 1:06-cv-01766-HHK, 147 in 1:06-cv-01690-RBW, 101 in 1:08-cv-01207-RWR, 1043 in 1:05-cv-02386-RBW, 52 in 1:08-cv-01440-CKK, 85 in 1:04-cv-01937-PLF, 122 in 1:05-cv-02371-RCL, 1655 in 1:08-mc-00442-TFH, 206 in 1:05-cv-02385-RMU, 45 in 1:08-cv-01789-RWR) MOTION for Extension of Time to filed by MICHAEL BUMGARNER, BRICE A. GYURISKO, JAY HOOD, BARACK OBAMA, RICHARD B. CHENEY, DONALD H. RUMSFELD, BRUCE VARGO, MIKE BUMGARNER, DAVID M. THOMAS, JR., GEORGE TENET, DAVID M. THOMAS, DONALD RUMSFELD, COMMANDER, PRISON CAMP, GTMO, GEORGE W. BUSH, WADE F. DAVIS, ROBERT GATES, JOHN D. ALTENBURG, JR., COMMANDER, JOINT TASK FORCE, GTMO, HARRY B. HARRIS, JR., ROBERT M. GATES, GORDON R. ENGLAND, MICHAEL V. HAYDEN, CONDELEEZA RICE. (Berman, Julia) (Entered: 02/28/2009) |
| 03/02/2009 | 33 | Memorandum in opposition to re (1624 in 1:08-mc-00442-TFH) First MOTION for Leave to File *letter from Petitioner to Counsel under seal for the Court's in camera and ex parte consideration*, (27 in 1:08-cv-02083-PLF) First MOTION for Leave to File *Letter from Petitioner to Counsel Under Seal for the Court's in camera and ex parte consideration* filed by ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO. (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 03/02/2009) |
| 03/03/2009 | 34 | MEMORANDUM OPINION declining to consolidate petitions in 08-mc-0442 and recommending reassignment of fifteen petitions. Signed by Judge Thomas F. Hogan on 2/27/09. (lctfh1) (Entered: 03/03/2009) |

| 03/05/2009 | 35 | REPLY to opposition to motion re 27 First MOTION for Leave to File *Letter from Petitioner to Counsel Under Seal for the Court's in camera and ex parte consideration* filed by AMMAR AL-BALUCHI. (Fenstermaker, Scott) (Entered: 03/05/2009) |
|---|---|---|
| 03/06/2009 | 36 | ERRATA *declaration of Scott L. Fenstermaker, Esq. correcting factual misstatement contained in document 35* by AMMAR AL-BALUCHI 27 First MOTION for Leave to File *Letter from Petitioner to Counsel Under Seal for the Court's in camera and ex parte consideration* filed by AMMAR AL-BALUCHI. (Fenstermaker, Scott) (Entered: 03/06/2009) |
| 03/11/2009 | 37 | MOTION to Amend/Correct *September 11, 2008 Protective Order and Counsel Access Procedures and January 9, 2009 Amended TS/SCI Protective Order and Counsel Access Procedures* by ROBERT GATES, GEORGE W. BUSH (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Berman, Julia) (Entered: 03/11/2009) |
| 03/11/2009 | 38 | NOTICE *of Filing of Classified Declaration Ex Parte and In Camera* by GEORGE W. BUSH, ROBERT GATES (Berman, Julia) (Entered: 03/11/2009) |
| 03/13/2009 | 39 | MEMORANDUM by JAY HOOD, NELSON J. CANNON, MIKE BUMGARNER, GEORGE W. BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, DONALD H. RUMSFELD, GEORGE W. BUSH, JR, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, BRICE A. GYURISKO, GEORGE W. BUSH, JR, DONALD H. RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, DONALD RUMSFELD, JAY HOOD, NELSON J. CANNON, NELSON J. CANNON, GEORGE W. BUSH, J. HOOD, NELSON J. CANNON, BARACK OBAMA, JAY HOOD, BRICE A. GYURISKO, JAY HOOD, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, NELSON J. CANNON, BRICE GYURISKO, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE WALKER BUSH, NELSON J. CANNON, MIKE BUMGARNER, BARACK OBAMA, JAY HOOD, BRICE GYURISKO, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, BRICE GYURISKO, GEORGE W. BUSH, MIKE BUMGARNER, JAY HOOD, BRICE GYURISKO, DONALD RUMSFELD, BRICE GYURISKO, MIKE BUMGARNER, MICHAEL I. BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, DONALD RUMSFELD, BRICE GYURISKO, JAY HOOD, MIKE BUMGARNER, BRICE GYURISKO, JAY HOOD, MICHAEL I. BUMGARNER, BARACK H. OBAMA, MICHAEL I. BUMGARNER, GEORGE W. BUSH, BARACK OBAMA, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE W. BUSH, JAY HOOD, MIKE BUMGARNER, MICHAEL BUMGARNER, GEORGE W. BUSH, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, JAY HOOD, MICHAEL BUMGARNER, JAY HOOD, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JR, DONALD H. RUMSFELD, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, MIKE BUMGARNER, HARRY B. HARRIS, JAY HOOD, MIKE BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, HARRY B. HARRIS, JR, WADE F. DAVIS, DONALD RUMSFELD, WADE F. DAVIS, |

| | | |
|---|---|---|
| | | GEORGE W. BUSH, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, COMMANDER OF THE JOINT TASK FORCE, GTMO, COMMANDER OF PRISON CAMP, GTMO, ROBERT M. GATES, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, GUANTANAMO BAY DETAINEE LITIGATION, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, DONALD RUMSFELD, DAVID M. THOMAS, BRUCE VARGO, RICHARD B. CHENEY, MICHAEL V. HAYDEN, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, BRUCE VARGO, MARK H. BUZBY, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT M. GATES, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, BRUCE VARGO, DAVID VARGO, ROBERT GATES, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MARK H. BUZBY, BRUCE VARGO, ROBERT M. GATES, MARK H. BUZBY, BRUCE VARGO, BRUCE VARGO, DAVID M. THOMAS, JR, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT GATES, DAVID THOMAS, JR, BRUCE VARGO, GEORGE W. BUSH, DONALD H. RUMSFELD, TERRY CARRICO. (Attachments: # 1 Declaration Decl. of Att'y General Eric H. Holder, Jr.)(Hardee, Norman) (Entered: 03/13/2009) |
| 03/13/2009 | | MINUTE ORDER granting in part Respondents' Motion for Extension of Time to File Factual Returns and Legal Justification (Dkt. No. 1655, 08-mc-0442). Respondents are granted a final extension of time, until March 20, 2009, to file the legal justification statements for ISNs 49 (05-cv-2386), 259 (06-cv-1766), 335 (08-cv-1230), 10020 (06-cv-1690), and 10027 (08-cv-1789). Respondents are also granted a final extension of time, until March 31, 2009, to file factual returns AND legal justification statements for ISNs 54 (04-cv-1937), 768 (05-cv-2371), 900 (05-cv-2385), and 10015 (08-cv-1207). Respondents are not required to file factual returns for ISNs 1045 (05-cv-2385) and 10018 (08-cv-2083) while the authorization issues with those petitions remain unresolved. Signed by Judge Thomas F. Hogan on 3/13/09. (lctfh1) (Entered: 03/13/2009) |
| 03/18/2009 | 40 | ORDER regarding hearing on March 26, 2009. Signed by Judge Thomas F. Hogan on 3/18/09. (lctfh1) (Entered: 03/18/2009) |
| 03/24/2009 | 41 | Joint MOTION to Continue *Deadline For Filing Petitioners' Response To Government's Motion To Amend Protective Orders And Counsel Access Procedures* by OMAR KHADR, FATMAH ELSAMNAH, FALEN GHEREBI, BISHER NASER ALI ALMARWALH, HUISSEN NASER ALI ALMARWALH, MASAAB OMAR AL-MADHWANI, ALI OMAR MADHWANI, ABDULKHALIQ AL-BAIDHANI, KHALID AL-BAIDHANI, ALI AHMED MOHAMMED AL RAZEHI, ABDULLAH AHMED MOHAMMED AL RAZEHI, SUHAIL ABDU ANAM, SAEED AHMED AL-SARIM, SAMIR AHMED AL-SARIM, IMAD ABDULLAH HASSAN, AMRO ABDULLAH HASSAN, JALAL SALIM BIN AMER, FAEZ BIN AMER, ALI YAHYA MAHDI, MOHAMED YAHYA MAHDI, ATAG ALI ABDOH, MOHAMED ABDU ANAM, KHALID AHMED KASSIM, FADHLE AHMED KASSIM, FAHMI ABDULLAH AHMED, KMAL ABDULLAH AHMED, ABDUALAZIZ ABDOH AL SWIDI, ADNAN ABDOH ALSWIDI, AL HUSSIN AL-TIS, HADI HUSSIN AL-TIS, FAHMI ABDULLAH UBAD AL-TAWLAQI, ALL PETITIONERS, ABDULLAH AHMED UBAD AL-TAWLAQI, MAHMOUD AHMED, ABDULMALIK ABDULWAHHAB AL-RAHABI, AHMED ABDULWAHHAB, MAKHTAR YAHIA NAJI AL-WRAFIE, |

FOADE YAHIA NAJI AL-WRAFIE, AREF ABD IL RHEEM, AREF ABD AL RAHIM, YASEIN KHASEM MOHAMMAD ESMAIL, JAMEL KHASEM MOHAMMAD, ADNAN FARHAN ABDUL LATIF, MAHMOOD ABDAH, MOHAMED FARHAN ABDUL LATIF, JAMAL MAR'I, NABIL MOHAMED MAR'I, OTHMAN ABDULRAHEEM MOHAMMAD, ARAF ABDULRAHEEM MOHAMMAD, ADIL EL HAJ OBAID, NAZEM SAEED EL HAJ OBAID, MOHAMED MOHAMED HASSAN ODAINI, BASHIR MOHAMED HASSAN ODAINI, SADEQ MOHAMMED SAID, MAHMOAD ABDAH AHMED, ABD ALSALAM MOHAMMED SAEED, FAROUK ALI AHMED SAIF, SHEAB AL MOHAMEDI, SALMAN YAHALDI HSAN MOHAMMED SAUD, YAHIVA HSANE MOHAMMED SAUD AL-RBUAYE, MAJID MAHMOUD AHMED, IBRAHIM AHMED MAHMOUD AL QOSI, SAIFULLAH PARACHA, FARHAT PARACHA, ALI SALAH KAHLAH AL-MARRI, JARALLAH AL-MARRI, AHCENE ZEMIRI, KARINA DERESHTEANU, SHAKER ABDURRAHEEM AAMER, SAEED AHMED SIDDIQUE, OMAR DEGHAYES, TAHER DESGHAYES, JAMEL ABDULLAH KIYEMBA, THERESA NAMUDDU, MAHMOOD SALIM AL MOHAMMED, ABDULLA SALIM AL-MOHAMMED, FATTOUH ALY AHMED ALGAZZAR, OMAR DEGHAYES, SHERIF EL-MASHAD, WAFFA EL-ARABIE, ADEL FATTOUH ALY AHMED ALGAZZAR, EAHME SALEM ALASSANI, SALEM SAED ALASSANI, SULEIMAN AWADH BIN AGIL AL-NADHI, GHAZI AWADH BIN AGIL AL-NADHY, ZAHER OMER BEN HAMDON, MOHAMMED OMER KHAMIS HAMDON, MOHAMMED AL-ADAHI, MIRIAM ALI ABDULLAH AL-HAJ, MUHAMMAD AL-ADAHI, MIRIAM ALI ABDULLAH AL-HAJ, MOHAMED ALI ABDULLA, MUHAMMAD ALI ABDULLAH BAWAZIR, SALIH ALI ABDULLAH BAWAZIR, FAHMI SALEM AL-ASSANI, SALEM SAID AL-ASSANI, SULEIMAN AWADH BIN AQIL AL-NAHDI, GHAZI AWADH BIN AQIL AL-NAHDI, ZAHIR OMER KHAMIS BIN HAMDOON, MUHAMMAD OMAR KHAMIS BIN HAMDOON, SALEH ALI ABDULLA BAWAZER, AHMED ABDULLAH AL-WAZAN, YOUNOUS CHEKKOURI, MOHAMMED ABDUL RAHMAN, RAFIQ BIN BASHIR BIN JALLUL ALHAMI, DJAMEL AMEZIANE, AHMED ABDUL AZIZ, SABIHA AWAD HADRAMI, NASSER DAHER AL SHAMMARI, ABDUL RAHMAN SHALBY, SHAKER AAMER, ABDULLAH AALI AL OTIABI, MUHAMMED FAHAD AL QAHTANY, MUSA AL MADANY, SALEH ABDULLA AL-OSHAN, MOHAMMED SAAD MOHAMMED AL-OSHAN, ZABEN DHAHER AL SHAMMARI, MUHAMMED KHAN TUMANI, ABD AL NISR KHAN TUMANI, MOHAMMEDOU OULD SALAHI, YAHDIH OULD SALAHI, OMER SAEED SALEM AL DAINI, MOHAMMED SAEED SALEM AL DAINI, MOHSEN ABDRUB ABOASSY, MOHAMMED SAEED BIN SALMAN, SAMEER NAJY HASAN MUKBEL, ABDULLA AHDRUB ABOASSY, SAEED SALIM BISALMAN, NAJY HASAN MUKBEL, ADEL HAMLILY, SHAKER AAMER, MOHAMMED AL NADOUR, MOHAMMED FAHREO, LAHCEN IKASRIEN, MOHAMMED MAZOZ, MOUSSA, ABDUL LATIF MOHAMMED NASSER, SAID, RIDOUANE SHAKUR, YOUNIS SHAKUR, TAREQ, OMAR DEGHAYES, AHMED ABU IMRAN, NAJEEB AL HUSSEINI, KHIALI-GUL, YASIN MUHAMMED BASARDH, ALI HUSSIAN MOHAMMAD MUETY SHAABAN, KARIN BOSTAN, MOHAMMAD MUSTAFA SOHAIL, ARKAN MOHAMMAD GHAFIL AL KARIM, ASIM BEN THABIT AL-KHALAQI, KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH, ABDULSALAM ALI ABDULRAHMAN AL-HELA, ABDULWAHAB ALI ABDULRAHMAN AL-HELA, CHAMAN GUL KHIALIGOL, HONORGOL KHIALIGOL, HAJI NUSRAT, ABDUL WAHID, HAJI ROHULLAH WAKIL, MOHAMMAD WAKIL, SABAR LAL, MOHAMMED HASSAN, WALI MOHAMMED MORAFA, HADAYA MORAFA,

ABDUL RAHMAN AZIZ KHAN, ABD AL RAHMAN, ABDUL RAZAK IKTIAR
MOHAMMED, ALI SHAH MOUSOVI, MOHAMMAD SAYYED SHAH,
IZAATULLAH NUSRAT, OMAR MOHAMMED KHALIFH, OMAR
DEGHAYES, TARIQ MAHMOUD ALSAWAM, ABU ABDUL RAUF ZALITA,
OMAR DEGHAYES, FARHI SAEED BIN MOHAMMED, MOAZZAM BEGG,
MOTAI SAIB, BISHER AL-RAWI, FATIMA NASSER YAHIA ABDULLAH
KHUSSROF, SAEED MOHAMMED SALEH HATIM, ALI MOHAMMED
SALEH AL-SALAHI, MOHAMMED NASSER YAHIA ABDULLAH
KHUSSROF, AHMED "DOE", OMAR DEGHAYES, JIHAD DHIAB, SHAKER
AAMER, JAWAD JABBAR SADKHAN, HAMMAD DOE, HUDHAIFA DOE,
JALAAL DOE, KHALID DOE, SAABIR DOE, SAADIQ DOE, JAMAL
KIYEMBA, ABDUSABUR DOE, ABDUSAMAD DOE, ABDUNASIR DOE,
ADIL BIN MUHAMMAD AL WIRGHI, MOAZZAM BEGG, TAWISS BINT
HASAN AL WIRGHI, ABDL HADI OMAR MAHMOUD FARAJ, NABIL,
JAMAAL KIYEMBA, SHAFIIQ, JAMAAL KIYEMBA, ABBAR SUFIAN AL
HAWARY, SHAKER AAMER, BISHER AL-RAWI, IBRAHIM OSMAN
IBRAHIM IDRIS, HASSAN BIN ATTASH, BENYAMIN MOHAMMED AL
HABASHI, A'AMER SHAKER, HAMID AL RAZAK, BISHER AL RAWI,
EDHAM MAMET, IBRAHIM MAMET, FOUZIA AHMMED, ABDUL RAHEEM
GHULAM RABBANI, MALIKA, AHMMED GHULAM RABBANI, ABDUL
ZAHIR, HUSSAIN SALEM MOHAMMED ALMERFEDI, SALEM
MOHAMMED SALEM ABDULLA ALMERFEDI, WALEED SAEED BN SAEED
ZAID, MOHAMMED SAEED BN SAEED ZAID, MOHAMMED RAJEB ABU
GHANEM, HIMIGER SADER ABU GHANEM, AMEEN MOHAMMAD
ALBKRI, ALI SALEH ALBKRI, ALLA ALI BIN ALI AHMED, WAGDI ALI BIN
ALI, SADAR DOE, ARKEEN DOE, USAMA HASAN ABU KABIR,
MOHAMMED AL-QAHTANI, MANEA AHMED FAHAD AL-QAHTANI,
ISMAIL ALKHEMISI, HASAN BALGAID, OMAR DEGHAYES, RAVIL
MINGAZA GAMIL, DILIARA MINGAZOVA, KHALED ABD ELGABAR
MOHAMMED OTHMAN, ABD AL MALIK ABD AL WAHAB, MUHAMMED
AHMED MUHAMMED ALGHURBANY, ALI HAMZA AHMED SULIMAN
BAHLOOL, ABDOUL MOHAMMED AHMED BAHLOOL, SALEH
MOHAMMED SELEH AL THABBII, FATMAH QHASIM AL AHMADI, ABDUL
AL QADER AHMED HUSSAIN, ABDULGADER AHMED HASIN ABOBAKER,
ISSAM HAMID ALI BIN ALI AL JAYFI, HAMID ALI AL JAYFI, OTHMAN ALI
MOHAMMED AL SHAMRANY, ALI MOHAMED OMAR AL SHOMRANY,
KHALID MOHAMMED AL THABBI, ABDU AL QADER HUSSAIN AL-
MUDAFARI, SALIEH HUSSAIN ALI AL-MUDAFARI, HAYAL AZIZ AHMED
AL-MITHALI, ALI AZIZ AHMED AL-MITHALI, ABD AL HAKIM GHALIB
AHMAD ALHAG, SAEED GHALIB AHMAD ALHAG, MOHAMMED ABDUL
RAHMAN AL-SHIMRANI, ALI ABDUL RAHMAN AL-SHIMRANI, AHMED
BEN BACHA, BINYAM MOHAMMED, SALAH BELBACHA, TOORAN
MOHAMMAD AMANNULLAH, MIRRA JAAN, MOHAMMAD WABI UMARI,
GUL HYAT KHAN, ABDULLAH MUJAHID HAQ, FARID AHMED,
MOHAMMAD RAHIM, MOHAMMAD KARIM, MOHAMMAD ZAHIR,
ABDUL WAHAB, ABDULLAH WAZIR ZADRAN, GHULAM ROOHANI,
GHULAM JEELANI, DR. HIYATULLAH, ABDUL ZAHIR, CHAMAN GUL
KHIALIGOL, ZAHIR SHAH, ABDUL HAQ, ABDUL BARRI, AHMED AL
DARBY, AHMAD MOHAMMAD AL DARBI, ALI MOHAMMAD AL DARBI,
MOHAMMED MOHAMMED HASSEN, ABDUL HAMID ABDUL SALAM AL-
GHIZZAWI, ALI YEHYA MAHDI AL-RIMI, ADHAM MOHAMMED ALI
AWAD, ISMAIL ALI AL RAMMI, SOAID SALH AHMAD AL RAMMI, ADEL
ALI AHMAD AL RAMMI, SAMI MUHYIDEEN, BANDAR AL JAABIR,
JAMAL KIYEMBA, MOHAMMED ZAHRANI, OMAR DEGHAYES, SALIM

SAID, ANWAR HANDAN AL SHIMMIRI, SULIMAN HONAHEEM
ALOWAIDAH, SAAD AL QAHTAANI, JOBRAN SAAD AL-QUHTANI,
NAWAL MADAY AL-QUHTANI, ZAKARIA AL-BAIDANY, ABDEL AZIZ AL-
SWIDI, AHMED MOHAMMED HASSIN AL RAMMAH, MOHAMMED AL
PALESTINI, OMAR (LNU), SOFAINE MOHAMMED BERHOUMI, ABDUL
AZIZ NAJI, ABIN ALHAMED ABID ALSALLAM ALKESAWI, ABU RAWDA,
UMAR ABDULLAH AL KUNDUZI, KHALED ABDALLAH AL-IDAN, ABDUL
RAUF ASIBI, ABDUL RAZAK ALI, MOHAMMED ABDULLAH TAHA
MATTAN, MAHER LNU, MUSTAFA AL SHAMILI, SHARGOWI LNU, BISHER
AL-RAWI, OYBEK JAMOLDINIVICH JABBAROV, SANAD ALI ALKALIEMI,
FADL DAHIMI, ABDUL SALAM DEIFF, ABDURAHMAN LNU, AHMED
OMAR, ALI LNU, EDRESS LNU, MOHAMMED AHMED SAEED HIDAR,
SAIF ULLAH, SAMIR LNU, YOYEJ, SAEED, OMAR DOE, SHARAF AL
SANANI, OMAR DEGHAYES, FAHD ABU HAFSA, JAMAL KIYEMBA,
ABDUL HAQ, NADIR OMAR ADULLAH BIN SAADOUN ALSAARY, SAMI
MUHYIDEEN, OMAR RAMAH, ABD AL ZAHER, FAWZI KHALED
ABDALLAH AL-AUDHA, ABDULLAH BO OMER HAMZA YOYEJ, ABU
RAHAN, NAJEEB DOE, SAD AL GAHTANI, AMER MOHAMMON, FAHD AL
HARAAZI, JABIR AL QUATANY, USAMA HASAN ABU KABIR, MOHSEN,
FAHD AL FAWZAN, ADEL LNU, RASHED AL QAMDI, BANDAR AL
SHAIBANI, ALI SHER HAMIDULLAH, MARSHAL DOE, KHALD AL
BARKATI, ABDULAL AL THANI, ABU AHMED AL JOFI, SLAIM HARBI,
ABU RAD AL JOFI, MUHAMMED HARBI, ABDULAZIZ LNU, ABDULAL
DOE, SAD AL MATERI, BOUCETTA FIHI, SAYF BIN ABDALLAH, SEED
FARHA, SALEH DOE, AHMED ADNAN AHJAM, MAGED DOE, ZEYAD AL
GASSMY, ADEL HASSAN, HAMAD DOE, JAMIL AHMAD SAEED, HALA
AHMAD SAEED AL-ADAHG, AMIR DOE, ALKHADR ABDULLAH AL YAFIE,
TOFIQ NASSER AWAD AL BIHANI, ABU AHMED, WALEED DOE, WALEED
LNU, SAMIR DOE, ELHAM BATAIF, ZEIN AL-ABEDEEN, YAGOOB AL
SOURY, ABDUL RHMAN, ADEL AL TUNISI, ZAKER CHAN, SADER DOE,
MOHAMMED AHMED SLAM AL-KHATEEB, ALI AL KAZMI, ADNAN AL
BIHANI, ALI YAHYA MAHDI, ABDULLAH LNU, ABDURAZZAK LNU,
KHADER DOE, BILAL LNU, MOSHEN DOE, ABDUL RAHMAN,
ABDURRAZAKH LNU, FAHD DOE, JAMIL EL-BANNA, ADEL LNU, OSAMA
DOE, MOHAMED HMADI, ABDUL-RAHMAN ABDO ABULGHAITH
SULAIMAN, FAHMI DOE, ESAM DOE, TALAH AHMED MOHAMMED ALI
ALMJRD, AHMED MOHAMMED ALI ALMJRD, USAMA HASAN ABU
KABIR, ABDUR RAZAKAH, AHMAD DOE, ALI KADAMI, AYMAN, FAWAZ,
HOUMAD WARZLY, MOHAMED RAJAB, OTHMAN ALI MUHAMMED
OMAR, MOHAMMED KAMEEN, SABRY MOHAMMED, SALEH, WAQAS
MOHAMMED ALI AWAD, ZAKARIA, KHALID MOHAMMED, MUHAMMAD
NUR UTHMAN MUHAMMAD, MAHDI SALIH, SAKI BACHA,
SHAMSULLAH, ABOU YASSIR JEZAIRI, ABDAL RAUF ZALITINI, ABDAUL
RAZAK ALI-HAJ, ADNAN, AHAMED, SALAH DEEN IBN SHAIKH, SALIH,
SALEH LIBI, ABD AL RAHMAN ABDULLAH AL HALMANDY,
MUHAMMED SAAD IQBAL MADNI, SAID MADANY, ABDULLAH JAFFA,
ABU HADIFA, MOHAMMED ABDULLAH, SANJAWEZ RAWEEL KAMEEL
WEEJ, ABUL AZIZ AL MATRAFI, MAJED BARYAN, MOHAMED FAHAD
SAAD AL ZU'BI, MOUSSA, ABDULRAHMAN, SAUD AL JOUHANY, SULTAN
AL SHAREEF, ABDU TAWAB, ABDUL AZIZ, ABU RAWDAH, ABDUL AL
HAMMAN, ABDUL LATIF, ABDULLA HAJI, ABDULLA, ADEL,
INSHANULLAH, BITAL ADEL HALAMI, HISHAM, RAFIOVE BIN BASHIR,
RIAD NARGERI, RIDAH, SAIF, MASOUD, ABDULLAH, ABDULLAH ALI
SALEH, AMAR BILOUSHI, KHALID DESHIRE, IBRAHIM NAYIF

ADBALLAH IBRAHIM, MOHAMMED CHINGUITY, ABDO ALI AL HAJ, ABU BAKER SHAMMRANY, GHANIM-ABDULRAHMAN AL-HARBI, RAVIL MINGAZOV, ZAINULABIDIN MEROZHEV, ELHAM BATTAYAV, ABDULLI FEGHOUL, ALI ABDULLAH ALI, MOHAMMED AHMED TAHER, MOHAMMED ABDULLAH MOHAMMED BA ODAH, TARIQ ALI ABDULLAH BA ODAH, NASSER ALI ABDULLAH BA ODAH, MOHAMED AL-ZARNOUQI, MASHOUR ABDULLAH MUQBEL ALSABRI, MAJID KHAN, RABIA KHAN, FAIZ AHMED YAHIA SULIMAN, HADDAD AHMED YAHIA SULIMAN, MOHAMED MUQBEL AHMED ALSABRI, MOHAMED AL-ZARNOUQI, MASHOUR ABDULLAH MUQBEL ALSABRI, ELISHER, SABIR, FADHEL HUSSEIN SALEH HENTIF, HAYKAL MOHAMMED SALEH HENTIF, ACHRAF SALIM ABDESSALAM, IYOB MURSHAD ALI SALEH, MURSHAD ALI SALEH, ABDULRAHMAN MUHAMMAD SALEH NASSER, MUHAMMAD MUHAMMAD SALEH NASSER, RIDAH BIN SALEH AL YAZIDI, SAMI AL HAJJ, ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI, ABDULLAH ALI MAHMOUD AL SHUBATI, MOAMMAR BADAWI DOKHAN, SAMI AL HAJJ, ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR, SCOTT L. FENSTERMAKER, BASHIR GHALAAB, SHAWALI KHAN, MOHAMMED SULAYMON BARRE, MOHAMMED ABD AL AL QADIR, ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI, AWAL GUL, HAMOUD ABDULLAH HAMOUD HASSAN AL WADY, SALEM AHMED HADI, MAHMMOUD OMAR MOHAMMED BIN ATEF, KAHLID SAAD MOHAMMED, MAHBUB RAHMAN, MOHAMMAD RAHMAN, SAMI AL HAJJ, MONSOOR MUHAMMED ALI QATTAA, SHAKHRUKH HAMIDUVA, ADINA HAMIDOVA, FNU HAFIZULLAH, MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR, SHAWKI AWAD BALZUHAIR, YAKUBI, AHMED YASLAM SAID KUMAN, ABDULAH ALHAMIRI, ABDUL GHAFFAR, ADEL NOORI, ZAYN AL ABIDIN MUHAMMAD HUSAYN, MOHAMMED ABDULMALIK, SALIM JUMA KHAMISI, HASSAN ABDUL SAID, SAMI AL HAJJ, KHAIRULLA KHAIRKHWA, SAMI AL HAJJ, MULLAH NORULLAH NOORI, SAMI AL HAJJ, MUHAMMAD AHMAD ABDALLAH AL ANSI, SAMI AL HAJJ, ABDUL RAHMAN UMIR AL QYATI, SAAD MASIR MUKBL AL AZANI, AMMAR AL-BALUCHI, MOHAMMED NAZIR BIN LEP, MANSOUR K. A. KAMEL, ABDULAZIZ SAYER OWAIN AL SHAMMARI, SAYER O. Z. AL SHAMMARI, ABDULLAH SALEH ALI AL AJMI, MESFER SALEH ALI AL AJMI, MOHAMMED FUNAITEL AL DIHANI, MUBARA F. S. M. AL DAIHANI, FAYIZ MOHAMMED AHMED AL KANDARI, MOHAMMAD A. J. M. H. AL KANDARI, FWAD MAHMOUD AL RABIAH, MONZER M. H. A. AL RABIEAH, ADIL ZAMIL ABDULL MOHSSIN AL ZAMIL, WALID Z. A. AL ZAMEL, FAWZI KHALID FAHAD AL ODAH, KHALED A.F. AL ODAH, NASSER NIJER NASER AL MUTAIRI, ABDULLAH KAMAL ABDULLAH KAMAL AL KANDARI, SAAD MADAI SAAD HAWASH AL-AZMI, HAMAD MADAI SAAD, OMAR RAJAB AMIN, MOHAMMAD R.M.R. AMEEN, NAYEF N. N. B. J. AL MUTAIRI, KHALID ABDULLAH MISHAL AL MUTAIRI, MESHAL A. M. TH AL MUTAIRI (Thompson, Darin) (Entered: 03/24/2009)

| 04/01/2009 | 42 | RESPONSE re (1705 in 1:08-mc-00442-TFH) Joint MOTION to Continue *Deadline For Filing Petitioners' Response to Government's Motion To Amend Protective Orders And Counsel Access Procedures* filed by GEORGE W. BUSH, ROBERT GATES. (Berman, Julia) (Entered: 04/01/2009) |
| 04/03/2009 | 43 | NOTICE *Regarding Order in Batarfi v. Gates, 05-CV-409 (EGS)* by ROBERT M. GATES, BARACK OBAMA (Attachments: # 1 Exhibit, # 2 Exhibit)(Warden, |

| | | Andrew) (Entered: 04/03/2009) |
|---|---|---|
| 04/07/2009 | | MINUTE ORDER granting Press Applicants' Motion to Intervene for the Limited Purpose of Opposing Government's Motion to Confirm Designation of Unclassified Factual Returns as "Protected" (Dkt. No. 1526, 08-mc-0442). For the reasons set forth during the hearing on March 26, 2009, Press Applicants are permitted to intervene only to oppose the government's Motion to Confirm Designation of Unclassified Factual Returns as "Protected" (Dkt. No. 1416, 08-mc-0442) before this Court. This order does not permit Press Applicants to intervene in any case before the Merits Judges. Signed by Judge Thomas F. Hogan on 4/2/09. (lctfh1) (Entered: 04/07/2009) |
| 04/08/2009 | 44 | NOTICE *Of Respondents' Response To Order To Show Cause In Batarfi v. Gates, 05-CV-409 (EGS)* by BARACK H. OBAMA, ROBERT M. GATES (Attachments: # 1 Exhibit)(Warden, Andrew) (Entered: 04/08/2009) |
| 04/10/2009 | | MINUTE ORDER granting in part Joint Motion to Continue Deadline for Filing Petitioners' Response to Government's Motion to Amend Protective Orders and Counsel Access Procedures (Dkt. No. 1705, 08-mc-0442). Petitioners are granted until May 11, 2009, to file a consolidated opposition to the government's motion to amend. The government is directed to file its reply within five days after Petitioners' opposition is filed. While the government's motion to amend the protective orders and counsel access procedures (Dkt. No. 1684, 08-mc-0442) is pending, the Court suspends its orders of January 15, 2009 and January 30, 2009, to the extent they permit a detainee besides Petitioner Tariq Alsawam (ISN 535) to review documents that contain classified statements made by the detainee to agents of the United States government. This suspension may be superseded by Merits Judges entering such orders as they deem necessary in individual cases. Signed by Judge Thomas F. Hogan on 4/10/09. (lctfh1) (Entered: 04/10/2009) |
| 04/20/2009 | 45 | NOTICE *Of Filing Of Status Report Addressing Information Gathering Efforts Of Guantanamo Review Task Force* by BARACK OBAMA, ROBERT M. GATES (Attachments: # 1 Exhibit)(Warden, Andrew) (Entered: 04/20/2009) |
| 05/01/2009 | 46 | STATUS REPORT *Concerning Production Of Information In The Possession Of The Guantanamo Review Task Force* by ROBERT M. GATES, BARACK OBAMA. (Warden, Andrew) (Entered: 05/01/2009) |
| 05/10/2009 | 47 | STATUS REPORT -- *UPDATED STATUS REPORT CONCERNING DISCOVERY RELATED TO INFORMATION IN THE POSSESSION OF THE GUANTANAMO REVIEW TASK FORCE* by BRICE GYURISKO, BARACK OBAMA, DAVID M. THOMAS, JR, ROBERT M. GATES, BRUCE VARGO. (Henry, Terry) (Entered: 05/10/2009) |
| 05/11/2009 | 48 | RESPONSE re (263 in 1:04-cv-01136-JDB, 73 in 1:08-cv-01104-CKK, 89 in 1:08-cv-01237-RMU-AK, 91 in 1:07-cv-02337-HHK, 77 in 1:08-cv-01310-RMU, 142 in 1:05-cv-00764-CKK-AK, 106 in 1:06-cv-01766-HHK, 85 in 1:08-cv-01236-JDB, 66 in 1:08-cv-01228-RMC, 6 in 1:09-cv-00031-JDB, 175 in 1:05-cv-00329-PLF, 115 in 1:06-cv-01668-HHK, 92 in 1:08-cv-01238-RWR, 58 in 1:08-cv-01223-JR, 127 in 1:05-cv-00877-JR, 68 in 1:08-cv-01232-JR, 86 in 1:08-cv-01101-JDB, 1064 in 1:09-cv-00745-RCL, 115 in 1:08-cv-01360-RWR, 257 in 1:04-cv-02022-PLF, 144 in 1:06-cv-01684-GK, 460 in 1:04-cv-01254-HHK, 100 in 1:06-cv-01758-RMC, 104 in 1:07-cv-01710-RBW, 98 in 1:06-cv-01765-HHK, 170 in 1:05-cv-00763-JDB, 53 in 1:08-cv-01923-GK, 114 in 1:05-cv-02387-RMC, 127 in 1:04-cv-02035-GK, 91 in 1:08-cv-01233-ESH, 172 in 1:05-cv-00359-UNA, 1064 in 1:05-cv-02386-RBW, 92 in 1:04-cv-01937-PLF, 44 in 1:06-cv-01759-JDB, 400 in 1:04-cv-01194-TFH, 36 in 1:08-cv-01828-RMU, 160 in 1:05-cv-00492-JR, 84 in 1:08- |

cv-01235-JDB, 177 in 1:05-cv-00392-UNA, 91 in 1:08-cv-00987-JDB, 156 in 1:04-cv-02046-CKK, 138 in 1:06-cv-01767-RMU, 199 in 1:05-cv-00270-JR, 140 in 1:05-cv-00748-RMC, 103 in 1:06-cv-00618-RWR, 160 in 1:06-cv-01690-RBW, 103 in 1:07-cv-02338-HHK, 1684 in 1:08-mc-00442-TFH, 142 in 1:04-cv-02215-RMC, 37 in 1:08-cv-01229-JDB, 62 in 1:08-cv-01805-RMU, 58 in 1:05-cv-02444-RMC, 44 in 1:08-cv-01227-ESH, 114 in 1:06-cv-01761-ESH, 83 in 1:08-cv-01230-RMC, 138 in 1:05-cv-00634-RWR, 92 in 1:08-cv-01153-HHK, 83 in 1:08-cv-01221-CKK, 58 in 1:08-cv-02019-RBW, 72 in 1:08-cv-01224-RMC, 161 in 1:05-cv-00526-RMU, 76 in 1:08-cv-01085-PLF, 197 in 1:04-cv-01164-RBW, 37 in 1:08-cv-02083-PLF, 105 in 1:08-cv-01207-RWR, 502 in 1:02-cv-00828-UNA, 39 in 1:08-cv-01733-JDB, 218 in 1:05-cv-00520-RMU, 187 in 1:05-cv-00569-JR, 194 in 1:05-cv-02479-HHK, 302 in 1:05-cv-00280-UNA, 59 in 1:08-cv-01440-CKK, 70 in 1:08-cv-01185-HHK, 42 in 1:08-cv-01231-CKK, 161 in 1:05-cv-00247-UNA) MOTION to Amend/Correct *PETITIONER'S RESPONSE TO GOVERNMENT'S MOTION TO AMEND SEPTEMBER 11, 2008 PROTECTIVE ORDER AND COUNSEL ACCESS PROCEDURES AND JANUARY 9, 2009 TS/SCI PROTECTIVE ORDER AND COUNSEL ACCESS PROCEDURES* filed by OMAR KHADR, FATMAH ELSAMNAH, FALEN GHEREBI, BISHER NASER ALI ALMARWALH, HUISSEN NASER ALI ALMARWALH, MASAAB OMAR AL-MADHWANI, ALI OMAR MADHWANI, ABDULKHALIQ AL-BAIDHANI, KHALID AL-BAIDHANI, ALI AHMED MOHAMMED AL RAZEHI, ABDULLAH AHMED MOHAMMED AL RAZEHI, SUHAIL ABDU ANAM, SAEED AHMED AL-SARIM, SAMIR AHMED AL-SARIM, IMAD ABDULLAH HASSAN, AMRO ABDULLAH HASSAN, JALAL SALIM BIN AMER, FAEZ BIN AMER, ALI YAHYA MAHDI, MOHAMED YAHYA MAHDI, ATAG ALI ABDOH, MOHAMED ABDU ANAM, KHALID AHMED KASSIM, FADHLE AHMED KASSIM, FAHMI ABDULLAH AHMED, KMAL ABDULLAH AHMED, ABDUALAZIZ ABDOH AL SWIDI, ADNAN ABDOH ALSWIDI, AL HUSSIN AL-TIS, HADI HUSSIN AL-TIS, FAHMI ABDULLAH UBAD AL-TAWLAQI, ALL PETITIONERS, ABDULLAH AHMED UBAD AL-TAWLAQI, MAHMOUD AHMED, ABDULMALIK ABDULWAHHAB AL-RAHABI, AHMED ABDULWAHHAB, MAKHTAR YAHIA NAJI AL-WRAFIE, FOADE YAHIA NAJI AL-WRAFIE, AREF ABD IL RHEEM, AREF ABD AL RAHIM, YASEIN KHASEM MOHAMMAD ESMAIL, JAMEL KHASEM MOHAMMAD, ADNAN FARHAN ABDUL LATIF, MAHMOAD ABDAH, MOHAMED FARHAN ABDUL LATIF, JAMAL MAR'I, NABIL MOHAMED MAR'I, OTHMAN ABDULRAHEEM MOHAMMAD, ARAF ABDULRAHEEM MOHAMMAD, ADIL EL HAJ OBAID, NAZEM SAEED EL HAJ OBAID, MOHAMED MOHAMED HASSAN ODAINI, BASHIR MOHAMED HASSAN ODAINI, SADEQ MOHAMMED SAID, MAHMOAD ABDAH AHMED, ABD ALSALAM MOHAMMED SAEED, FAROUK ALI AHMED SAIF, SHEAB AL MOHAMEDI, SALMAN YAHALDI HSAN MOHAMMED SAUD, YAHIVA HSANE MOHAMMED SAUD AL-RBUAYE, MAJID MAHMOUD AHMED, IBRAHIM AHMED MAHMOUD AL QOSI, SAIFULLAH PARACHA, FARHAT PARACHA, ALI SALAH KAHLAH AL-MARRI, JARALLAH AL-MARRI, AHCENE ZEMIRI, KARINA DERESHTEANU, SHAKER ABDURRAHEEM AAMER, SAEED AHMED SIDDIQUE, OMAR DEGHAYES, TAHER DESGHAYES, JAMEL ABDULLAH KIYEMBA, THERESA NAMUDDU, MAHMOOD SALIM AL MOHAMMED, ABDULLA SALIM AL-MOHAMMED, FATTOUH ALY AHMED ALGAZZAR, OMAR DEGHAYES, SHERIF EL-MASHAD, WAFFA EL-ARABIE, ADEL FATTOUH ALY AHMED ALGAZZAR, EAHME SALEM ALASSANI, SALEM SAED ALASSANI, SULEIMAN AWADH BIN AGIL AL-NADHI, GHAZI AWADH BIN AGIL AL-NADHY, ZAHER OMER BEN HAMDON, MOHAMMED OMER KHAMIS HAMDON, MOHAMMED AL-

ADAHI, MIRIAM ALI ABDULLAH AL-HAJ, MUHAMMAD AL-ADAHI,
MIRIAM ALI ABDULLAH AL-HAJ, MOHAMED ALI ABDULLA,
MUHAMMAD ALI ABDULLAH BAWAZIR, SALIH ALI ABDULLAH
BAWAZIR, FAHMI SALEM AL-ASSANI, SALEM SAID AL-ASSANI,
SULEIMAN AWADH BIN AQIL AL-NAHDI, GHAZI AWADH BIN AQIL AL-
NAHDI, ZAHIR OMAR KHAMIS BIN HAMDOON, MUHAMMAD OMAR
KHAMIS BIN HAMDOON, SALEH ALI ABDULLA BAWAZER, AHMED
ABDULLAH AL-WAZAN, YOUNOUS CHEKKOURI, MOHAMMED ABDUL
RAHMAN, RAFIQ BIN BASHIR BIN JALLUL ALHAMI, DJAMEL
AMEZIANE, AHAMED ABDUL AZIZ, SABIHA AWAD HADRAMI, NASSER
DAHER AL SHAMMARI, ABDUL RAHMAN SHALBY, SHAKER AAMER,
ABDULLAH AALI AL OTIABI, MUHAMMED FAHAD AL QAHTANY, MUSA
AL MADANY, SALEH ABDULLA AL-OSHAN, MOHAMMED SAAD
MOHAMMED AL-OSHAN, ZABEN DHAHER AL SHAMMARI, MUHAMMED
KHAN TUMANI, ABD AL NISR KHAN TUMANI, MOHAMMEDOU OULD
SALAHI, YAHDIH OULD SALAHI, OMER SAEED SALEM AL DAINI,
MOHAMMED SAEED SALEM AL DAINI, MOHSEN ABDRUB ABOASSY,
MOHAMMED SAEED BIN SALMAN, SAMEER NAJY HASAN MUKBEL,
ABDULLA AHDRUB ABOASSY, SAEED SALIM BISALMAN, NAJY HASAN
MUKBEL, ADEL HAMLILY, SHAKER AAMER, MOHAMMED AL NADOUR,
MOHAMMED FAHREO, LAHCEN IKASRIEN, MOHAMMED MAZOZ,
MOUSSA, ABDUL LATIF MOHAMMED NASSER, SAID, RIDOUANE
SHAKUR, YOUNIS SHAKUR, TAREQ, OMAR DEGHAYES, AHMED ABU
IMRAN, NAJEEB AL HUSSEINI, KHIALI-GUL, YASIN MUHAMMED
BASARDH, ALI HUSSIAN MOHAMMAD MUETY SHAABAN, KARIN
BOSTAN, MOHAMMAD MUSTAFA SOHAIL, ARKAN MOHAMMAD GHAFIL
AL KARIM, ASIM BEN THABIT AL-KHALAQI, KASIMBEKOV
KOMOLIDDIN TOHIRJANOVICH, ABDULSALAM ALI ABDULRAHMAN
AL-HELA, ABDULWAHAB ALI ABDULRAHMAN AL-HELA, CHAMAN GUL
KHIALIGOL, HONORGOL KHIALIGOL, HAJI NUSRAT, ABDUL WAHID,
HAJI ROHULLAH WAKIL, MOHAMMAD WAKIL, SABAR LAL,
MOHAMMED HASSAN, WALI MOHAMMED MORAFA, HADAYA MORAFA,
ABDUL RAHMAN AZIZ KHAN, ABD AL RAHMAN, ABDUL RAZAK IKTIAR
MOHAMMED, ALI SHAH MOUSOVI, MOHAMMAD SAYYED SHAH,
IZAATULLAH NUSRAT, OMAR MOHAMMED KHALIFH, OMAR
DEGHAYES, TARIQ MAHMOUD ALSAWAM, ABU ABDUL RAUF ZALITA,
OMAR DEGHAYES, FARHI SAEED BIN MOHAMMED, MOAZZAM BEGG,
MOTAI SAIB, BISHER AL-RAWI, FATIMA NASSER YAHIA ABDULLAH
KHUSSROF, SAEED MOHAMMED SALEH HATIM, ALI MOHAMMED
SALEH AL-SALAHI, MOHAMMED NASSER YAHIA ABDULLAH
KHUSSROF, AHMED "DOE", OMAR DEGHAYES, JIHAD DHIAB, SHAKER
AAMER, JAWAD JABBAR SADKHAN, HAMMAD DOE, HUDHAIFA DOE,
JALAAL DOE, KHALID DOE, SAABIR DOE, SAADIQ DOE, JAMAL
KIYEMBA, ABDUSABUR DOE, ABDUSAMAD DOE, ABDUNASIR DOE,
ADIL BIN MUHAMMAD AL WIRGHI, MOAZZAM BEGG, TAWISS BINT
HASAN AL WIRGHI, ABDL HADI OMAR MAHMOUD FARAJ, NABIL,
JAMAAL KIYEMBA, SHAFIIQ, JAMAAL KIYEMBA, ABBAR SUFIAN AL
HAWARY, SHAKER AAMER, BISHER AL-RAWI, IBRAHIM OSMAN
IBRAHIM IDRIS, HASSAN BIN ATTASH, BENYAMIN MOHAMMED AL
HABASHI, A'AMER SHAKER, HAMID AL RAZAK, BISHER AL RAWI,
EDHAM MAMET, IBRAHIM MAMET, FOUZIA AHMMED, ABDUL RAHEEM
GHULAM RABBANI, MALIKA, AHMMED GHULAM RABBANI, ABDUL
ZAHIR, HUSSAIN SALEM MOHAMMED ALMERFEDI, SALEM
MOHAMMED SALEM ABDULLA ALMERFEDI, WALEED SAEED BN SAEED

ZAID, MOHAMMED SAEED BN SAEED ZAID, MOHAMMED RAJEB ABU
GHANEM, HIMIGER SADER ABU GHANEM, AMEEN MOHAMMAD
ALBKRI, ALI SALEH ALBKRI, ALLA ALI BIN ALI AHMED, WAGDI ALI BIN
ALI, SADAR DOE, ARKEEN DOE, USAMA HASAN ABU KABIR,
MOHAMMED AL-QAHTANI, MANEA AHMED FAHAD AL-QAHTANI,
ISMAIL ALKHEMISI, HASAN BALGAID, OMAR DEGHAYES, RAVIL
MINGAZA GAMIL, DILIARA MINGAZOVA, KHALED ABD ELGABAR
MOHAMMED OTHMAN, ABD AL MALIK ABD AL WAHAB, MUHAMMED
AHMED MUHAMMED ALGHURBANY, ALI HAMZA AHMED SULIMAN
BAHLOOL, ABDOUL MOHAMMED AHMED BAHLOOL, SALEH
MOHAMMED SELEH AL THABBII, FATMAH QHASIM AL AHMADI, ABDUL
AL QADER AHMED HUSSAIN, ABDULGADER AHMED HASIN ABOBAKER,
ISSAM HAMID ALI BIN ALI AL JAYFI, HAMID ALI AL JAYFI, OTHMAN ALI
MOHAMMED AL SHAMRANY, ALI MOHAMED OMAR AL SHOMRANY,
KHALID MOHAMMED AL THABBI, ABDU AL QADER HUSSAIN AL-
MUDAFARI, SALIEH HUSSAIN ALI AL-MUDAFARI, HAYAL AZIZ AHMED
AL-MITHALI, ALI AZIZ AHMED AL-MITHALI, ABD AL HAKIM GHALIB
AHMAD ALHAG, SAEED GHALIB AHMAD ALHAG, MOHAMMED ABDUL
RAHMAN AL-SHIMRANI, ALI ABDUL RAHMAN AL-SHIMRANI, AHMED
BEN BACHA, BINYAM MOHAMMED, SALAH BELBACHA, TOORAN
MOHAMMAD AMANNULLAH, MIRRA JAAN, MOHAMMAD WABI UMARI,
GUL HYAT KHAN, ABDULLAH MUJAHID HAQ, FARID AHMED,
MOHAMMAD RAHIM, MOHAMMAD KARIM, MOHAMMAD ZAHIR,
ABDUL WAHAB, ABDULLAH WAZIR ZADRAN, GHULAM ROOHANI,
GHULAM JEELANI, DR. HIYATULLAH, ABDUL ZAHIR, CHAMAN GUL
KHIALIGOL, ZAHIR SHAH, ABDUL HAQ, ABDUL BARRI, AHMED AL
DARBY, AHMAD MOHAMMAD AL DARBI, ALI MOHAMMAD AL DARBI,
MOHAMMED MOHAMMED HASSEN, ABDUL HAMID ABDUL SALAM AL-
GHIZZAWI, ALI YEHYA MAHDI AL-RIMI, ADHAM MOHAMMED ALI
AWAD, ISMAIL ALI AL RAMMI, SOAID SALH AHMAD AL RAMMI, ADEL
ALI AHMAD AL RAMMI, SAMI MUHYIDEEN, BANDAR AL JAABIR,
JAMAL KIYEMBA, MOHAMMED ZAHRANI, OMAR DEGHAYES, SALIM
SAID, ANWAR HANDAN AL SHIMMIRI, SULIMAN HONAHEEM
ALOWAIDAH, SAAD AL QAHTAANI, JOBRAN SAAD AL-QUHTANI,
NAWAL MADAY AL-QUHTANI, ZAKARIA AL-BAIDANY, ABDEL AZIZ AL-
SWIDI, AHMED MOHAMMED HASSIN AL RAMMAH, MOHAMMED AL
PALESTINI, OMAR (LNU), SOFAINE MOHAMMED BERHOUMI, ABDUL
AZIZ NAJI, ABIN ALHAMED ABID ALSALLAM ALKESAWI, UMAR
ABDULLAH AL KUNDUZI, KHALED ABDALLAH AL-IDAN, ABDUL RAUF
ASIBI, MAHER LNU, MUSTAFA AL SHAMILI, BISHER AL-RAWI, OYBEK
JAMOLDINIVICH JABBAROV, SANAD ALI ALKALIEMI, FADL DAHIMI,
ABDUL SALAM DEIFF, ALI LNU, MOHAMMED AHMED SAEED HIDAR,
SAIF ULLAH, SAMIR LNU, YOYEJ, SAEED, OMAR DOE, SHARAF AL
SANANI, OMAR DEGHAYES, FAHD ABU HAFSA, JAMAL KIYEMBA,
ABDUL HAQ, NADIR OMAR ADULLAH BIN SAADOUN ALSAARY, SAMI
MUHYIDEEN, OMAR RAMAH, ABD AL ZAHER, FAWZI KHALED
ABDALLAH AL-AUDHA, ABDULLAH BO OMER HAMZA YOYEJ, ABU
RAHAN, NAJEEB DOE, SAD AL GAHTANI, AMER MOHAMMON, FAHD AL
HARAAZI, JABIR AL QUATANY, USAMA HASAN ABU KABIR, MOHSEN,
FAHD AL FAWZAN, ADEL LNU, RASHED AL QAMDI, BANDAR AL
SHAIBANI, ALI SHER HAMIDULLAH, MARSHAL DOE, KHALD AL
BARKATI, ABDULAL AL THANI, ABU AHMED AL JOFI, SLAIM HARBI,
ABU RAD AL JOFI, MUHAMMED HARBI, ABDULAZIZ LNU, ABDULAL
DOE, SAD AL MATERI, BOUCETTA FIHI, SAYF BIN ABDALLAH, SEED

FARHA, SALEH DOE, AHMED ADNAN AHJAM, MAGED DOE, ZEYAD AL GASSMY, ADEL HASSAN, HAMAD DOE, JAMIL AHMAD SAEED, HALA AHMAD SAEED AL-ADAHG, AMIR DOE, ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER AWAD AL BIHANI, ABU AHMED, WALEED DOE, WALEED LNU, SAMIR DOE, ELHAM BATAIF, ZEIN AL-ABEDEEN, YAGOOB AL SOURY, ABDUL RHMAN, ADEL AL TUNISI, ZAKER CHAN, SADER DOE, ALI AL KAZMI, ADNAN AL BIHANI, ALI YAHYA MAHDI, ABDULLAH LNU, ABDURAZZAK LNU, KHADER DOE, BILAL LNU, MOSHEN DOE, ABDUL RAHMAN, ABDURRAZAKH LNU, FAHD DOE, JAMIL EL-BANNA, ADEL LNU, OSAMA DOE, MOHAMED HMADI, ABDUL-RAHMAN ABDO ABULGHAITH SULAIMAN, FAHMI DOE, ESAM DOE, TALAH AHMED MOHAMMED ALI ALMJRD, AHMED MOHAMMED ALI ALMJRD, USAMA HASAN ABU KABIR, ABDUR RAZAKAH, AHMAD DOE, ALI KADAMI, AYMAN, FAWAZ, HOUMAD WARZLY, MOHAMED RAJAB, OTHMAN ALI MUHAMMED OMAR, MOHAMMED KAMEEN, SABRY MOHAMMED, SALEH, WAQAS MOHAMMED ALI AWAD, ZAKARIA, KHALID MOHAMMED, MUHAMMAD NUR UTHMAN MUHAMMAD, MAHDI SALIH, SAKI BACHA, SHAMSULLAH, ABOU YASSIR JEZAIRI, ABDAL RAUF ZALITINI, ABDAUL RAZAK ALI-HAJ, ADNAN, AHAMED, SALAH DEEN IBN SHAIKH, SALIH, SALEH LIBI, ABD AL RAHMAN ABDULLAH AL HALMANDY, MUHAMMED SAAD IQBAL MADNI, SAID MADANY, ABDULLAH JAFFA, ABU HADIFA, MOHAMMED ABDULLAH, SANJAWEZ RAWEEL KAMEEL WEEJ, ABUL AZIZ AL MATRAFI, MAJED BARYAN, MOHAMED FAHAD SAAD AL ZU'BI, MOUSSA, ABDULRAHMAN, SAUD AL JOUHANY, SULTAN AL SHAREEF, ABDU TAWAB, ABDUL AZIZ, ABU RAWDAH, ABDUL AL HAMMAN, ABDUL LATIF, ABDULLA HAJI, ABDULLA, ADEL, INSHANULLAH, BITAL ADEL HALAMI, HISHAM, RAFIOVE BIN BASHIR, RIAD NARGERI, RIDAH, SAIF, MASOUD, ABDULLAH, ABDULLAH ALI SALEH, AMAR BILOUSHI, KHALID DESHIRE, IBRAHIM NAYIF ADBALLAH IBRAHIM, MOHAMMED CHINGUITY, ABDO ALI AL HAJ, ABU BAKER SHAMMRANY, GHANIM-ABDULRAHMAN AL-HARBI, RAVIL MINGAZOV, ZAINULABIDIN MEROZHEV, ELHAM BATTAYAV, ABDULLI FEGHOUL, ALI ABDULLAH ALI, MOHAMMED AHMED TAHER, MOHAMMED ABDULLAH MOHAMMED BA ODAH, TARIQ ALI ABDULLAH BA ODAH, NASSER ALI ABDULLAH BA ODAH, MAJID KHAN, RABIA KHAN, FAIZ AHMED YAHIA SULIMAN, HADDAD AHMED YAHIA SULIMAN, MOHAMED MUQBEL AHMED ALSABRI, MOHAMED AL-ZARNOUQI, MASHOUR ABDULLAH MUQBEL ALSABRI, ELISHER, SABIR, FADHEL HUSSEIN SALEH HENTIF, HAYKAL MOHAMMED SALEH HENTIF, ACHRAF SALIM ABDESSALAM, IYOB MURSHAD ALI SALEH, MURSHAD ALI SALEH, ABDULRAHMAN MUHAMMAD SALEH NASSER, MUHAMMAD MUHAMMAD SALEH NASSER, RIDAH BIN SALEH AL YAZIDI, SAMI AL HAJJ, ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI, ABDULLAH ALI MAHMOUD AL SHUBATI, MOAMMAR BADAWI DOKHAN, SAMI AL HAJJ, ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR, SCOTT L. FENSTERMAKER, BASHIR GHALAAB, SHAWALI KHAN, GUANTANAMO BAY DETAINEE LITIGATION, MOHAMMED SULAYMON BARRE, MOHAMMED ABD AL AL QADIR, ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI, AWAL GUL, HAMOUD ABDULLAH HAMOUD HASSAN AL WADY, SALEM AHMED HADI, MAHMMOUD OMAR MOHAMMED BIN ATEF, KAHLID SAAD MOHAMMED, MAHBUB RAHMAN, MOHAMMAD RAHMAN, SAMI AL HAJJ, MONSOOR MUHAMMED ALI QATTAA, SHAKHRUKH HAMIDUVA, ADINA HAMIDOVA, FNU HAFIZULLAH, MUIEEN ADEEN JAMAL ADEEN

| | | |
|---|---|---|
| | | ABD AL F. ABD AL SATTAR, SHAWKI AWAD BALZUHAIR, YAKUBI, AHMED YASLAM SAID KUMAN, ABDULAH ALHAMIRI, ABDUL GHAFFAR, ADEL NOORI, ZAYN AL ABIDIN MUHAMMAD HUSAYN, MOHAMMED ABDULMALIK, SALIM JUMA KHAMISI, HASSAN ABDUL SAID, SAMI AL HAJJ, KHAIRULLA KHAIRKHWA, SAMI AL HAJJ, MULLAH NORULLAH NOORI, SAMI AL HAJJ, MUHAMMAD AHMAD ABDALLAH AL ANSI, SAMI AL HAJJ, ABDUL RAHMAN UMIR AL QYATI, SAAD MASIR MUKBL AL AZANI, AMMAR AL-BALUCHI, MOHAMMED NAZIR BIN LEP, ABU RAWDA, ABDUL RAZAK ALI, MOHAMMED ABDULLAH TAHA MATTAN, SHARGOWI LNU, ABDURAHMAN LNU, AHMED OMAR, EDRESS LNU, MOHAMMED AHMED SLAM AL-KHATEEB, MANSOUR K. A. KAMEL, ABDULAZIZ SAYER OWAIN AL SHAMMARI, SAYER O. Z. AL SHAMMARI, ABDULLAH SALEH ALI AL AJMI, MESFER SALEH ALI AL AJMI, MOHAMMED FUNAITEL AL DIHANI, MUBARA F. S. M. AL DAIHANI, FAYIZ MOHAMMED AHMED AL KANDARI, MOHAMMAD A. J. M. H. AL KANDARI, FWAD MAHMOUD AL RABIAH, MONZER M. H. A. AL RABIEAH, ADIL ZAMIL ABDULL MOHSSIN AL ZAMIL, WALID Z. A. AL ZAMEL, FAWZI KHALID ABDULLAH FAHAD AL ODAH, KHALED A.F. AL ODAH, NASSER NIJER NASER AL MUTAIRI, ABDULLAH KAMAL ABDULLAH KAMAL AL KANDARI, SAAD MADAI SAAD HAWASH AL-AZMI, HAMAD MADAI SAAD, OMAR RAJAB AMIN, MOHAMMAD R.M.R. AMEEN, NAYEF N. N. B. J. AL MUTAIRI, KHALID ABDULLAH MISHAL AL MUTAIRI, MESHAL A. M. TH AL MUTAIRI. (Attachments: # 1 Exhibit A-Declararion Brown, # 2 Exhibit B-Declaration Abraham, # 3 Exhibit C-Status Report)(Thompson, Darin) (Entered: 05/11/2009) |
| 05/12/2009 | 49 | MOTION for Reconsideration *OF ORDERS REGARDING DISCOVERY FROM THE GUANTANAMO REVIEW TASK FORCE* by JAY HOOD, GEORGE W. BUSH, BARACK OBAMA, BRICE GYURISKO, MICHAEL I. BUMGARNER, HARRY B. HARRIS, JR, WADE F. DAVIS, ROBERT M. GATES (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order 1, # 3 Text of Proposed Order 2, # 4 Exhibit Perrelli Declaration, # 5 Exhibit Olsen Declaration, # 6 Exhibit Benkert Declaration, # 7 Exhibit Cummings Declaration, # 8 Exhibit Hackett Declaration)(Henry, Terry) (Entered: 05/12/2009) |
| 05/13/2009 | 50 | MOTION for Order -- *CONSOLIDATED ORDER REGARDING TASK FORCE DISCOVERY* by BRUCE VARGO, DAVID M. THOMAS, JR, UNITED STATES OF AMERICA (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order 1, # 3 Text of Proposed Order 2, # 4 Exhibit Perrelli Declaration, # 5 Exhibit Olsen Declaration, # 6 Exhibit Benkert Declaration, # 7 Exhibit Cummings Declaration, # 8 Exhibit Hackett Declaration)(Henry, Terry) (Entered: 05/13/2009) |
| 05/15/2009 | 51 | Unopposed MOTION for Extension of Time to *File Reply in Support of the Governments Motion to Amend September 11, 2008 Protective Order and Counsel Access Procedures and January 9, 2009 Amended TS/SCI Protective Order and Counsel Access Procedures* by GEORGE W. BUSH, BARACK OBAMA, ROBERT GATES (Attachments: # 1 Text of Proposed Order)(Berman, Julia) (Entered: 05/15/2009) |
| 05/18/2009 | | MINUTE ORDER granting Unopposed Motion for Extension of Time to File Reply in Support of the Government's Motion to Amend Protective Orders and Counsel Access Procedures (Dkt. No. 1762, 08-mc-0442). The government is ordered to file its reply on or before Friday, May 22, 2009. Signed by Judge Thomas F. Hogan on 05/18/09. (lctfh1) (Entered: 05/18/2009) |

| 05/18/2009 | | Set/Reset Deadlines: Government's reply in support of Motion to Amend Protective Orders and Counsel Access Procedures due by 5/22/2009. (mm) (Entered: 05/19/2009) |
|---|---|---|
| 05/18/2009 | | Set/Reset Deadlines/Hearings: Consolidated response to government's motion for reconsideration due by 5/29/2009. Reply due by 6/5/2009. Motion Hearing set for 6/9/2009 04:00 PM in Courtroom 25A before Judge Thomas F. Hogan. (mm) (Entered: 05/27/2009) |
| 05/19/2009 | 52 | MEET AND CONFER STATEMENT. (Attachments: # 1 Exhibit 1)(Henry, Terry) (Entered: 05/19/2009) |
| 05/20/2009 | | MINUTE ORDER: By Wednesday, May 27, 2009, petitioners shall file one consolidated opposition to the Government's Motion for Reconsideration of Orders Regarding Discovery from the Guantanamo Review Task Force (Dkt. No. 1755, 08-mc-0442). The government's reply is due by Wednesday, June 3, 2009. Signed by Judge Thomas F. Hogan on 5/20/09. (lctfh1) (Entered: 05/20/2009) |
| 05/20/2009 | | Set/Reset Deadlines: Petitioners' consolidated opposition due by 5/27/2009. Reply due by 6/3/2009. (mm) (Entered: 05/22/2009) |
| 05/22/2009 | 53 | ORDER setting hearing on Motion for Reconsideration (Dkt. No. 1755, 08-mc-0442) for June 8, 2009 at 3:00 PM in Courtroom 25A before Judge Thomas F. Hogan. Signed by Judge Thomas F. Hogan on 5/22/09. (lctfh1) (Entered: 05/22/2009) |
| 05/22/2009 | 54 | REPLY to opposition to motion re (263 in 1:04-cv-01136-JDB, 73 in 1:08-cv-01104-CKK, 89 in 1:08-cv-01237-RMU-AK, 91 in 1:07-cv-02337-HHK, 77 in 1:08-cv-01310-RMU, 142 in 1:05-cv-00764-CKK-AK, 106 in 1:06-cv-01766-HHK, 85 in 1:08-cv-01236-JDB, 66 in 1:08-cv-01228-RMC, 6 in 1:09-cv-00031-JDB, 175 in 1:05-cv-00329-PLF, 115 in 1:06-cv-01668-HHK, 92 in 1:08-cv-01238-RWR, 58 in 1:08-cv-01223-JR, 127 in 1:05-cv-00877-JR, 68 in 1:08-cv-01232-JR, 86 in 1:08-cv-01101-JDB, 115 in 1:08-cv-01360-RWR, 257 in 1:04-cv-02022-PLF, 144 in 1:06-cv-01684-GK, 460 in 1:04-cv-01254-HHK, 217 in 1:05-cv-00023-RWR, 100 in 1:06-cv-01758-RMC, 104 in 1:07-cv-01710-RBW, 98 in 1:06-cv-01765-HHK, 170 in 1:05-cv-00763-JDB, 53 in 1:08-cv-01923-GK, 127 in 1:04-cv-02035-GK, 91 in 1:08-cv-01233-ESH, 172 in 1:05-cv-00359-UNA, 1064 in 1:05-cv-02386-RBW, 92 in 1:04-cv-01937-PLF, 44 in 1:06-cv-01759-JDB, 400 in 1:04-cv-01194-TFH, 36 in 1:08-cv-01828-RMU, 160 in 1:05-cv-00492-JR, 84 in 1:08-cv-01235-JDB, 177 in 1:05-cv-00392-UNA, 91 in 1:08-cv-00987-JDB, 156 in 1:04-cv-02046-CKK, 138 in 1:06-cv-01767-RMU, 199 in 1:05-cv-00270-JR, 140 in 1:05-cv-00748-RMC, 103 in 1:06-cv-00618-RWR, 160 in 1:06-cv-01690-RBW, 103 in 1:07-cv-02338-HHK, 1684 in 1:08-mc-00442-TFH, 142 in 1:04-cv-02215-RMC, 37 in 1:08-cv-01229-JDB, 62 in 1:08-cv-01805-RMU, 58 in 1:05-cv-02444-RMC, 44 in 1:08-cv-01227-ESH, 114 in 1:06-cv-01761-ESH, 83 in 1:08-cv-01230-RMC, 138 in 1:05-cv-00634-RWR, 92 in 1:08-cv-01153-HHK, 83 in 1:08-cv-01221-CKK, 58 in 1:08-cv-02019-RBW, 72 in 1:08-cv-01224-RMC, 161 in 1:05-cv-00526-RMU, 76 in 1:08-cv-01085-PLF, 197 in 1:04-cv-01164-RBW, 37 in 1:08-cv-02083-PLF, 502 in 1:02-cv-00828-UNA, 105 in 1:08-cv-01207-RWR, 39 in 1:08-cv-01733-JDB, 218 in 1:05-cv-00520-RMU, 187 in 1:05-cv-00569-JR, 194 in 1:05-cv-02479-HHK, 302 in 1:05-cv-00280-UNA, 59 in 1:08-cv-01440-CKK, 70 in 1:08-cv-01185-HHK, 42 in 1:08-cv-01231-CKK, 161 in 1:05-cv-00247-UNA) MOTION to Amend/Correct *SEPTEMBER 11, 2008 PROTECTIVE ORDER AND COUNSEL ACCESS PROCEDURES AND JANUARY 9, 2009 AMENDED TS/SCI PROTECTIVE ORDER AND COUNSEL ACCESS PROCEDURES* filed by GEORGE W. BUSH, BARACK OBAMA, ROBERT GATES. (Berman, Julia) (Entered: 05/22/2009) |

| 05/22/2009 | 55 | Consent MOTION for Extension of Time to *File Briefs* by OMAR KHADR, FATMAH ELSAMNAH, FALEN GHEREBI, MAHMOUD AHMED, ABDULMALIK ABDULWAHHAB AL-RAHABI, AHMED ABDULWAHHAB, MAKHTAR YAHIA NAJI AL-WRAFIE, FOADE YAHIA NAJI AL-WRAFIE, AREF ABD IL RHEEM, AREF ABD AL RAHIM, YASEIN KHASEM MOHAMMAD ESMAIL, JAMEL KHASEM MOHAMMAD, ADNAN FARHAN ABDUL LATIF, MAHMOAD ABDAH, MOHAMED FARHAN ABDUL LATIF, JAMAL MAR'I, NABIL MOHAMED MAR'I, OTHMAN ABDULRAHEEM MOHAMMAD, ARAF ABDULRAHEEM MOHAMMAD, ADIL EL HAJ OBAID, NAZEM SAEED EL HAJ OBAID, MOHAMED MOHAMED HASSAN ODAINI, BASHIR MOHAMED HASSAN ODAINI, SADEQ MOHAMMED SAID, MAHMOAD ABDAH AHMED, ABD ALSALAM MOHAMMED SAEED, FAROUK ALI AHMED SAIF, SHEAB AL MOHAMEDI, SALMAN YAHALDI HSAN MOHAMMED SAUD, YAHIVA HSANE MOHAMMED SAUD AL-RBUAYE, ALL PETITIONERS, MAJID MAHMOUD AHMED, IBRAHIM AHMED MAHMOUD AL QOSI, SAIFULLAH PARACHA, FARHAT PARACHA, ALI SALAH KAHLAH AL-MARRI, JARALLAH AL-MARRI, AHCENE ZEMIRI, KARINA DERESHTEANU, SHAKER ABDURRAHEEM AAMER, SAEED AHMED SIDDIQUE, OMAR DEGHAYES, TAHER DESGHAYES, JAMEL ABDULLAH KIYEMBA, THERESA NAMUDDU, RAMI BIN SAAD AL-OTEIBI, HANI SALEH RASHID ABDULLAH, YOSRA SALEH RASHID ABDULLAH, MAHMOOD SALIM AL MOHAMMED, ABDULLA SALIM AL-MOHAMMED, FATTOUH ALY AHMED ALGAZZAR, OMAR DEGHAYES, SHERIF EL-MASHAD, WAFFA EL-ARABIE, ADEL FATTOUH ALY AHMED ALGAZZAR, EAHME SALEM ALASSANI, SALEM SAED ALASSANI, SULEIMAN AWADH BIN AGIL AL-NADHI, GHAZI AWADH BIN AGIL AL-NADHY, ZAHER OMER BEN HAMDON, MOHAMMED OMER KHAMIS HAMDON, MOHAMMED AL-ADAHI, MIRIAM ALI ABDULLAH AL-HAJ, MUHAMMAD AL-ADAHI, MIRIAM ALI ABDULLAH AL-HAJ, MOHAMED ALI ABDULLA, MUHAMMAD ALI ABDULLAH BAWAZIR, SALIH ALI ABDULLAH BAWAZIR, FAHMI SALEM AL-ASSANI, SALEM SAID AL-ASSANI, SULEIMAN AWADH BIN AQIL AL-NAHDI, GHAZI AWADH BIN AQIL AL-NAHDI, ZAHIR OMAR KHAMIS BIN HAMDOON, MUHAMMAD OMAR KHAMIS BIN HAMDOON, SALEH ALI ABDULLA BAWAZER, AHMED ABDULLAH AL-WAZAN, YOUNOUS CHEKKOURI, MOHAMMED ABDUL RAHMAN, RAFIQ BIN BASHIR BIN JALLUL ALHAMI, DJAMEL AMEZIANE, AHAMED ABDUL AZIZ, SABIHA AWAD HADRAMI, NASSER DAHER AL SHAMMARI, ABDUL RAHMAN SHALBY, SHAKER AAMER, ABDULLAH AALI AL OTIABI, MUHAMMED FAHAD AL QAHTANY, MUSA AL MADANY, SALEH ABDULLA AL-OSHAN, MOHAMMED SAAD MOHAMMED AL-OSHAN, ZABEN DHAHER AL SHAMMARI, MUHAMMED KHAN TUMANI, ABD AL NISR KHAN TUMANI, MOHAMMEDOU OULD SALAHI, YAHDIH OULD SALAHI, OMER SAEED SALEM AL DAINI, MOHAMMED SAEED SALEM AL DAINI, MOHSEN ABDRUB ABOASSY, MOHAMMED SAEED BIN SALMAN, SAMEER NAJY HASAN MUKBEL, ABDULLA AHDRUB ABOASSY, SAEED SALIM BISALMAN, NAJY HASAN MUKBEL, ADEL HAMLILY, SHAKER AAMER, MOHAMMED AL NADOUR, MOHAMMED FAHREO, LAHCEN IKASRIEN, MOHAMMED MAZOZ, MOUSSA, ABDUL LATIF MOHAMMED NASSER, SAID, RIDOUANE SHAKUR, YOUNIS SHAKUR, TAREQ, OMAR DEGHAYES, AHMED ABU IMRAN, NAJEEB AL HUSSEINI, BENJAMIN MOHAMMED AL HABASHI, AHMED GHAPPOUR, CLIVE A. STAFFORD SMITH, SHAKER AAMER, KHIALI-GUL, YASIN MUHAMMED BASARDH, ALI HUSSIAN MOHAMMAD MUETY SHAABAN, NASRULLAH, ABDUL WAHAB, KARIN BOSTAN, TAJ |

MOHAMMAD, MOHAMMAD MUSTAFA SOHAIL, ARKAN MOHAMMAD
GHAFIL AL KARIM, ASIM BEN THABIT AL-KHALAQI, KASIMBEKOV
KOMOLIDDIN TOHIRJANOVICH, ABDULSALAM ALI ABDULRAHMAN
AL-HELA, ABDULWAHAB ALI ABDULRAHMAN AL-HELA, CHAMAN GUL
KHIALIGOL, HONORGOL KHIALIGOL, HAJI NUSRAT, ABDUL WAHID,
HAJI ROHULLAH WAKIL, MOHAMMAD WAKIL, SABAR LAL,
MOHAMMED HASSAN, WALI MOHAMMED MORAFA, HADAYA MORAFA,
ABDUL RAHMAN AZIZ KHAN, ABD AL RAHMAN, ABDUL RAZAK IKTIAR
MOHAMMED, ALI SHAH MOUSOVI, MOHAMMAD SAYYED SHAH,
IZAATULLAH NUSRAT, OMAR MOHAMMED KHALIFH, OMAR
DEGHAYES, LABED AHMED, TARIQ MAHMOUD ALSAWAM, ABU ABDUL
RAUF ZALITA, OMAR DEGHAYES, FARHI SAEED BIN MOHAMMED,
MOAZZAM BEGG, MOTAI SAIB, BISHER AL-RAWI, FATIMA NASSER
YAHIA ABDULLAH KHUSSROF, SAEED MOHAMMED SALEH HATIM, ALI
MOHAMMED SALEH AL-SALAHI, MOHAMMED NASSER YAHIA
ABDULLAH KHUSSROF, AHMED "DOE", OMAR DEGHAYES, JIHAD
DHIAB, SHAKER AAMER, HAMMAD DOE, HUDHAIFA DOE, JALAAL DOE,
KHALID DOE, SAABIR DOE, SAADIQ DOE, JAMAL KIYEMBA,
ABDUSABUR DOE, ABDUSAMAD DOE, ABDUNASIR DOE, ADIL BIN
MUHAMMAD AL WIRGHI, MOAZZAM BEGG, TAWISS BINT HASAN AL
WIRGHI, ABDL HADI OMAR MAHMOUD FARAJ, MOHAMMED AMON,
NABIL, JAMAAL KIYEMBA, SHAFIIQ, JAMAAL KIYEMBA, ABBAR
SUFIAN AL HAWARY, SHAKER AAMER, BISHER AL-RAWI, IBRAHIM
OSMAN IBRAHIM IDRIS, HASSAN BIN ATTASH, BENYAMIN MOHAMMED
AL HABASHI, A'AMER SHAKER, HAMID AL RAZAK, BISHER AL RAWI,
EDHAM MAMET, IBRAHIM MAMET, FOUZIA AHMMED, ABDUL RAHEEM
GHULAM RABBANI, MALIKA, AHMMED GHULAM RABBANI, ABDUL
ZAHIR, HUSSAIN SALEM MOHAMMED ALMERFEDI, SALEM
MOHAMMED SALEM ABDULLA ALMERFEDI, WALEED SAEED BN SAEED
ZAID, MOHAMMED SAEED BN SAEED ZAID, MOHAMMED RAJEB ABU
GHANEM, HIMIGER SADER ABU GHANEM, AMEEN MOHAMMAD
ALBKRI, ALI SALEH ALBKRI, ABDALHADI M. AL-SOPAI, ABDULLAH M.
AL-SOPAI, ALLA ALI BIN ALI AHMED, WAGDI ALI BIN ALI, MUSA'AB AL
MADHWANI, JAWAD JABBAR SADKHAN, JABBAR SADKHAN AL-
SAHLANI, SADAR DOE, ARKEEN DOE, USAMA HASAN ABU KABIR,
MOHAMMED AL-QAHTANI, MANEA AHMED FAHAD AL-QAHTANI,
ISMAIL ALKHEMISI, HASAN BALGAID, OMAR DEGHAYES, RAVIL
MINGAZA GAMIL, DILIARA MINGAZOVA, KHALED ABD ELGABAR
MOHAMMED OTHMAN, ABD AL MALIK ABD AL WAHAB, MUHAMMED
AHMED MUHAMMED ALGHURBANY, ALI HAMZA AHMED SULIMAN
BAHLOOL, ABDOUL MOHAMMED AHMED BAHLOOL, SALEH
MOHAMMED SELEH AL THABBII, FATMAH QHASIM AL AHMADI, ABDUL
AL QADER AHMED HUSSAIN, ABDULGADER AHMED HASIN ABOBAKER,
ISSAM HAMID ALI BIN ALI AL JAYFI, HAMID ALI AL JAYFI, OTHMAN ALI
MOHAMMED AL SHAMRANY, ALI MOHAMED OMAR AL SHOMRANY,
KHALID MOHAMMED AL THABBI, ABDU AL QADER HUSSAIN AL-
MUDAFARI, SALIEH HUSSAIN ALI AL-MUDAFARI, HAYAL AZIZ AHMED
AL-MITHALI, ALI AZIZ AHMED AL-MITHALI, ABD AL HAKIM GHALIB
AHMAD ALHAG, SAEED GHALIB AHMAD ALHAG, MOHAMMED ABDUL
RAHMAN AL-SHIMRANI, ALI ABDUL RAHMAN AL-SHIMRANI, AHMED
BEN BACHA, BINYAM MOHAMMED, SALAH BELBACHA, GHASSAN
ABDULLAH AL SHARBI, TOORAN MOHAMMAD AMANNULLAH, MIRRA
JAAN, MOHAMMAD WABI UMARI, GUL HYAT KHAN, ABDULLAH
MUJAHID HAQ, FARID AHMED, MOHAMMAD RAHIM, MOHAMMAD

KARIM, MOHAMMAD ZAHIR, ABDUL WAHAB, ABDULLAH WAZIR
ZADRAN, GHULAM ROOHANI, GHULAM JEELANI, DR. HIYATULLAH,
ABDUL ZAHIR, CHAMAN GUL KHIALIGOL, ZAHIR SHAH, ABDUL HAQ,
ABDUL BARRI, AHMED AL DARBY, AHMAD MOHAMMAD AL DARBI, ALI
MOHAMMAD AL DARBI, MOHAMMED MOHAMMED HASSEN, ABDUL
HAMID ABDUL SALAM AL-GHIZZAWI, ALI YEHYA MAHDI AL-RIMI,
ADHAM MOHAMMED ALI AWAD, ISMAIL ALI AL RAMMI, SOAID SALH
AHMAD AL RAMMI, ADEL ALI AHMAD AL RAMMI, ZAKARIA AL-
BAIDANY, ABDEL AZIZ AL-SWIDI, AHMED MOHAMMED HASSIN AL
RAMMAH, TALAH AHMED MOHAMMED ALI ALMJRD, AHMED
MOHAMMED ALI ALMJRD, USAMA HASAN ABU KABIR, ABDUR
RAZAKAH, AHMAD DOE, ALI KADAMI, AYMAN, FAWAZ, HOUMAD
WARZLY, MOHAMED RAJAB, OTHMAN ALI MUHAMMED OMAR,
MOHAMMED KAMEEN, SABRY MOHAMMED, SALEH, WAQAS
MOHAMMED ALI AWAD, ZAKARIA, KHALID MOHAMMED, MUHAMMAD
NUR UTHMAN MUHAMMAD, MAHDI SALIH, SAKI BACHA,
SHAMSULLAH, ABOU YASSIR JEZAIRI, ABDAL RAUF ZALITINI, ABDAUL
RAZAK ALI-HAJ, ADNAN, AHAMED, SALAH DEEN IBN SHAIKH, SALIH,
SALEH LIBI, ABD AL RAHMAN ABDULLAH AL HALMANDY,
MUHAMMED SAAD IQBAL MADNI, SAID MADANY, ABDULLAH JAFFA,
ABU HADIFA, MOHAMMED ABDULLAH, SANJAWEZ RAWEEL KAMEEL
WEEJ, ABUL AZIZ AL MATRAFI, MAJED BARYAN, MOHAMED FAHAD
SAAD AL ZU'BI, MOUSSA, ABDULRAHMAN, SAUD AL JOUHANY, SULTAN
AL SHAREEF, ABDU TAWAB, ABDUL AZIZ, ABU RAWDAH, ABDUL AL
HAMMAN, ABDUL LATIF, ABDULLA HAJI, ABDULLA, ADEL,
INSHANULLAH, BITAL ADEL HALAMI, HISHAM, RAFIOVE BIN BASHIR,
RIAD NARGERI, RIDAH, SAIF, MASOUD, ABDULLAH, ABDULLAH ALI
SALEH, AMAR BILOUSHI, KHALID DESHIRE, IBRAHIM NAYIF
ADBALLAH IBRAHIM, MOHAMMED CHINGUITY, ABDO ALI AL HAJ, ABU
BAKER SHAMMRANY, GHANIM-ABDULRAHMAN AL-HARBI, RAVIL
MINGAZOV, ZAINULABIDIN MEROZHEV, ELHAM BATTAYAV, ABDULLI
FEGHOUL, WASIM, QAYED, ALI ABDULLAH ALI, MOHAMMED AHMED
TAHER, MOHAMMED ABDULLAH MOHAMMED BA ODAH, TARIQ ALI
ABDULLAH BA ODAH, NASSER ALI ABDULLAH BA ODAH, RAMZI BIN
AL-SHIBH, ZAKARIA BIN AL-SHIBH, FAIZ AHMED YAHIA SULIMAN,
HADDAD AHMED YAHIA SULIMAN, MOHAMED MUQBEL AHMED
ALSABRI, MOHAMED AL-ZARNOUQI, MASHOUR ABDULLAH MUQBEL
ALSABRI, ELISHER, SABIR, FADHEL HUSSEIN SALEH HENTIF, HAYKAL
MOHAMMED SALEH HENTIF, IYOB MURSHAD ALI SALEH, MURSHAD
ALI SALEH, ABDULRAHMAN MUHAMMAD SALEH NASSER,
MUHAMMAD MUHAMMAD SALEH NASSER, RIDAH BIN SALEH AL
YAZIDI, SAMI AL HAJJ, ABDURRAHMAN ABDALLAH ALI MAHMOUD AL
SHUBATI, ABDULLAH ALI MAHMOUD AL SHUBATI, AHMED ZAID
SALEM ZUHAIR, MOAMMAR BADAWI DOKHAN, SAMI AL HAJJ,
MOHAMED AL-ZARNOUQI, MASHOUR ABDULLAH MUQBEL ALSABRI,
ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR, SCOTT L.
FENSTERMAKER, BASHIR GHALAAB, SHAWALI KHAN, GUANTANAMO
BAY DETAINEE LITIGATION, MOHAMMED SULAYMON BARRE,
MOHAMMED ABD AL AL QADIR, ABD AL-RAHIM HUSSAIN MOHAMMED
AL-NASHIRI, AWAL GUL, HAMOUD ABDULLAH HAMOUD HASSAN AL
WADY, SALEM AHMED HADI, MAHMMOUD OMAR MOHAMMED BIN
ATEF, KAHLID SAAD MOHAMMED, MAHBUB RAHMAN, MOHAMMAD
RAHMAN, SAMI AL HAJJ, MONSOOR MUHAMMED ALI QATTAA,
SHAKHRUKH HAMIDUVA, ADINA HAMIDOVA, FNU HAFIZULLAH,

| | | |
|---|---|---|
| | | MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR, SHAWKI AWAD BALZUHAIR, YAKUBI, AHMED YASLAM SAID KUMAN, SHARIFULLAH, SUBHANULLAH, SAMI AL HAJJ, ABDULAH ALHAMIRI, ABDUL GHAFFAR, ADEL NOORI, ZAYN AL ABIDIN MOHAMMED HUSAYN, MOHAMMED ABDULMALIK, SALIM JUMA KHAMISI, HASSAN ABDUL SAID, SAMI AL HAJJ, KHAIRULLA KHAIRKHWA, SAMI AL HAJJ, MULLAH NORULLAH NOORI, SAMI AL HAJJ, MUHAMMAD AHMAD ABDALLAH AL ANSI, SAMI AL HAJJ, ABDUL RAHMAN UMIR AL QYATI, SAAD MASIR MUKBL AL AZANI, AMMAR AL-BALUCHI, MOHAMMED NAZIR BIN LEP, ABU RAWDA, ABDUL RAZAK ALI, MOHAMMED ABDULLAH TAHA MATTAN, SHARGOWI LNU, ABDURAHMAN LNU, AHMED OMAR, EDRESS LNU, MOHAMMED AHMED SLAM AL-KHATEEB, MANSOUR K. A. KAMEL, ABDULAZIZ SAYER OWAIN AL SHAMMARI, SAYER O. Z. AL SHAMMARI, ABDULLAH SALEH ALI AL AJMI, MESFER SALEH ALI AL AJMI, MOHAMMED FUNAITEL AL DIHANI, MUBARA F. S. M. AL DAIHANI, FAYIZ MOHAMMED AHMED AL KANDARI, MOHAMMAD A. J. M. H. AL KANDARI, FWAD MAHMOUD AL RABIAH, MONZER M. H. A. AL RABIEAH, ADIL ZAMIL ABDULL MOHSSIN AL ZAMIL, WALID Z. A. AL ZAMEL, FAWZI KHALID ABDULLAH FAHAD AL ODAH, KHALED A.F. AL ODAH, NASSER NIJER NASER AL MUTAIRI, ABDULLAH KAMAL ABDULLAH KAMAL AL KANDARI, SAAD MADAI SAAD HAWASH AL-AZMI, HAMAD MADAI SAAD, OMAR RAJAB AMIN, MOHAMMAD R.M.R. AMEEN, NAYEF N. N. B. J. AL MUTAIRI, KHALID MOHAMMED MISHAL AL MUTAIRI, MESHAL A. M. TH AL MUTAIRI (Ryan, Peter) (Entered: 05/22/2009) |
| 05/26/2009 | | MINUTE ORDER granting in part Petitioners' Consent Motion to Extend Briefing Deadlines (Dkt. No. 1772, 08-mc-0442). Petitioners may file one consolidated opposition to the government's Motion for Reconsideration by Friday, May 29, 2009. The government may file a reply brief by Friday, June 5, 2009. The hearing date is reset from June 8, 2009 to June 9, 2009, at 4:00 p.m. Signed by Judge Thomas F. Hogan on 5/26/09. (lctfh1) (Entered: 05/26/2009) |
| 05/29/2009 | [56](#) | MOTION to Strike *, and in Opposition to, Respondents' Motion for Reconsideration of Orders Regarding Discovery from the Guantanamo Review Task Force* by OMAR KHADR, FATMAH ELSAMNAH, FALEN GHEREBI, BISHER NASER ALI ALMARWALH, HUISSEN NASER ALI ALMARWALH, MASAAB OMAR AL-MADHWANI, ALI OMAR MADHWANI, ABDULKHALIQ AL-BAIDHANI, KHALID AL-BAIDHANI, ALI AHMED MOHAMMED AL RAZEHI, ABDULLAH AHMED MOHAMMED AL RAZEHI, SUHAIL ABDU ANAM, SAEED AHMED AL-SARIM, SAMIR AHMED AL-SARIM, IMAD ABDULLAH HASSAN, AMRO ABDULLAH HASSAN, JALAL SALIM BIN AMER, FAEZ BIN AMER, ALI YAHYA MAHDI, MOHAMED YAHYA MAHDI, ATAG ALI ABDOH, MOHAMED ABDU ANAM, KHALID AHMED KASSIM, FADHLE AHMED KASSIM, FAHMI ABDULLAH AHMED, KMAL ABDULLAH AHMED, ABDUALAZIZ ABDOH AL SWIDI, ADNAN ABDOH ALSWIDI, AL HUSSIN AL-TIS, HADI HUSSIN AL-TIS, FAHMI ABDULLAH UBAD AL-TAWLAQI, ALL PETITIONERS, ABDULLAH AHMED UBAD AL-TAWLAQI, MAHMOUD AHMED, ABDULMALIK ABDULWAHHAB AL-RAHABI, AHMED ABDULWAHHAB, MAKHTAR YAHIA NAJI AL-WRAFIE, FOADE YAHIA NAJI AL-WRAFIE, AREF ABD IL RHEEM, AREF ABD AL RAHIM, YASEIN KHASEM MOHAMMAD ESMAIL, JAMEL KHASEM MOHAMMAD, ADNAN FARHAN ABDUL LATIF, MAHMOAD ABDAH, MOHAMED FARHAN ABDUL LATIF, JAMAL MAR'I, NABIL MOHAMED MAR'I, OTHMAN ABDULRAHEEM MOHAMMAD, ARAF ABDULRAHEEM MOHAMMAD, ADIL EL HAJ OBAID, NAZEM SAEED EL HAJ OBAID, |

MOHAMED MOHAMED HASSAN ODAINI, BASHIR MOHAMED HASSAN ODAINI, SADEQ MOHAMMED SAID, MAHMOAD ABDAH AHMED, ABD ALSALAM MOHAMMED SAEED, FAROUK ALI AHMED SAIF, SHEAB AL MOHAMEDI, SALMAN YAHALDI HSAN MOHAMMED SAUD, YAHIVA HSANE MOHAMMED SAUD AL-RBUAYE, MAJID MAHMOUD AHMED, SAIFULLAH PARACHA, FARHAT PARACHA, ALI SALAH KAHLAH AL-MARRI, JARALLAH AL-MARRI, AHCENE ZEMIRI, KARINA DERESHTEANU, RAMI BIN SAAD AL-OTEIBI, HANI SALEH RASHID ABDULLAH, YOSRA SALEH RASHID ABDULLAH, MAHMOOD SALIM AL MOHAMMED, ABDULLA SALIM AL-MOHAMMED, FATTOUH ALY AHMED ALGAZZAR, OMAR DEGHAYES, SHERIF EL-MASHAD, WAFFA EL-ARABIE, ADEL FATTOUH ALY AHMED ALGAZZAR, EAHME SALEM ALASSANI, SALEM SAED ALASSANI, SULEIMAN AWADH BIN AGIL AL-NADHI, GHAZI AWADH BIN AGIL AL-NADHY, ZAHER OMER BEN HAMDON, MOHAMMED OMER KHAMIS HAMDON, MOHAMMED AL-ADAHI, MIRIAM ALI ABDULLAH AL-HAJ, MUHAMMAD AL-ADAHI, MIRIAM ALI ABDULLAH AL-HAJ, MOHAMED ALI ABDULLA, MUHAMMAD ALI ABDULLAH BAWAZIR, SALIH ALI ABDULLAH BAWAZIR, FAHMI SALEM AL-ASSANI, SALEM SAID AL-ASSANI, SULEIMAN AWADH BIN AQIL AL-NAHDI, GHAZI AWADH BIN AQIL AL-NAHDI, ZAHIR OMAR KHAMIS BIN HAMDOON, MUHAMMAD OMAR KHAMIS BIN HAMDOON, SALEH ALI ABDULLA BAWAZER, AHMED ABDULLAH AL-WAZAN, YOUNOUS CHEKKOURI, DJAMEL AMEZIANE, AHAMED ABDUL AZIZ, SABIHA AWAD HADRAMI, NASSER DAHER AL SHAMMARI, ABDUL RAHMAN SHALBY, SHAKER AAMER, ABDULLAH AALI AL OTIABI, MUHAMMED FAHAD AL QAHTANY, MUSA AL MADANY, SALEH ABDULLA AL-OSHAN, MOHAMMED SAAD MOHAMMED AL-OSHAN, ZABEN DHAHER AL SHAMMARI, MUHAMMED KHAN TUMANI, ABD AL NISR KHAN TUMANI, MOHAMMEDOU OULD SALAHI, YAHDIH OULD SALAHI, OMER SAEED SALEM AL DAINI, MOHAMMED SAEED SALEM AL DAINI, MOHSEN ABDRUB ABOASSY, MOHAMMED SAEED BIN SALMAN, SAMEER NAJY HASAN MUKBEL, ABDULLA AHDRUB ABOASSY, SAEED SALIM BISALMAN, NAJY HASAN MUKBEL, ADEL HAMLILY, SHAKER AAMER, MOHAMMED AL NADOUR, MOHAMMED FAHREO, LAHCEN IKASRIEN, MOHAMMED MAZOZ, MOUSSA, ABDUL LATIF MOHAMMED NASSER, SAID, RIDOUANE SHAKUR, YOUNIS SHAKUR, TAREQ, OMAR DEGHAYES, AHMED ABU IMRAN, NAJEEB AL HUSSEINI, BENJAMIN MOHAMMED AL HABASHI, SHAKER AAMER, KHIALI-GUL, YASIN MUHAMMED BASARDH, ALI HUSSIAN MOHAMMAD MUETY SHAABAN, NASRULLAH, ABDUL WAHAB, KARIN BOSTAN, TAJ MOHAMMAD, MOHAMMAD MUSTAFA SOHAIL, ARKAN MOHAMMAD GHAFIL AL KARIM, ASIM BEN THABIT AL-KHALAQI, KASIMBEKOV KOMOLIDDIN TOHIRJANOVICH, ABDULSALAM ALI ABDULRAHMAN AL-HELA, ABDULWAHAB ALI ABDULRAHMAN AL-HELA, CHAMAN GUL KHIALIGOL, HONORGOL KHIALIGOL, HAJI NUSRAT, ABDUL WAHID, HAJI ROHULLAH WAKIL, MOHAMMAD WAKIL, SABAR LAL, MOHAMMED HASSAN, WALI MOHAMMED MORAFA, HADAYA MORAFA, ABDUL RAHMAN AZIZ KHAN, ABD AL RAHMAN, ABDUL RAZAK IKTIAR MOHAMMED, ALI SHAH MOUSOVI, MOHAMMAD SAYYED SHAH, IZAATULLAH NUSRAT, OMAR MOHAMMED KHALIFH, OMAR DEGHAYES, LABED AHMED, TARIQ MAHMOUD ALSAWAM, ABU ABDUL RAUF ZALITA, OMAR DEGHAYES, FARHI SAEED BIN MOHAMMED, MOAZZAM BEGG, MOTAI SAIB, BISHER AL-RAWI, FATIMA NASSER YAHIA ABDULLAH KHUSSROF,

SAEED MOHAMMED SALEH HATIM, ALI MOHAMMED SALEH AL-SALAHI, MOHAMMED NASSER YAHIA ABDULLAH KHUSSROF, AHMED "DOE", OMAR DEGHAYES, JIHAD DHIAB, SHAKER AAMER, HAMMAD DOE, HUDHAIFA DOE, JALAAL DOE, KHALID DOE, SAABIR DOE, SAADIQ DOE, JAMAL KIYEMBA, ABDUSABUR DOE, ABDUSAMAD DOE, ABDUNASIR DOE, ADIL BIN MUHAMMAD AL WIRGHI, MOAZZAM BEGG, TAWISS BINT HASAN AL WIRGHI, ABDL HADI OMAR MAHMOUD FARAJ, MOHAMMED AMON, NABIL, JAMAAL KIYEMBA, SHAFIIQ, JAMAAL KIYEMBA, ABBAR SUFIAN AL HAWARY, SHAKER AAMER, BISHER AL-RAWI, IBRAHIM OSMAN IBRAHIM IDRIS, HASSAN BIN ATTASH, BENYAMIN MOHAMMED AL HABASHI, A'AMER SHAKER, HAMID AL RAZAK, BISHER AL RAWI, EDHAM MAMET, IBRAHIM MAMET, FOUZIA AHMMED, ABDUL RAHEEM GHULAM RABBANI, MALIKA, AHMMED GHULAM RABBANI, ABDUL ZAHIR, HUSSAIN SALEM MOHAMMED ALMERFEDI, SALEM MOHAMMED SALEM ABDULLA ALMERFEDI, WALEED SAEED BN SAEED ZAID, MOHAMMED SAEED BN SAEED ZAID, MOHAMMED RAJEB ABU GHANEM, HIMIGER SADER ABU GHANEM, AMEEN MOHAMMAD ALBKRI, ALI SALEH ALBKRI, ABDALHADI M. AL-SOPAI, ABDULLAH M. AL-SOPAI, ALLA ALI BIN ALI AHMED, WAGDI ALI BIN ALI, JAWAD JABBAR SADKHAN, JABBAR SADKHAN AL-SAHLANI, SADAR DOE, ARKEEN DOE, USAMA HASAN ABU KABIR, MOHAMMED AL-QAHTANI, MANEA AHMED FAHAD AL-QAHTANI, ISMAIL ALKHEMISI, HASAN BALGAID, OMAR DEGHAYES, RAVIL MINGAZA GAMIL, DILIARA MINGAZOVA, KHALED ABD ELGABAR MOHAMMED OTHMAN, ABD AL MALIK ABD AL WAHAB, MUHAMMED AHMED MUHAMMED ALGHURBANY, ALI HAMZA AHMED SULIMAN BAHLOOL, ABDOUL MOHAMMED AHMED BAHLOOL, SALEH MOHAMMED SELEH AL THABBII, FATMAH QHASIM AL AHMADI, ABDUL AL QADER AHMED HUSSAIN, ABDULGADER AHMED HASIN ABOBAKER, ISSAM HAMID ALI BIN ALI AL JAYFI, HAMID ALI AL JAYFI, OTHMAN ALI MOHAMMED AL SHAMRANY, ALI MOHAMED OMAR AL SHOMRANY, KHALID MOHAMMED AL THABBI, ABDU AL QADER HUSSAIN AL-MUDAFARI, SALIEH HUSSAIN ALI AL-MUDAFARI, HAYAL AZIZ AHMED AL-MITHALI, ALI AZIZ AHMED AL-MITHALI, ABD AL HAKIM GHALIB AHMAD ALHAG, SAEED GHALIB AHMAD ALHAG, MOHAMMED ABDUL RAHMAN AL-SHIMRANI, ALI ABDUL RAHMAN AL-SHIMRANI, AHMED BEN BACHA, BINYAM MOHAMMED, SALAH BELBACHA, GHASSAN ABDULLAH AL SHARBI, TOORAN MOHAMMAD AMANNULLAH, MIRRA JAAN, MOHAMMAD WABI UMARI, GUL HYAT KHAN, ABDULLAH MUJAHID HAQ, FARID AHMED, MOHAMMAD RAHIM, MOHAMMAD KARIM, MOHAMMAD ZAHIR, ABDUL WAHAB, ABDULLAH WAZIR ZADRAN, GHULAM ROOHANI, GHULAM JEELANI, DR. HIYATULLAH, ABDUL ZAHIR, CHAMAN GUL KHIALIGOL, ZAHIR SHAH, ABDUL HAQ, ABDUL BARRI, AHMED AL DARBY, AHMAD MOHAMMAD AL DARBI, ALI MOHAMMAD AL DARBI, MOHAMMED MOHAMMED HASSEN, ABDUL HAMID ABDUL SALAM AL-GHIZZAWI, ALI YEHYA MAHDI AL-RIMI, ADHAM MOHAMMED ALI AWAD, ISMAIL ALI AL RAMMI, SOAID SALH AHMAD AL RAMMI, ADEL ALI AHMAD AL RAMMI, SAMI MUHYIDEEN, BANDAR AL JAABIR, JAMAL KIYEMBA, MOHAMMED ZAHRANI, OMAR DEGHAYES, SALIM SAID, ANWAR HANDAN AL SHIMMIRI, SULIMAN HONAHEEM ALOWAIDAH, SAAD AL QAHTAANI, JOBRAN SAAD AL-QUHTANI, NAWAL MADAY AL-QUHTANI, ZAKARIA AL-BAIDANY, ABDEL AZIZ AL-SWIDI, AHMED MOHAMMED HASSIN AL RAMMAH, MOHAMMED AL PALESTINI, SOFAINE MOHAMMED BERHOUMI, ABDUL

AZIZ NAJI, ABIN ALHAMED ABID ALSALLAM ALKESAWI, ABU RAWDA,
UMAR ABDULLAH AL KUNDUZI, KHALED ABDALLAH AL-IDAN, ABDUL
RAUF ASIBI, ABDUL RAZAK ALI, MOHAMMED ABDULLAH TAHA
MATTAN, MAHER LNU, MAHER EL FALESTENY, MUSTAFA AL SHAMILI,
SHARGOWI LNU, BISHER AL-RAWI, OYBEK JAMOLDINIVICH
JABBAROV, SANAD ALI ALKALIEMI, FADL DAHIMI, ABDUL SALAM
DEIFF, ABDURAHMAN LNU, AHMED OMAR, ALI LNU, EDRESS LNU,
MOHAMMED AHMED SAEED HIDAR, SAIF ULLAH, SAMIR LNU, YOYEJ,
SAEED, OMAR DOE, OMAR DEGHAYES, FAHD ABU HAFSA, JAMAL
KIYEMBA, ABDUL HAQ, NADIR OMAR ADULLAH BIN SAADOUN
ALSAARY, SAMI MUHYIDEEN, OMAR RAMAH, ABD AL ZAHER, FAWZI
KHALED ABDALLAH AL-AUDHA, ABDULLAH BO OMER HAMZA YOYEJ,
ABU RAHAN, NAJEEB DOE, SAD AL GAHTANI, AMER MOHAMMON,
JABIR AL QUATANY, USAMA HASAN ABU KABIR, MOHSEN, FAHD AL
FAWZAN, ADEL LNU, RASHED AL QAMDI, BANDAR AL SHAIBANI, ALI
SHER HAMIDULLAH, MARSHAL DOE, KHALD AL BARKATI, ABDULAL
AL THANI, ABU AHMED AL JOFI, SLAIM HARBI, ABU RAD AL JOFI,
MUHAMMED HARBI, ABDULAZIZ LNU, ABDULAL DOE, SAD AL MATERI,
BOUCETTA FIHI, SAYF BIN ABDALLAH, SEED FARHA, SALEH DOE,
AHMED ADNAN AHJAM, MAGED DOE, ZEYAD AL GASSMY, ADEL
HASSAN, HAMAD DOE, JAMIL AHMAD SAEED, HALA AHMAD SAEED
AL-ADAHG, AMIR DOE, ALKHADR ABDULLAH AL YAFIE, TOFIQ NASSER
AWAD AL BIHANI, ABU AHMED, WALEED DOE, WALEED LNU, SAMIR
DOE, ELHAM BATAIF, ZEIN AL-ABEDEEN, YAGOOB AL SOURY, ABDUL
RHMAN, ADEL AL TUNISI, ZAKER CHAN, SADER DOE, MOHAMMED
AHMED SLAM AL-KHATEEB, ALI AL KAZMI, ADNAN AL BIHANI, ALI
YAHYA MAHDI, ABDULLAH LNU, ABDURAZZAK LNU, KHADER DOE,
BILAL LNU, MOSHEN DOE, ABDUL RAHMAN, ABDURRAZAKH LNU,
FAHD DOE, JAMIL EL-BANNA, ADEL LNU, OSAMA DOE, MOHAMED
HMADI, ABDUL-RAHMAN ABDO ABULGHAITH SULAIMAN, FAHMI DOE,
ESAM DOE, TALAH AHMED MOHAMMED ALI ALMJRD, AHMED
MOHAMMED ALI ALMJRD, USAMA HASAN ABU KABIR, ABDUR
RAZAKAH, AHMAD DOE, ALI KADAMI, AYMAN, FAWAZ, HOUMAD
WARZLY, MOHAMED RAJAB, OTHMAN ALI MUHAMMED OMAR,
MOHAMMED KAMEEN, SABRY MOHAMMED, SALEH, WAQAS
MOHAMMED ALI AWAD, ZAKARIA, KHALID MOHAMMED, MUHAMMAD
NUR UTHMAN MUHAMMAD, MAHDI SALIH, SAKI BACHA,
SHAMSULLAH, ABOU YASSIR JEZAIRI, ABDAL RAUF ZALITINI, ABDAUL
RAZAK ALI-HAJ, ADNAN, AHAMED, SALAH DEEN IBN SHAIKH, SALIH,
SALEH LIBI, ABD AL RAHMAN ABDULLAH AL HALMANDY,
MUHAMMED SAAD IQBAL MADNI, SAID MADANY, ABDULLAH JAFFA,
ABU HADIFA, MOHAMMED ABDULLAH, SANJAWEZ RAWEEL KAMEEL
WEEJ, ABUL AZIZ AL MATRAFI, MAJED BARYAN, MOHAMED FAHAD
SAAD AL ZU'BI, MOUSSA, ABDULRAHMAN, SAUD AL JOUHANY, SULTAN
AL SHAREEF, ABDU TAWAB, ABDUL AZIZ, ABU RAWDAH, ABDUL AL
HAMMAN, ABDUL LATIF, ABDULLA HAJI, ABDULLA, ADEL,
INSHANULLAH, BITAL ADEL HALAMI, HISHAM, RAFIOVE BIN BASHIR,
RIAD NARGERI, RIDAH, SAIF, MASOUD, ABDULLAH, ABDULLAH ALI
SALEH, AMAR BILOUSHI, KHALID DESHIRE, IBRAHIM NAYIF
ADBALLAH IBRAHIM, MOHAMMED CHINGUITY, ABDO ALI AL HAJ, ABU
BAKER SHAMMRANY, GHANIM-ABDULRAHMAN AL-HARBI, RAVIL
MINGAZOV, ZAINULABIDIN MEROZHEV, ELHAM BATTAYAV, ABDULLI
FEGHOUL, WASIM, QAYED, ALI ABDULLAH ALI, MOHAMMED AHMED
TAHER, MOHAMMED ABDULLAH MOHAMMED BA ODAH, TARIQ ALI

| | | |
|---|---|---|
| | | ABDULLAH BA ODAH, NASSER ALI ABDULLAH BA ODAH, MAJID KHAN, RABIA KHAN, RAMZI BIN AL-SHIBH, ZAKARIA BIN AL-SHIBH, FAIZ AHMED YAHIA SULIMAN, HADDAD AHMED YAHIA SULIMAN, MOHAMED MUQBEL AHMED ALSABRI, MOHAMED AL-ZARNOUQI, MASHOUR ABDULLAH MUQBEL ALSABRI, ELISHER, SABIR, FADHEL HUSSEIN SALEH HENTIF, HAYKAL MOHAMMED SALEH HENTIF, ACHRAF SALIM ABDESSALAM, IYOB MURSHAD ALI SALEH, MURSHAD ALI SALEH, ABDULRAHMAN MUHAMMAD SALEH NASSER, MUHAMMAD MUHAMMAD SALEH NASSER, RIDAH BIN SALEH AL YAZIDI, SAMI AL HAJJ, ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI, ABDULLAH ALI MAHMOUD AL SHUBATI, ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR, SCOTT L. FENSTERMAKER, BASHIR GHALAAB, SHAWALI KHAN, MOHAMMED SULAYMON BARRE, MOHAMMED ABD AL AL QADIR, ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI, AWAL GUL, HAMOUD ABDULLAH HAMOUD HASSAN AL WADY, SALEM AHMED HADI, MAHMMOUD OMAR MOHAMMED BIN ATEF, KAHLID SAAD MOHAMMED, MAHBUB RAHMAN, MOHAMMAD RAHMAN, SAMI AL HAJJ, MONSOOR MUHAMMED ALI QATTAA, SHAKHRUKH HAMIDUVA, ADINA HAMIDOVA, FNU HAFIZULLAH, MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR, SHAWKI AWAD BALZUHAIR, YAKUBI, AHMED YASLAM SAID KUMAN, SHARIFULLAH, SUBHANULLAH, SAMI AL HAJJ, ABDULAH ALHAMIRI, ABDUL GHAFFAR, ADEL NOORI, ZAYN AL ABIDIN MUHAMMAD HUSAYN, MOHAMMED ABDULMALIK, SALIM JUMA KHAMISI, HASSAN ABDUL SAID, SAMI AL HAJJ, ISMAIL MOHAMED, ALI MOHAMED, KHAIRULLA KHAIRKHWA, SAMI AL HAJJ, MULLAH NORULLAH NOORI, SAMI AL HAJJ, MUHAMMAD AHMAD ABDALLAH AL ANSI, SAMI AL HAJJ, ABDUL RAHMAN UMIR AL QYATI, SAAD MASIR MUKBL AL AZANI, AMMAR AL-BALUCHI, MOHAMMED NAZIR BIN LEP, NADIR OMAR ABDULLAH BIN SA'ADO ALS'AARY (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Breckinridge, Alexander) (Entered: 05/29/2009) |
| 06/01/2009 | 57 | MEMORANDUM OPINION. Signed by Judge Thomas F. Hogan on 6/1/09. (lctfh1) (Entered: 06/01/2009) |
| 06/01/2009 | 58 | ORDER denying without prejudice government's Motion to Confirm Designation of Unclassified Factual Returns as "Protected." Signed by Judge Thomas F. Hogan on 6/1/09. (lctfh1) (Entered: 06/01/2009) |
| 06/02/2009 | | MINUTE ORDER: The parties are hereby ordered to appear for a status conference on June 10, 2009 at 9:30 a.m. Signed by Judge Paul L. Friedman on June 2, 2009. (MA) (Entered: 06/02/2009) |
| 06/02/2009 | 59 | NOTICE of Appearance by Stephen McCoy Elliott on behalf of ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO (Elliott, Stephen) (Entered: 06/02/2009) |
| 06/02/2009 | | Set/Reset Hearings: Status Conference set for 6/10/2009 09:30 AM in Courtroom 29A before Judge Paul L. Friedman. (mm) (Entered: 06/03/2009) |
| 06/05/2009 | 60 | REPLY to opposition to motion re (105 in 1:08-cv-01238-RWR) MOTION for Reconsideration, (106 in 1:08-cv-01238-RWR) MOTION for Order *Regarding Discovery From The Guantanamo Review Task Force* filed by BRICE GYURISKO, NELSON J. CANNON, BARACK OBAMA, MICHAEL BUMGARNER, HARRY |

| | | |
|---|---|---|
| | | B. HARRIS, JR, WADE F. DAVIS, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT GATES. (Henry, Terry) (Entered: 06/05/2009) |
| 06/08/2009 | | NOTICE OF ERROR re 60 Reply to opposition to Motion; emailed to terry.henry@usdoj.gov, cc'd 4 associated attorneys -- The PDF file you docketed contained errors: 1. Two-part docket entry, 2. Motion needs to be filed in all cases (td, ) (Entered: 06/08/2009) |
| 06/10/2009 | | Minute Entry for proceedings held before Judge Paul L. Friedman: Status Conference held on 6/10/2009. (Court Reporter Linda Russo.) (mm) (Entered: 06/10/2009) |
| 06/10/2009 | 61 | ORDER denying without prejudice government's Motion for Reconsideration of Orders Regarding Discovery from the Guantanamo Review Task Force. Signed by Judge Thomas F. Hogan on 6/10/09. (lctfh1) (Entered: 06/10/2009) |
| 06/10/2009 | 62 | ORDER granting 27 petitioner's motion for leave to file a letter from the petitioneor under seal for the Court's in camera and ex parte consideration. Signed by Judge Paul L. Friedman on June 10, 2009. (MA) (Entered: 06/10/2009) |
| 06/10/2009 | | Set/Reset Deadlines: Petitioner's attorney to submit documents referenced in 6/10/2009 Order by 6/17/2009. (mm) (Entered: 06/11/2009) |
| 06/16/2009 | 63 | ENTERED IN ERROR.....First MOTION for Hearing *at which Petitioner can testify regarding the authorization of Scott L. Fenstermaker, Esq. to file the instant petition* by AMMAR AL-BALUCHI (Attachments: # 1 Declaration Declaration in support of motion for a hearing, # 2 Text of Proposed Order Proposed Order, # 3 Declaration Declaration of Service)(Fenstermaker, Scott) Modified on 6/17/2009 (td, ). (Entered: 06/16/2009) |
| 06/16/2009 | 64 | SUPPLEMENTAL MEMORANDUM to re 62 Order on Motion for Leave to File filed by AMMAR AL-BALUCHI. (Attachments: # 1 Declaration of Scott L. Fenstermaker, # 2 Text of Proposed Order, # 3 Certificate of Service)(td, ) (Entered: 06/17/2009) |
| 06/16/2009 | | NOTICE OF CORRECTED DOCKET ENTRY: re 63 First MOTION for Hearing *at which Petitioner can testify regarding the authorization of Scott L. Fenstermaker, Esq. to file the instant petition* was entered in error and refiled as docket entry no. 64 . (td, ) (Entered: 06/17/2009) |
| 06/18/2009 | 65 | ORDER that Mr. Fenstermaker shall promptly produce Exhibit A to the respondents and that respondents shall immediately review the exhibit to determine whether it, along with Mr. Fenstermake's other filings, constitute authorization for Mr. Fenstermaker to represent the petitioner in these proceedings. Signed by Judge Paul L. Friedman on June 18, 2009. (MA) (Entered: 06/18/2009) |
| 06/18/2009 | 66 | AFFIDAVIT *Declaration of Service of Letter, Court Order, and May 26, 2008 letter from Petitioner to Scott L. Fenstermaker, Esq.* by AMMAR AL-BALUCHI. (Attachments: # 1 Exhibit Exhibit to Declaration of Service on Respondents) (Fenstermaker, Scott) (Entered: 06/18/2009) |
| 06/18/2009 | | Set/Reset Hearings: Status Conference set for 6/26/2009 01:45 PM in Courtroom 29A before Judge Paul L. Friedman. (zmm, ) (Entered: 06/19/2009) |
| 06/26/2009 | | Minute Entry for proceedings held before Judge Paul L. Friedman: Status Conference held on 6/26/2009. (Court Reporter Linda Russo) (mm) (Entered: 06/26/2009) |

| 06/26/2009 | 67 | NOTICE of Appearance by James C. Neville on behalf of AMMAR AL-BALUCHI (rdj) (Entered: 06/29/2009) |
|---|---|---|
| 07/02/2009 | 68 | ORDER that on or before July 10, 2009, for each of the above-captioned cases, respondents shall file with the Court ex parte and under seal a report detailing the current status of the Guantanamo Review Task Force review process with respect to petitioner, and that respondents shall be under an affirmative and ongoing obligation to immediately notify the court of any changes to petitioner's status. Signed by Judge Paul L. Friedman on July 2, 2009. (MA) (Entered: 07/02/2009) |
| 07/02/2009 | 69 | ORDER denying as moot 63 petitioner's motion for hearing. Signed by Judge Paul L. Friedman on July 2, 2009. (MA) (Entered: 07/02/2009) |
| 07/06/2009 | 70 | MEMORANDUM by AMMAR AL-BALUCHI. (Fenstermaker, Scott) (Entered: 07/06/2009) |
| 07/10/2009 | 71 | MEMORANDUM OPINION. Signed by Judge Thomas F. Hogan on 7/10/09. (lctfh1) (Entered: 07/10/2009) |
| 07/10/2009 | 72 | ORDER granting in part and denying in part government's Motion to Amend the September 11, 2008 Protective Order and Counsel Access Procedures and the January 9, 2009 Amended TS/SCI Protective Order and Counsel Access Procedures. Signed by Judge Thomas F. Hogan on 7/10/09. (lctfh1) (Entered: 07/10/2009) |
| 07/10/2009 | 73 | NOTICE *of Filing of Ex Parte Submission Under Seal* by ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO (Wolfe, Kristina) (Entered: 07/10/2009) |
| 07/10/2009 | 74 | NOTICE *of Task Force Recommendation* by ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO (Wolfe, Kristina) (Entered: 07/10/2009) |
| 07/13/2009 | 75 | NOTICE - *Supplemental Notice of Filing of Ex Parte Submission Under Seal* by ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO (Elliott, Stephen) (Entered: 07/13/2009) |
| 07/13/2009 | 76 | SEALED DOCUMENT re 68 filed by ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO.(This document is SEALED and only available to authorized persons.)(ztd, ) (Entered: 07/14/2009) |
| 07/16/2009 | 77 | ORDER amending the definitions and procedures set forth in the Case Management Order issued by Judge Hogan in In re Guantanamo Bay Detainee Litig., Misc. No. 08-0442, Dkt. No. 940 (Nov. 6, 2008), amended by Misc. No. 08-0442, Docket No. 1315 (Dec. 16, 2008), for the above captioned cases. Signed by Judge Paul L. Friedman on July 16, 2009. (MA) (Entered: 07/16/2009) |
| 07/24/2009 | 78 | NOTICE *of Acknowledgement of Representation* by AMMAR AL-BALUCHI (Fenstermaker, Scott) (Entered: 07/24/2009) |
| 07/29/2009 | 79 | STATUS REPORT - *Joint Status Report* by ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO. (Elliott, Stephen) (Entered: 07/29/2009) |
| 08/20/2009 | 80 | TRANSCRIPT OF PROCEEDINGS before Judge Paul L. Friedman held on 6/26/09; Page Numbers: 1-19. Date of Issuance:8/20/09. Court Reporter/Transcriber Linda L. Russo, Telephone number 202 354-3244, Court Reporter Email Address : lindalrusso@gmail.com. |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at ww.dcd.uscourts.gov.<br><br>Redaction Request due 9/10/2009. Redacted Transcript Deadline set for 9/21/2009. Release of Transcript Restriction set for 11/18/2009.(Russo, Linda) (Entered: 08/20/2009) |
| 08/25/2009 | 81 | Unopposed MOTION for Extension of Time to *File Factual Return* by ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 08/25/2009) |
| 08/28/2009 | 82 | ORDERED that the 81 Government's Unopposed Motion for Extension of Time to File Factual Return is GRANTED. Ordered that the Government shall file the factual return for Petitioner Ammar Ali-Baluchi, a/k/a Ali Abdul Aziz Ali(ISN 10018) on or before November 2, 2009. Signed by Judge Paul L. Friedman on 8/27/09. (mpt, ) (Entered: 08/28/2009) |
| 08/28/2009 | | Set/Reset Deadlines: Government's Factual Return due by 11/2/2009. (mpt, ) (Entered: 08/28/2009) |
| 09/11/2009 | 83 | First MOTION Order Directing Respondents to Timely Provide Legal Mail to Petitioner *Ammar al-Baluchi* by AMMAR AL-BALUCHI (Attachments: # 1 Declaration in Support of Motion for Miscellaneous Relief, # 2 Text of Proposed Order Proposed Order, # 3 Affidavit Rule 7(m) Certification) (Fenstermaker, Scott) (Entered: 09/11/2009) |
| 09/12/2009 | 84 | AFFIDAVIT *Declaration of Scott L. Fenstermaker attesting to service of motion papers on the Department of Justice's Special Litigation Team* by AMMAR AL-BALUCHI. (Fenstermaker, Scott) (Entered: 09/12/2009) |
| 09/16/2009 | | MINUTE ORDER: The Court is in receipt of defendants' motion for miscellaneous relief 83 regarding the Guantanamo legal mail system. The motion does not comply with Rule 7(m) of the Local Rules of Civil Procedure and, accordingly, will be denied without prejudice. See L. Cv. R. 7(m). Signed by Judge Paul L. Friedman on September 16, 2009. (MA) (Entered: 09/16/2009) |
| 09/16/2009 | | MINUTE ORDER: The Court's minute entry of September 16, 2009 which stated that petitioner's counsel had not complied with Local Rule 7(m) was in error petitioner's counsel attached an addendum to the motion indicating that he had complied. Accordingly the Court will rescind its denial without prejudice of the motion, and will direct the government to file a response on or before September 25, 2009. Signed by Judge Paul L. Friedman on 9/16/09. (lcplf1). (Entered: 09/16/2009) |
| 09/16/2009 | | Set/Reset Deadlines: Response due by 9/25/2009. (zmm, ) (Entered: 09/17/2009) |
| 09/17/2009 | | Set/Reset Deadlines: Response due by 9/25/2009 (tb, ) (Entered: 09/17/2009) |

| 09/25/2009 | 85 | Unopposed MOTION for Extension of Time to File Response/Reply *to Motion for Miscellaneous Relief* by ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 09/25/2009) |
| --- | --- | --- |
| 10/01/2009 | 86 | ORDER granting 85 Unopposed Motion for Extension of Time to File Response to Motion for Miscellaneous Relief. Ordered that the government shall file its response to attorney Scott L. Fenstermaker's Motion 83 for Miscellaneous Relief on or before 10/5/2009. Signed by Judge Paul L. Friedman on 10/1/2009. (mm) (Entered: 10/02/2009) |
| 10/05/2009 | 87 | Memorandum in opposition to re 83 First MOTION Order Directing Respondents to Timely Provide Legal Mail to Petitioner *Ammar al-Baluchi* filed by ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Wolfe, Kristina) (Entered: 10/05/2009) |
| 10/12/2009 | 88 | REPLY to opposition to motion re 83 First MOTION Order Directing Respondents to Timely Provide Legal Mail to Petitioner *Ammar al-Baluchi* filed by AMMAR AL-BALUCHI. (Attachments: # 1 Declaration Declaration in support of Petitioner's Reply to Respondents' Response)(Fenstermaker, Scott) (Entered: 10/12/2009) |
| 10/26/2009 | 89 | Unopposed MOTION for Extension of Time to *File Factual Return* by ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 10/26/2009) |
| 10/28/2009 | 90 | ORDER granting 89 Government's Unopposed Motion for Extension of Time to File Factual Return. Ordered that the government shall file the factual return for Petitioner on or before 12/17/2009. Signed by Judge Paul L. Friedman on 10/28/2009. (mm) (Entered: 10/28/2009) |
| 10/28/2009 |  | Set/Reset Deadlines: Factual Return due by 12/17/2009. (zmm, ) (Entered: 10/28/2009) |
| 11/17/2009 |  | MINUTE ORDER: The Court has carefully considered the parties' arguments regarding petitioner's motion for miscellaneous relief 83 . The Court concludes that the first two categories of documents that petitioner's counsel wishes to send to petitioner through the legal mail system briefing related to petitioner's appeal before the Second Circuit regarding his military commissions prosecution and two Department of Justice Program Statements relating to prison conditions are not legal mail within the meaning of the Amended TS/SCI Protective Order. Respondents do not challenge delivery of the third category of documents through the legal mail system so long as sensitive information is redacted appropriately. Accordingly petitioner's motion 83 is hereby GRANTED in part and DENIED in part. Signed by Judge Paul L. Friedman on November 17, 2009. (MA) (Entered: 11/17/2009) |
| 12/17/2009 | 91 | NOTICE *of Filing of Factual Return* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Wolfe, Kristina) (Entered: 12/17/2009) |
| 12/17/2009 | 92 | MEMORANDUM by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Attachments: # 1 Exhibit A)(Wolfe, Kristina) (Entered: 12/17/2009) |
| 12/29/2009 | 93 | MOTION Leave to Modify Discovery Schedule and to Submit a Status Report by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON |

| | | |
|---|---|---|
| | | CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Wolfe, Kristina) (Entered: 12/29/2009) |
| 12/29/2009 | 94 | MOTION to submit a status report; (See Docket Entry No. 93 to view document) by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (td, ) (Entered: 12/30/2009) |
| 12/30/2009 | 95 | NOTICE *to the Court* by BARACK OBAMA, ROBERT GATES (Attachments: # 1 Declaration Major General Curtis M. Scaparrotti)(Lin, Jean) (Entered: 12/30/2009) |
| 01/07/2010 | 96 | NOTICE *of Public Filing of Factual Return* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Exhibit Narrative, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34) (Wolfe, Kristina) (Entered: 01/07/2010) |
| 01/26/2010 | | MINUTE ORDER granting 93 respondents' motion for leave to modify discovery schedule and to submit a status report. The Court orders respondents to submit a status report regarding discovery on or before February 26, 2010. Signed by Judge Paul L. Friedman on January 26, 2010. (MA) (Entered: 01/26/2010) |
| 01/26/2010 | | Set/Reset Deadlines: Status Report due by 2/26/2010. (zmm, ) (Entered: 01/26/2010) |
| 02/26/2010 | 97 | STATUS REPORT *on Discovery and Request for a Status Conference* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Attachments: # 1 Exhibit 1)(Wolfe, Kristina) (Entered: 02/26/2010) |
| 03/01/2010 | | MINUTE ORDER: A status conference is scheduled for March 15, 2010 at 10:30 a.m. Signed by Judge Paul L. Friedman on March 1, 2010. (MA) (Entered: 03/01/2010) |
| 03/01/2010 | | Set/Reset Hearings: Status Conference set for 3/15/2010 10:30 AM in Courtroom 29A before Judge Paul L. Friedman. (zmm, ) (Entered: 03/02/2010) |
| 03/04/2010 | 98 | WITHDRAWN PURSUANT TO MINUTE ORDER OF 3/16/10.....NOTICE *informing the Court and government counsel of counsel's unavailability for the scheduled Monday, March 15, 2010 status conference* by AMMAR AL-BALUCHI (Fenstermaker, Scott) Modified on 3/17/2010 (td, ). (Entered: 03/04/2010) |
| 03/15/2010 | | Minute Entry for proceedings held before Judge Paul L. Friedman: Status Conference held on 3/15/2010. Attorney James C. Neville's oral motion to withdraw as attorney granted for the reasons stated on the record. Attorney Scott Fenstermaker's 98 Notice, construed as a motion to withdraw as attorney, granted for the reasons stated on the record. Next Status Conference set for 5/21/2010 @ 9:30 a.m. in Courtroom 29A before Judge Paul L. Friedman. (Court Reporter Linda Russo.) (zmm, ) (Entered: 03/15/2010) |
| 03/16/2010 | | MINUTE ORDER: For the reasons stated at the status conference held on March 15, 2010, James Neville's oral motion to withdraw is GRANTED; Scott Fenstermaker's motion to withdraw 98 is GRANTED. The government's obligation to search for discoverable materials pending appointment of new counsel for the |

| | | |
|---|---|---|
| | | petitioner is ongoing, but the government's production obligation is stayed. Counsel shall appear for a status conference on May 21, 2010 at 9:30 a.m. Signed by Judge Paul L. Friedman on March 16, 2010. (MA) (Entered: 03/16/2010) |
| 03/24/2010 | 99 | STIPULATION *Regarding Bagram Theater Internment Facility* by MIKE BUMGARNER, GEORGE W. BUSH, JAY HOOD, DONALD RUMSFELD, MICHAEL I. BUMGARNER. (Lin, Jean) (Entered: 03/24/2010) |
| 04/15/2010 | 100 | NOTICE *Of Filing -- Respondents Motion To Amend And For Clarification Of The Courts January 14, 2010 Order Regarding Public Returns* by BARACK OBAMA (Attachments: # 1 Exhibit, # 2 Text of Proposed Order, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Warden, Andrew) (Entered: 04/15/2010) |
| 04/19/2010 | | MINUTE ORDER: By Monday, May 3, 2010, the petitioners shall file one consolidated response to the Respondents' Motion to Amend and for Clarification of the Court's January 14, 2010 Order Regarding Public Returns [Dkt. No. 1942, 08-mc-442]. Signed by Judge Thomas F. Hogan on 4/19/10. (lctfh1) (Entered: 04/19/2010) |
| 04/19/2010 | | Set/Reset Deadlines: Petitioners to file one consolidated response to respondents' motion to amend and for clarification of Court's 1/14/2010 Order regarding public returns by 5/3/2010. (mm, ) (Entered: 04/20/2010) |
| 04/26/2010 | | MINUTE ORDER: The Status Conference, currently set for 5/21/2010 @ 9:30 a.m., is hereby reset to 6/3/2010 @ 10:30 a.m. in Courtroom 29A before Judge Paul L. Friedman. Signed by Judge Paul L. Friedman on 4/26/2010. (zmm, ) (Entered: 04/26/2010) |
| 05/03/2010 | 101 | Unopposed MOTION to Continue *Deadline of Filing Consolidated Response to Respondents Motion to Amend and for Clarification of the Courts January 14, 2010 Order Regarding Public Returns* by SAMI AL HAJJ, KHAIRULLA KHAIRKHWA, SAMI AL HAJJ, MULLAH NORULLAH NOORI, ABDUL AL RAZZAQ MUHAMMAD SALIH, MOHAMMED ABDULMALIK, SALIM JUMA KHAMISI, ZAYN AL ABIDIN MUHAMMAD HUSAYN, MOHAMMED SULAYMON BARRE, AWAL GUL, SHAWKI AWAD BALZUHAIR, SHAWALI KHAN, AMMAR AL-BALUCHI, HAMOUD ABDULLAH HAMOUD HASSAN AL WADY, ABD AL-RAHIM HUSSAIN MOHAMMED AL-NASHIRI, YAKUBI, KAHLID SAAD MOHAMMED, MONSOOR MUHAMMED ALI QATTAA, ABDULAH ALHAMIRI, SAMI AL HAJJ, OBAYDULLAH, MAHMMOUD OMAR MOHAMMED BIN ATEF, MUHAMMAD AHMAD ABDALLAH AL ANSI, SAMI AL HAJJ, ABDUL RAHIM HUSSEIN MUHAMMED AL NASHIR, SCOTT L. FENSTERMAKER, SAAD MASIR MUKBL AL AZANI, ABDUL RAHMAN UMIR AL QYATI, SALEM AHMED HADI, ABDUL GHAFFAR, ADEL NOORI, MUIEEN ADEEN JAMAL ADEEN ABD AL F. ABD AL SATTAR, AHMED YASLAM SAID KUMAN, SAMI AL HAJJ, SHARIFULLAH, SUBHANULLAH, FNU HAFIZULLAH (Attachments: # 1 Exhibit A-Proposed Order)(Thompson, Darin) (Entered: 05/03/2010) |
| 05/04/2010 | | MINUTE ORDER granting the Unopposed Motion to Continue Deadline of Filing Consolidated Respone to the Respondents Motion to Amend and for Clarification of the Courts January 14, 2010 Order Regarding Public Returns. Accordingly, the petitioners response shall be due to be filed on or before June 2, 2010. Signed by Judge Thomas F. Hogan on May 4, 2010. (lctfh2) (Entered: 05/04/2010) |
| 05/04/2010 | | Set/Reset Deadlines: Consolidated response due by 6/2/2010. (zmm, ) (Entered: 05/10/2010) |

| | | |
|---|---|---|
| 05/12/2010 | [102](#) | Unopposed MOTION to File a Consolidated Reply and for an Extension of Time to Reply to the Responses of Petitioners and Press Intervenors by BARACK H. OBAMA (Attachments: # [1](#) Text of Proposed Order)(Marcus, Lisa) (Entered: 05/12/2010) |
| 05/18/2010 | | MINUTE ORDER granting Respondents' Unopposed Motion to File a Consolidated Reply and for an Extension of Time to Reply to the Responses of Petitioners and Press Intervenors. Accordingly, the respondents' consolidated reply brief shall be due to be filed on or before June 24, 2010. Signed by Judge Thomas F. Hogan on May 13, 2010 nunc pro tunc. (lctfh2) (Entered: 05/18/2010) |
| 05/18/2010 | | Set/Reset Deadlines: Consolidated Reply Brief due by 6/24/2010. (zmm, ) (Entered: 05/19/2010) |
| 06/03/2010 | | Minute Entry for proceedings held before Judge Paul L. Friedman: Status Conference held on 6/3/2010. (Court Reporter Rebecca Stonestreet.) (zmm, ) (Entered: 06/04/2010) |
| 06/23/2010 | [103](#) | Unopposed MOTION for Extension of Time to File Response/Reply by BARACK H. OBAMA (Attachments: # [1](#) Text of Proposed Order)(Marcus, Lisa) (Entered: 06/23/2010) |
| 06/29/2010 | | MINUTE ORDER granting Respondent's Unopposed Motion for A Brief Extension of Time to File Reply Brief. Accordingly, the reply brief shall be due to be filed on or before July 1, 2010. Signed by Judge Thomas F. Hogan on 6/29/2010. (Entered: 06/29/2010) |
| 06/29/2010 | | Set/Reset Deadlines: Reply due by 7/1/2010. (zmm, ) (Entered: 07/01/2010) |
| 07/01/2010 | [104](#) | Consent MOTION for Leave to File Excess Pages *(Respondents Consent Motion for a Five Page Enlargement of the Page Limitation for Their Reply Brief)* by BARACK OBAMA (Attachments: # [1](#) Text of Proposed Order)(Marcus, Lisa) (Entered: 07/01/2010) |
| 07/01/2010 | [105](#) | NOTICE *of Filing of Reply Brief in Further Support of Respondents Motion to Amend and for Clarification of the Courts January 14, 2010 Order Regarding Public Returns* (Marcus, Lisa) (Entered: 07/01/2010) |
| 07/07/2010 | | MINUTE ORDER granting Respondents' Consent Motion for a Five Page Enlargement of the Page Limitation for Their Reply Brief. Signed by Judge Thomas F. Hogan on July 7, 2010. (lctfh2) (Entered: 07/07/2010) |
| 07/09/2010 | [106](#) | Amended MOTION for Extension of Time Regarding Propsed Public Returns by BARACK H. OBAMA (Attachments: # [1](#) Revised Proposed Order)(Marcus, Lisa) (Entered: 07/09/2010) |
| 07/27/2010 | [108](#) | ORDER granting respondents' motion to amend and for clarification of the 1/14/10 order. Signed by Judge Thomas F. Hogan on 7/27/10 nunc pro tunc to 7/23/10. This order originally was filed in 08-mc-442 but also should have been docketed in all cases captioned herein. (Entered: 09/15/2010) |
| 07/30/2010 | [107](#) | NOTICE *of Compliance* by BARACK OBAMA (Marcus, Lisa) (Entered: 07/30/2010) |
| 08/19/2010 | | MINUTE ORDER scheduling a hearing regarding the pending Motion to Amend and for Clarification of the Courts January 14, 2010 Order Regarding Public Returns. The hearing shall take place on October 7, 2010, at 10:00 a.m. in |

| | | |
|---|---|---|
| | | Courtroom 25A before Judge Thomas F. Hogan. Signed by Judge Thomas F. Hogan on August 19, 2010. (lctfh2) (Entered: 08/19/2010) |
| 09/15/2010 | | MINUTE ORDER staying the Court's July 27, 2010 Order pending the hearing scheduled to take place on October 7, 2010. Signed by Judge Thomas F. Hogan on September 15, 2010. (lctfh2) (Entered: 09/15/2010) |
| 10/01/2010 | 109 | STATUS REPORT : *Joint Pre-Hearing Statement* by BARACK OBAMA. (Marcus, Lisa) (Entered: 10/01/2010) |
| 10/12/2010 | 110 | NOTICE of Appearance and Memorandum of Understanding by Clive A. Stafford Smith on behalf of AMMAR AL-BALUCHI. (jf, ) (Entered: 10/18/2010) |
| 03/07/2011 | 111 | NOTICE *Of Entry Of Protective Order Governing Military Commission Proceedings* by BARACK H. OBAMA, ROBERT M. GATES (Attachments: # 1 Exhibit Military Commission Protective Order)(Warden, Andrew) (Entered: 03/07/2011) |
| 03/24/2011 | 112 | NOTICE *of Filing* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Wolfe, Kristina). This entry has been transferred by consent to Judge Emmet G. Sullivan on 4/19/2011. (zmm) (Entered: 03/24/2011) |
| 04/18/2011 | 113 | ORDER that the matter that is the subject of the government's classified filing of March 24, 2011 [Docket #112] is hereby transferred by consent to Judge Emmet G. Sullivan. Signed by Judge Paul L. Friedman on April 18, 2011.(MA) (Entered: 04/18/2011) |
| 04/29/2011 | | MINUTE ORDER. Judge Emmet G. Sullivan hereby schedules an ex parte hearing for respondents' counsel only regarding the government's ex parte filing of March 24, 2011 in this case. The hearing will take place at 12:00 pm on Tuesday May 3, 2011 in Courtroom 24A. PLEASE NOTE THE JUDGE AND COURTROOM. Signed by Judge Emmet G. Sullivan on April 29, 2011. (lcegs4) (Entered: 04/29/2011) |
| 05/03/2011 | | MINUTE ENTRY. Status conference (closed session) held on 5/3/11 before Judge Emmet. G. Sullivan. Court reporter: Catalina Kerr. (lcegs4) (Entered: 05/03/2011) |
| 05/04/2011 | | MINUTE ORDER. Upon consideration of the submissions before it, the Court, by Judge Emmet G. Sullivan, has determined that Petitioner shall file his response, if any, to the Government's March 24, 2011 filing by no later than June 1, 2011. The Government shall respond to Petitioner's filing, if any response is warranted, by no later than June 15, 2011. These dates shall supersede any and all previous deadlines in this matter, including any deadlines entered by the District Court. Given the June 1, 2011 deadline, it is unclear to the Court whether a coordinated response by Petitioner and other detainees served with a March 24, 2011 filing is feasible. But to the extent Petitioner wishes to coordinate his response with other petitioners, he may do so, provided that the sharing of classified information by Petitioner's counsel does not exceed the sharing of classified information previously authorized by the government as to the March 24, 2011 filing. Petitioner's counsel may therefore wish to file a coordinated response regarding some issues, but Petitioner is cautioned that, should he desire to bring specific factual allegations to the Court's attention (such as classified information that may not be shared under the governing protective order, including classified information obtained from their own client), Petitioner's counsel should do so in a separate, individual filing. SO ORDERED. Signed by Judge Emmet G. Sullivan on May 4, 2011. (lcegs4) (Entered: 05/04/2011) |

| 05/04/2011 | | Set/Reset Deadlines: Petitioner to file response, if any, to Government's 3/24/2011 filing no later than 6/1/2011. Government's response to Petitioner's filing, if any, due no later than 6/15/2011. (zmm, ) (Entered: 05/05/2011) |
|---|---|---|
| 06/15/2011 | 114 | NOTICE *of Filing* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Wolfe, Kristina) (Entered: 06/15/2011) |
| 10/11/2011 | 115 | ORDER that the Office of the Federal Public Defender for the District of Arizona is appointed to represent the petitioner. Signed by Unassigned on October 11, 2011. (MA) (Entered: 10/11/2011) |
| 10/31/2011 | 116 | NOTICE of Appearance by Jon M. Sands on behalf of AMMAR AL-BALUCHI (Sands, Jon) (Entered: 10/31/2011) |
| 10/31/2011 | 117 | NOTICE of Appearance by Karen M. Wilkinson on behalf of AMMAR AL-BALUCHI (Wilkinson, Karen) (Entered: 10/31/2011) |
| 10/31/2011 | 118 | NOTICE of Appearance by Daniel L. Kaplan on behalf of AMMAR AL-BALUCHI (Kaplan, Daniel) (Entered: 10/31/2011) |
| 01/24/2012 | 119 | MEMORANDUM by AMMAR AL-BALUCHI. (Sands, Jon) (Entered: 01/24/2012) |
| 01/24/2012 | 120 | MEMORANDUM by AMMAR AL-BALUCHI. (Wilkinson, Karen) (Entered: 01/24/2012) |
| 01/24/2012 | 121 | MEMORANDUM by AMMAR AL-BALUCHI. (Kaplan, Daniel) (Entered: 01/24/2012) |
| 03/02/2012 | 122 | NOTICE OF WITHDRAWAL OF APPEARANCE as to COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. Attorney Stephen McCoy Elliott terminated. (Elliott, Stephen) (Entered: 03/02/2012) |
| 04/18/2012 | 123 | NOTICE by AMMAR AL-BALUCHI (Attachments: # 1 Declaration)(Wilkinson, Karen) (Entered: 04/18/2012) |
| 05/09/2012 | | MINUTE ORDER. Judge Emmet G. Sullivan hereby provides notice that a classified Memorandum Opinion and Order were filed with the Classified Information Security Officer on May 9, 2012. The Opinion and Order resolve the matter addressed in 112 the government's notice of filing of March 24, 2011 in the above captioned case, which was transferred by consent to Judge Sullivan, the Minute Orders of April 29, 2011 and May 4, 2011, and 114 the government's notice of filing. Signed by Judge Emmet G. Sullivan on May 9, 2012. (lcegs4) (Entered: 05/09/2012) |
| 05/25/2012 | 124 | NOTICE *of Filing Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 10018* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Wolfe, Kristina) (Entered: 05/25/2012) |
| 05/25/2012 | 125 | SEALED MOTION filed by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 part 1, # 4 Exhibit 3 part 2, # 5 Exhibit 3 part 3, # 6 Exhibit 3 part 4, # 7 Exhibit 3 Narrative, # 8 Exhibit 4)(ztd, ) (Entered: 05/29/2012) |
| 06/13/2012 | 126 | Unopposed MOTION to Continue by AMMAR AL-BALUCHI (Attachments: # 1 Text of Proposed Order)(Wilkinson, Karen) (Entered: 06/13/2012) |

| 07/03/2012 | | MINUTE ORDER granting 126 petitioner's unopposed Motion to Continue deadline up to and including July 11, 2012 for filing response to respondents' motion to deem protected information highlighted in the accompanying proposed public factual return for ISN 10018. Signed by Judge Paul L. Friedman on July 3, 2012. (MA) (Entered: 07/03/2012) |
|---|---|---|
| 07/10/2012 | 127 | SEALED Memorandum and Opposition *to respondents' motion to deem protected information highlighted in the accompanying proposed public factual return for ISN 10018*, filed by AMMAR AL-BALUCHI. re Order on Motion to Continue. (This document is SEALED and only available to authorized persons.)(zdr) (Entered: 07/11/2012) |
| 07/11/2012 | 128 | NOTICE *of Filing Response in Opposition to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 10018* by AMMAR AL-BALUCHI re 127 Sealed Document, (Wilkinson, Karen) (Entered: 07/11/2012) |
| 07/18/2012 | 129 | Unopposed MOTION for Extension of Time to *Reply to Petitioner's Response in Opposition to Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 10018* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 07/18/2012) |
| 07/19/2012 | | MINUTE ORDER granting 129 respondents' unopposed Motion for Extension of Time up to and including September 24, 2012 to reply to petitioner's response in opposition to motion to deem protected information highlighted in the accompanying proposed public factual return for ISN 10018. Signed by Judge Paul L. Friedman on July 19, 2012. (MA) (Entered: 07/19/2012) |
| 07/20/2012 | | Set/Reset Deadlines: Reply to response to motion to deem protected information highlighted in the accompanying proposed public factual return for ISN 10018 due by 9/24/2012. (zmm, ) (Entered: 07/20/2012) |
| 09/06/2012 | 130 | WITHDRAWN AS PER DOC #199.......... MOTION to Hold in Abeyance *Pending Completion of Military Commission Proceedings* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Wolfe, Kristina) Modified on 3/6/2018 (tj). (Entered: 09/06/2012) |
| 09/07/2012 | 131 | MEMORANDUM by AMMAR AL-BALUCHI. (Wilkinson, Karen) (Entered: 09/07/2012) |
| 09/20/2012 | 132 | Unopposed MOTION for Extension of Time to File Response/Reply *in Support of Respondents' Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 10018* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 09/20/2012) |
| 09/20/2012 | 133 | Unopposed MOTION to Continue *Deadline for Filing Response to Respondents' Motion to Hold Petition in Abeyance Pending Completion of Military Commission Proceedings* by AMMAR AL-BALUCHI (Attachments: # 1 Proposed Order) (Kaplan, Daniel) (Entered: 09/20/2012) |
| 09/21/2012 | | MINUTE ORDER granting 132 respondents' unopposed second motion for extension of time up to and including October 24, 2012 to reply to petitioner's response in opposition to motion to deem protected information highlighted in the |

| | | |
|---|---|---|
| | | accompanying proposed public factual return for ISN 10018. Signed by Judge Paul L. Friedman on September 21, 2012. (MA) (Entered: 09/21/2012) |
| 09/21/2012 | | MINUTE ORDER granting 133 petitioner's unopposed motion to continue deadline up to and including November 30, 2012 for filing response to respondents' motion to hold petition in abeyance pending completion of military commission proceedings. Signed by Judge Paul L. Friedman on September 21, 2012. (MA) (Entered: 09/21/2012) |
| 09/24/2012 | | Set/Reset Deadlines: Reply to response to motion to deem protected information highlighted in proposd public factual return for ISN 10018 due by 10/24/2012. (zmm, ) (Entered: 09/24/2012) |
| 09/24/2012 | | Set/Reset Deadlines: Response to respondents' motion to hold petition in abeyance pending completion of military commission proceedings due by 11/30/2012. (zmm, ) (Entered: 09/24/2012) |
| 10/23/2012 | 134 | Unopposed MOTION for Extension of Time to *Reply to Petitioner's Response in Opposition to Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 10018* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 10/23/2012) |
| 10/24/2012 | | MINUTE ORDER granting 134 respondents' unopposed Motion for Extension of Time up to and including October 31, 2012 to file reply petitioner's response in opposition to motion to deem protected information highlighted in accompanying proposed Public Factual Return for ISN 10018. Signed by Judge Paul L. Friedman on October 24, 2012. (MA) (Entered: 10/24/2012) |
| 10/25/2012 | | Set/Reset Deadlines: Reply to petitioner's response to motion to deem protected information highlighted in proposed public factual return for ISN 10018 due by 10/31/2012. (zmm, ) (Entered: 10/25/2012) |
| 10/31/2012 | 135 | Unopposed MOTION for Extension of Time to *Reply to Petitioner's Response in Opposition to Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 10018* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 10/31/2012) |
| 11/01/2012 | | MINUTE ORDER granting 135 Respondent's Motion for Extension of Time to Reply to Petitioner's Response in Opposition to Motion to Deem Protected Information Highlighted in the Proposed Public Factual Return for ISN 10018. Respondent's Reply is due on or before November 5, 2012. Signed by Judge Paul L. Friedman on November 1, 2012.(lcplf1) Modified on 11/5/2012 (zmm, ). (Entered: 11/01/2012) |
| 11/02/2012 | 136 | Unopposed MOTION for Leave to File Excess Pages *in Respondents' Reply Brief in Support of their Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Fatual Return* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 11/02/2012) |
| 11/02/2012 | | Set/Reset Deadlines: Reply due by 11/5/2012. (zmm, ) (Entered: 11/02/2012) |
| 11/05/2012 | | NOTICE OF CORRECTED DOCKET ENTRY: Text of 11/1/2012 Minute Order corrected, at the direction of chambers, to clarify that Respondent's Reply, not |

| | | |
|---|---|---|
| | | Motion, is due on or before 11/5/2012. (zmm, ) (Entered: 11/05/2012) |
| 11/05/2012 | 137 | NOTICE *of Filing Respondents' Reply in Further Support of their Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 10018* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Wolfe, Kristina) (Entered: 11/05/2012) |
| 11/05/2012 | 138 | SEALED Reply in Further Support of their Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 10018 filed by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. re 137 Notice. (This document is SEALED and only available to authorized persons.)(zrdj) (Entered: 11/06/2012) |
| 11/05/2012 | 139 | ORDER granting 136 Respondents' Motion for Enlargement of Page Limitation for Reply in Support of their Motion to Deem Protected Information Highlighted in the Proposed Public Factual Return for ISN 10018. It is ordered that the Respondents may exceed the page limit set forth in Local Civil Rule 7(e) and file a reply brief of not more than thirty-three (33) pages. Signed by Judge Paul L. Friedman on 11/5/2012. (zmm, ) (Entered: 11/06/2012) |
| 11/19/2012 | 140 | Unopposed MOTION to Continue *Deadline for Filing Response to Respondent's Motion to Hold Petition in Abeyance Pending Completion of Military Commission Proceedings* by AMMAR AL-BALUCHI (Attachments: # 1 Proposed Order) (Kaplan, Daniel) (Entered: 11/19/2012) |
| 11/21/2012 | 141 | ORDER granting 140 Unopposed Motion to Continue Deadline for Filing Response to Respondents' Motion to Hold Petition in Abeyance Pending Completion of Military Commission Proceedings. The deadline for counsel for Petitioner to file the response is extended from November 30, 2012 to January 29, 2013. Signed by Judge Paul L. Friedman on 11/21/2012. (zmm, ) (Entered: 11/21/2012) |
| 11/21/2012 | | Set/Reset Deadlines: Response to 130 Motion to Hold Petition in Abeyance Pending Completion of Military Commission Proceedings due by 1/29/2013. (zmm, ) (Entered: 11/21/2012) |
| 01/17/2013 | 142 | Unopposed MOTION to Continue *Deadline for Filing Response to Respondent's Motion to Hold Petition in Abeyance Pending Completion of Military Commission Proceedings* by AMMAR AL-BALUCHI (Attachments: # 1 Proposed Order) (Wilkinson, Karen) (Entered: 01/17/2013) |
| 01/22/2013 | | MINUTE ORDER granting 142 petitioner's unopposed Motion to Continue deadline up to and including April 1, 2013 for filing response to respondents' motion to hold petition in abeyance pending completion of military commission proceedings. Signed by Judge Paul L. Friedman on January 22, 2013. (MA) (Entered: 01/22/2013) |
| 01/23/2013 | | Set/Reset Deadlines: Response to respondents' motion to hold petition in abeyance pending completion of military commission proceedings due by 4/1/2013. (zmm, ) (Entered: 01/23/2013) |
| 03/21/2013 | 143 | Unopposed MOTION to Continue *Deadline for Filing Response to Respondents' Motion to Hold Petition in Abeyance Pending Completion of Military Commission Proceedings* by AMMAR AL-BALUCHI (Attachments: # 1 Proposed Order) (Kaplan, Daniel) (Entered: 03/21/2013) |
| 03/22/2013 | | MINUTE ORDER granting 143 petitioner's unopposed motion to continue deadline up to and including November 1, 2013 for filing response to respondents' motion to |

| | | |
|---|---|---|
| | | hold petition in abeyance pending completion of Military Commission proceedings. Signed by Judge Paul L. Friedman on March 22, 2013. (MA) (Entered: 03/22/2013) |
| 03/22/2013 | | Set/Reset Deadlines/Hearings: Response to 142 due by 11/1/2013. (cdw) (Entered: 03/22/2013) |
| 03/22/2013 | | Case Stayed. (cdw) (Entered: 03/22/2013) |
| 07/08/2013 | 144 | NOTICE *By Respondents Lifting Protected Information Designation Of Decisions By the Guantanamo Bay Review Task Force* by BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II, ROBERT M. GATES, GEORGE WALKER BUSH, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, GEORGE WALKER BUSH, ROBERT M. GATES, BARACK HUSSEIN OBAMA, II, UNITED STATES OF AMERICA (Attachments: # 1 Exhibit GTMO Task Force Chart)(Warden, Andrew) (Entered: 07/08/2013) |
| 08/08/2013 | 145 | NOTICE *Of Privilege Team Review Of Documents And Materials Recovered From JTF-GTMO Camp 6* by GEORGE WALKER BUSH, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, ROBERT M. GATES, GEORGE WALKER BUSH, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, ROBERT M. GATES (Warden, Andrew) (Entered: 08/08/2013) |
| 08/13/2013 | 146 | NOTICE *Of Memorandum Of Understanding Governing Private Counsel Representation Of Guantanamo Bay Detainees In Periodic Review Proceedings Pursuant To Executive Order 13567* by GEORGE WALKER BUSH, ROBERT M. GATES, BARACK HUSSEIN OBAMA, II, BARACK HUSSEIN OBAMA, II (Attachments: # 1 Exhibit)(Warden, Andrew) (Entered: 08/13/2013) |
| 09/13/2013 | 147 | STATUS REPORT *Addressing The Privilege Team's Review Of Materials Recovered From JTF-GTMO Camp 6* by BARACK HUSSEIN OBAMA, II, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit)(Warden, Andrew) (Entered: 09/13/2013) |
| 09/16/2013 | 148 | ERRATA - *Status Report Addressing The Privilege Team's Review of Documents and Materials Recovered From JTF-GTMO Camp 6* by BARACK HUSSEIN OBAMA, II. (Attachments: # 1 Exhibit Status Report Filed Sept. 13, 2013, # 2 Exhibit Status Report filed Aug. 8, 2013)(Warden, Andrew) (Entered: 09/16/2013) |
| 10/01/2013 | 149 | Unopposed MOTION for Extension of Time to File Response/Reply as to 130 MOTION to Hold in Abeyance *Pending Completion of Military Commission Proceedings* by AMMAR AL-BALUCHI (Attachments: # 1 Text of Proposed Order Motion to Continue Deadline for Filing Response to Respondent's Motion to Hold Petition in Abeyance)(Kaplan, Daniel) (Entered: 10/01/2013) |
| 10/02/2013 | | MINUTE ORDER granting 149 petitioner's unopposed Motion for Extension of Time up to and including February 14, 2014 to File Response to respondents' motion to hold petition in abeyance pending completion of Military Commission proceedings. Signed by Judge Paul L. Friedman on October 2, 2013. (MA) (Entered: 10/02/2013) |
| 10/03/2013 | | Set/Reset Deadlines: Response to motion to hold petition in abeyance pending completion of military commission proceedings due by 2/14/2014. (zmm, ) (Entered: 10/03/2013) |

| 11/06/2013 | 150 | STATUS REPORT -- *Supplemental Status Report Addressing The Privilege Team's Review of Documents and Materials Recovered from JTF-GTMO Camp 6* by BARACK HUSSEIN OBAMA, II. (Attachments: # 1 Exhibit)(Warden, Andrew) (Entered: 11/06/2013) |
| --- | --- | --- |
| 01/30/2014 | 151 | Unopposed MOTION for Extension of Time to File Response/Reply *to Respondents Motion to Hold Petition in Abeyance Pending Completion of Military Commission Proceedings* by AMMAR AL-BALUCHI (Attachments: # 1 Text of Proposed Order Order to Continue Deadline for Filing Response to Respondents Motion to Hold Petition in Abeyance)(Kaplan, Daniel) (Entered: 01/30/2014) |
| 01/31/2014 | | MINUTE ORDER granting 151 petitioner's unopposed Motion for Extension of Time up to and including August 14, 2014 to File Response to respondents' motion to hold petition in abeyance pending completion of Military Commission proceedings. Signed by Judge Paul L. Friedman on January 31, 2014. (MA) (Entered: 01/31/2014) |
| 02/03/2014 | | Set/Reset Deadlines: Response to motion to hold petition in abeyance due by 8/14/2014. (zmm, ) (Entered: 02/03/2014) |
| 08/14/2014 | 152 | NOTICE *of Filing Motion for Discovery* by AMMAR AL-BALUCHI (Wilkinson, Karen) (Entered: 08/14/2014) |
| 08/14/2014 | 153 | NOTICE *of Filing of Motion for Injunctive Relief Regarding Conditions of Confinement* by AMMAR AL-BALUCHI (Wilkinson, Karen) (Entered: 08/14/2014) |
| 08/14/2014 | 154 | WITHDRAWN AS PER DOC #199...........NOTICE *of Filing of Motion for Permanent Injunction or Mandamus with Respect to Unlawful Trial by Capital Military Commission* by AMMAR AL-BALUCHI (Wilkinson, Karen) (Entered: 08/14/2014) |
| 08/14/2014 | 155 | NOTICE *of Filing of Motion Regarding Entry of Redacted Opinions and Orders on Docket* by AMMAR AL-BALUCHI (Wilkinson, Karen) (Entered: 08/14/2014) |
| 08/14/2014 | 156 | NOTICE *of Filing of Motion to Modify Protective Order* by AMMAR AL-BALUCHI (Wilkinson, Karen) (Entered: 08/14/2014) |
| 08/14/2014 | 157 | NOTICE *of Filing of Motion to Preserve Evidence* by AMMAR AL-BALUCHI (Wilkinson, Karen) (Entered: 08/14/2014) |
| 08/14/2014 | 158 | NOTICE *of Filing of Petitioner's Response in Opposition to Respondents' Motion to Hold Petition in Abeyance Pending Completion of Military Commission Proceedings* by AMMAR AL-BALUCHI (Wilkinson, Karen) (Entered: 08/14/2014) |
| 08/14/2014 | 159 | NOTICE *of Filing of Statement of Facts* by AMMAR AL-BALUCHI (Wilkinson, Karen) (Entered: 08/14/2014) |
| 08/15/2014 | 160 | NOTICE *of Filing Ex Parte Motion* by AMMAR AL-BALUCHI (Wilkinson, Karen) (Entered: 08/15/2014) |
| 08/20/2014 | 161 | Unopposed MOTION for Briefing Schedule by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 08/20/2014) |
| 08/21/2014 | | MINUTE ORDER granting 161 respondents' unopposed motion for a briefing schedule. Signed by Judge Paul L. Friedman on August 21, 2014. (MA) (Entered: 08/21/2014) |
| 09/30/2014 | 162 | NOTICE *of Classified Filing of Respondents' Memorandum in Opposition to Petitioner's Motion for Permanent Injunction or Mandamus* by COMMANDER, |

| | | JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Wolfe, Kristina) (Entered: 09/30/2014) |
|---|---|---|
| 09/30/2014 | 163 | NOTICE *of Classified Filing of Respondents' Reply in Support of Motion to Hold Petition in Abeyance* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Wolfe, Kristina) (Entered: 09/30/2014) |
| 10/03/2014 | 164 | Unopposed MOTION to Set Deadlines for Petitioners' Replies in Support of Motions Filed on August 14, 2014 by AMMAR AL-BALUCHI (Attachments: # 1 Text of Proposed Order to Set Deadlines for Petitioner's Replies)(Kaplan, Daniel) (Entered: 10/03/2014) |
| 10/06/2014 | | MINUTE ORDER granting 164 petitioner's unopposed motion to set deadlines for petitioner's replies in support of motions filed on 8/14/14. Petitioner shall file his replies in support of the motions he filed on 8/14/14 on or before March 6, 2015. Signed by Judge Paul L. Friedman on October 6, 2014. (MA) (Entered: 10/06/2014) |
| 10/07/2014 | | Set/Reset Deadlines: Petitioner's replies due by 3/6/2015. (zmm, ) (Entered: 10/07/2014) |
| 11/25/2014 | 165 | Consent MOTION to Amend Briefing Schedule by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 11/25/2014) |
| 11/26/2014 | | MINUTE ORDER granting 165 respondents' consent motion to amend briefing schedule. Signed by Judge Paul L. Friedman on November 26, 2014. (MA) (Entered: 11/26/2014) |
| 12/05/2014 | 166 | RESPONSE re 155 Notice (Other) *Memorandum in Opposition to Petitioner's Motion Regarding Entry of Redacted Opinions and Orders on Docket* filed by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Attachments: # 1 Text of Proposed Order) (Needle, Jonathan) (Entered: 12/05/2014) |
| 02/13/2015 | 167 | NOTICE OF SUPPLEMENTAL AUTHORITY by ROBERT M. GATES (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Needle, Jonathan) (Entered: 02/13/2015) |
| 02/17/2015 | 168 | NOTICE OF WITHDRAWAL OF APPEARANCE as to AMMAR AL-BALUCHI. Attorney Karen M. Wilkinson terminated. (Kaplan, Daniel) (Entered: 02/17/2015) |
| 03/17/2015 | 169 | Consent MOTION to Amend Briefing Schedule by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 03/17/2015) |
| 03/18/2015 | 170 | ORDER granting 169 respondents' consent motion to amend briefing schedule. Signed by Judge Paul L. Friedman on March 18, 2015. (MA) (Entered: 03/18/2015) |
| 03/18/2015 | | Set/Reset Deadlines: Responses to Motions [153, 157,156,152] due by 4/17/2015. Replies in support of motions [152 through 157] due by 10/2/2015. (zmm, ) (Entered: 03/18/2015) |
| 04/03/2015 | 171 | NOTICE OF WITHDRAWAL OF APPEARANCE as to ROBERT M. GATES, JEFFREY HABERSON, BARACK HUSSEIN OBAMA, II, DONNIE THOMAS, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES, BARACK HUSSEIN OBAMA, II, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE E. VARGO, GEORGE WALKER BUSH, MARK H. BUZBY, ROBERT M. GATES, BRUCE VARGO, |

| | | ROBERT M. GATES, BARACK HUSSEIN OBAMA, II, DAVID M. THOMAS, JR, BRUCE VARGO, MIKE BUMGARNER, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, DAVID M. THOMAS, JR, BRUCE VARGO, ROBERT GATES, MARK H. BUZBY, BRUCE VARGO. Attorney Patrick D. Davis terminated. (Davis, Patrick) (Entered: 04/03/2015) |
|---|---|---|
| 04/17/2015 | 172 | NOTICE *of Classified Filing of Respondents' Memorandum in Opposition to Petitioner's Motion for Injunctive Relief Regarding Conditions of Confinement* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Wolfe, Kristina) (Entered: 04/17/2015) |
| 04/17/2015 | 173 | NOTICE *of Classified Filing of Respondents' Memorandum in Opposition to Petitioner's Motion for Discovery* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Wolfe, Kristina) (Entered: 04/17/2015) |
| 04/17/2015 | 174 | NOTICE *of Classified Filing of Respondents' Memorandum in Opposition to Petitioner's Motion to Modify Protective Order* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Wolfe, Kristina) (Entered: 04/17/2015) |
| 04/17/2015 | 175 | NOTICE *of Classified Filing of Respondents' Memorandum in Opposition, along with a classified supplement, to Petitioner's Motion to Preserve Evidence* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Wolfe, Kristina) (Entered: 04/17/2015) |
| 04/30/2015 | 176 | NOTICE *of Classified Filing of Exhibit 2 to Respondents' Memorandum in Opposition to Petitioner's Motion to Preserve Evidence* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES re 175 Notice (Other), (Wolfe, Kristina) (Entered: 04/30/2015) |
| 05/22/2015 | 177 | NOTICE *of Ex Parte and In Camera Classified Filing* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Wolfe, Kristina) (Entered: 05/22/2015) |
| 09/09/2015 | 178 | Unopposed MOTION for Extension of Time to File Response/Reply *in Support of Motions Filed on August 14, 2014* by AMMAR AL-BALUCHI (Attachments: # 1 Text of Proposed Order to Set Deadlines for Petitioners' Replies)(Kaplan, Daniel) (Entered: 09/09/2015) |
| 09/10/2015 | | MINUTE ORDER granting 178 unopposed Motion for Extension of Time up to and including January 8, 2016 to file petitioners' replies in support of motions filed on August 14, 2014 [##152, 153, 154, 155, 156 & 157]. Signed by Judge Paul L. Friedman on September 10, 2015. (MA) (Entered: 09/10/2015) |
| 09/10/2015 | | Set/Reset Deadlines/Hearings: Replies to 152 , 153 , 154 , 155 , 156 , and 157 due by 1/8/2016. (cdw) (Entered: 09/11/2015) |
| 01/08/2016 | 179 | NOTICE *of Filing Reply In Support of Motion for Permanent Injunction or Mandamus With Respect to Unlawful Trial by Capital Military Commission* by AMMAR AL-BALUCHI (Kaplan, Daniel) (Entered: 01/08/2016) |
| 01/08/2016 | 180 | NOTICE *of Filing Reply in Support of Motion For Discovery* by AMMAR AL-BALUCHI (Kaplan, Daniel) (Entered: 01/08/2016) |
| 01/08/2016 | 181 | NOTICE *of Filing Reply in Support of Motion to Preserve Evidence* by AMMAR AL-BALUCHI (Kaplan, Daniel) (Entered: 01/08/2016) |

| 01/08/2016 | 182 | NOTICE *of Filing Reply in Support of Motion for Injunctive Relief Regarding Conditions of Confinement* by AMMAR AL-BALUCHI (Kaplan, Daniel) (Entered: 01/08/2016) |
|---|---|---|
| 01/08/2016 | 183 | NOTICE *of Filing Reply in Support of Motion to Modify Protective Order* by AMMAR AL-BALUCHI (Kaplan, Daniel) (Entered: 01/08/2016) |
| 01/08/2016 | 184 | NOTICE *of Filing Reply in Support of Motion Regarding Entry of Redacted Opinions and Orders on Docket* by AMMAR AL-BALUCHI (Kaplan, Daniel) (Entered: 01/08/2016) |
| 09/26/2016 | 185 | NOTICE *to the Court* by MICHAEL BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, DONALD RUMSFELD, WADE F. DAVIS, HARRY B. HARRIS, JR, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, BARACK HUSSEIN OBAMA, II, TOM COPEMAN, ROBERT M. GATES, BRUCE VARGO, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GORDON R. ENGLAND, JAY HOOD, DONALD RUMSFELD, ROBERT GATES, DAVID THOMAS, JR, BRUCE VARGO, NELSON J. CANNON, JAY HOOD, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, NELSON J. CANNON, JAY HOOD, MIKE BUMGARNER, JAY HOOD, GEORGE WALKER BUSH, BRICE GYURISKO, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MICHAEL BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE E. VARGO, ROBERT M. GATES, MIKE BUMGARNER, GEORGE WALKER BUSH, DONALD RUMSFELD, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, STEVEN BLAISDELL, TOM COPEMAN, ROBERT GATES, BRICE GYURISKO, BARACK HUSSEIN OBAMA, II, NELSON J. CANNON, JAY HOOD, DAVID M. THOMAS, BRUCE VARGO, MIKE BUMGARNER, ROBERT M. GATES, JEFFREY HABERSON, DONNIE THOMAS, TOM COPERMAN, BRUCE VARGO, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, ASHTON B. CARTER, JOHN DOE, DAVID E. HEATH, JOSE R. MONTEAGUDO, NELSON J. CANNON, MICHAEL I. BUMGARNER, BRICE GYURISKO, DONALD RUMSFELD, ROBERT GATES, BRICE GYURISKO, JAY HOOD, DAVID M. THOMAS, JR, BRUCE VARGO, MIKE BUMGARNER, GEORGE WALKER BUSH, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, MARK H. BUZBY, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, JAY HOOD, RICHARD B. CHENEY, JOHN DOE, MICHAEL V. HAYDEN, CONDOLEEZZA RICE, DONALD RUMSFELD, GEORGE TENET, DAVID M. THOMAS, BRUCE VARGO, WADE F. DAVIS, HARRY B. HARRIS, JR, MIKE BUMGARNER, BRICE GYURISKO, JAY HOOD, KYLE J. COZAD, DAVID HEATH, BARACK HUSSEIN OBAMA, II, ASHTON B. CARTER, PETER J. CLARKE, BARACK HUSSEIN OBAMA, II, BRUCE VARGO (Attachments: # 1 Declaration of Rear Admiral Peter J. Clarke) (Wolfe, Kristina) (Entered: 09/26/2016) |
| 09/26/2016 | 186 | ERRATA *to Notice to the Court* by MICHAEL BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, DONALD RUMSFELD, WADE F. DAVIS, HARRY B. HARRIS, JR, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, BARACK HUSSEIN |

OBAMA, II, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GORDON R. ENGLAND, JAY HOOD, DONALD RUMSFELD, ROBERT GATES, DAVID THOMAS, JR, BRUCE VARGO, NELSON J. CANNON, JAY HOOD, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, NELSON J. CANNON, JAY HOOD, BARACK HUSSEIN OBAMA, II, GEORGE WALKER BUSH, BRICE GYURISKO, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MICHAEL BUMGARNER, JAY HOOD, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD, ROBERT M. GATES, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, DONALD RUMSFELD, GEORGE WALKER BUSH, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE VARGO, NELSON J. CANNON, JAY HOOD, BRICE GYURISKO, BARACK HUSSEIN OBAMA, II, ROBERT M. GATES, DAVID M. THOMAS, BRUCE VARGO, MIKE BUMGARNER, MIKE BUMGARNER, MIKE BUMGARNER, JAY HOOD, MIKE BUMGARNER, NELSON J. CANNON, MICHAEL I. BUMGARNER, BRICE GYURISKO, DONALD RUMSFELD, ROBERT GATES, BRICE GYURISKO, JAY HOOD, DAVID M. THOMAS, JR, BRUCE VARGO, MIKE BUMGARNER, GEORGE WALKER BUSH, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, MARK H. BUZBY, ROBERT M. GATES, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, JAY HOOD, RICHARD B. CHENEY, JOHN DOE, ROBERT M. GATES, MICHAEL V. HAYDEN, CONDOLEEZZA RICE, DONALD RUMSFELD, GEORGE TENET, DAVID M. THOMAS, BRUCE VARGO, WADE F. DAVIS, HARRY B. HARRIS, JR, MIKE BUMGARNER, BRICE GYURISKO, JAY HOOD, BRUCE VARGO (239 in 1:08-cv-01440-CKK, 1876 in 1:09-cv-00745-RCL, 264 in 1:05-cv-02371-UNA, 452 in 1:05-cv-01124-RMC, 101 in 1:09-cv-00031-UNA, 360 in 1:05-cv-01971-RMC, 277 in 1:05-cv-01506-RMC, 287 in 1:05-cv-01638-CKK, 234 in 1:05-cv-01983-UNA, 413 in 1:08-cv-01360-UNA, 673 in 1:05-cv-00280-GK, 279 in 1:05-cv-01592-UNA, 175 in 1:05-cv-01623-UNA, 171 in 1:08-cv-01236-JDB, 126 in 1:08-cv-01228-RMC, 2005 in 1:08-mc-00442-TFH, 422 in 1:05-cv-02104-RBW, 410 in 1:05-cv-01048-UNA, 301 in 1:06-cv-01690-RBW, 351 in 1:05-cv-01646-JDB, 149 in 1:07-cv-02337-UNA, 241 in 1:08-cv-01923-GK, 22 in 1:08-cv-01645-RJL, 222 in 1:05-cv-02387-RMC, 1088 in 1:04-cv-01194-UNA, 403 in 1:05-cv-02479-UNA, 481 in 1:05-cv-00569-UNA, 184 in 1:08-cv-01238-UNA, 255 in 1:05-cv-00764-CKK-AK, 152 in 1:06-cv-01725-EGS, 155 in 1:05-cv-02223-RJL, 255 in 1:05-cv-02380-CKK, 2053 in 1:05-cv-02386-RBW, 122 in 1:05-cv-02348-EGS, 356 in 1:05-cv-01607-RCL, 450 in 1:04-cv-02022-PLF, 258 in 1:08-cv-01207-RCL, 1063 in 1:04-cv-01254-RCL, 185 in 1:08-cv-02083-PLF, 127 in 1:05-cv-01312-RJL, 321 in 1:05-cv-00883-RBW, 309 in 1:05-cv-02186-UNA, 328 in 1:05-cv-00023-UNA) Notice (Other),,,,,,,,, filed by ASHTON B. CARTER, RICHARD B. CHENEY, DAVID HEATH, BRUCE VARGO, MIKE BUMGARNER, NELSON J. CANNON, GEORGE TENET, DAVID M. THOMAS, MICHAEL I. BUMGARNER, PETER J. CLARKE, JEFFREY HABERSON, TOM COPERMAN, GEORGE WALKER BUSH, JOHN DOE, ROBERT GATES, COMMANDER, JOINT TASK FORCE, GTMO, HARRY B. HARRIS, JR., ROBERT M. GATES, JOSE R. MONTEAGUDO, MICHAEL V. HAYDEN, DONNIE THOMAS, MICHAEL BUMGARNER, KYLE J. COZAD, JAY HOOD, DONALD H. RUMSFELD, BRICE GYURISKO, DAVID M. THOMAS, JR., BRUCE E. VARGO, DAVID E. HEATH, CONDOLEEZZA RICE, DONALD RUMSFELD, DAVID THOMAS, JR., COMMANDER, PRISON CAMP, GTMO, TOM COPEMAN, STEVEN BLAISDELL, WADE F. DAVIS, JOHN D. ALTENBURG, JR., MARK H. BUZBY, BARACK HUSSEIN OBAMA, II, GORDON R. ENGLAND. (Attachments: # 1

| | | Appendix Notice to Court, # 2 Declaration of Rear Admiral Peter J. Clarke)(Wolfe, Kristina) (Entered: 09/26/2016) |
|---|---|---|
| 09/27/2016 | 187 | NOTICE *of Classified Filing* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Henry, Terry) (Entered: 09/27/2016) |
| 01/06/2017 | | MINUTE ORDER: The parties shall meet for a status conference on March 22, 2017 at 10:00 a.m. in Courtroom 29A. The parties shall be prepared to advise the Court on how they wish to proceed in this case given the eight pending motions. Signed by Judge Paul L. Friedman on January 6, 2017. (MA) (Entered: 01/06/2017) |
| 03/22/2017 | | Minute Entry; for proceedings held before Judge Paul L. Friedman: Status Conference (closed session) held on 3/22/2017. (Court Reporter Lisa Foradori) (hs) (Entered: 03/22/2017) |
| 03/22/2017 | | MINUTE ORDER: The government shall file a status report on or before June 30, 2017, regarding the issues discussed at the status conference on March 22, 2017. Signed by Judge Paul L. Friedman on March 22, 2017. (MA) (Entered: 03/22/2017) |
| 03/22/2017 | | Set/Reset Deadlines: Status Report due by 6/30/2017 (tj) (Entered: 03/22/2017) |
| 03/27/2017 | | MINUTE ORDER: Based on the representations of Mr. Al-Baluchi's counsel at the status conference on March 22, 2017, the motion for injunctive relief regarding conditions of confinement 153 is withdrawn. Signed by Judge Paul L. Friedman on March 27, 2017. (MA) (Entered: 03/27/2017) |
| 05/15/2017 | 188 | STATUS REPORT by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Wolfe, Kristina) (Entered: 05/15/2017) |
| 05/31/2017 | 189 | STATUS REPORT by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Wolfe, Kristina) (Entered: 05/31/2017) |
| 06/28/2017 | 190 | STATUS REPORT by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Wolfe, Kristina) (Entered: 06/28/2017) |
| 07/12/2017 | 191 | NOTICE *Regarding Camp Iguana* by ALL RESPONDENTS (Attachments: # 1 Exhibit 1 - Cashman Declaration)(Warden, Andrew) (Entered: 07/12/2017) |
| 09/10/2017 | 192 | STATUS REPORT by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Wolfe, Kristina) (Entered: 09/10/2017) |
| 09/28/2017 | 193 | NOTICE *Re: Appearance of Co-Counsel* by AMMAR AL-BALUCHI (Attachments: # 1 Exhibit A-C)(Sands, Jon) (Entered: 09/28/2017) |
| 10/11/2017 | 194 | NOTICE *Regarding Camp Five Echo Block* by MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, WADE F. DAVIS, HARRY B. HARRIS, JR, DONALD RUMSFELD, TOM COPEMAN, ROBERT M. GATES, BARACK HUSSEIN OBAMA, II, BRUCE VARGO, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GORDON R. ENGLAND, JAY HOOD, DONALD RUMSFELD, ROBERT GATES, DAVID THOMAS, JR, BRUCE VARGO, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, NELSON J. CANNON, JAY HOOD, BARACK HUSSEIN OBAMA, II, MIKE BUMGARNER, JAY HOOD, GEORGE WALKER BUSH, BRICE GYURISKO, BARACK HUSSEIN |

| | | |
|---|---|---|
| | | OBAMA, II, DONALD RUMSFELD, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE E. VARGO, ROBERT M. GATES, MIKE BUMGARNER, GEORGE WALKER BUSH, DONALD RUMSFELD, NELSON J. CANNON, JAY HOOD, STEVEN BLAISDELL, TOM COPEMAN, ROBERT GATES, BRICE GYURISKO, JAY HOOD, BARACK HUSSEIN OBAMA, II, NELSON J. CANNON, JAY HOOD, MIKE BUMGARNER, ROBERT M. GATES, JEFFREY HABERSON, DONNIE THOMAS, TOM COPERMAN, BRUCE VARGO, MIKE BUMGARNER, JAY HOOD, ASHTON B. CARTER, JOHN DOE, DAVID E. HEATH, JOSE R. MONTEAGUDO, NELSON J. CANNON, DONALD J. TRUMP, ROBERT GATES, ASHTON B. CARTER, PETER J. CLARKE, MIKE BUMGARNER, GEORGE WALKER BUSH, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, MARK H. BUZBY, BRUCE VARGO, JAY HOOD, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, RICHARD B. CHENEY, JOHN DOE, MICHAEL V. HAYDEN, CONDOLEEZZA RICE, DONALD RUMSFELD, GEORGE TENET, DAVID M. THOMAS, BRUCE VARGO, EDWARD B. CASHMAN, DAVID CULPEPPER, JAMES N. MATTIS, HARVEY RISHIKOF, DONALD J. TRUMP, WADE F. DAVIS, HARRY B. HARRIS, JR, KYLE J. COZAD, DAVID HEATH, BARACK HUSSEIN OBAMA, II, DONALD J. TRUMP, ASHTON B. CARTER, PETER J. CLARKE, BARACK HUSSEIN OBAMA, II, DONALD J. TRUMP, DAVID M. THOMAS, JR, BRUCE VARGO (Attachments: # 1 Exhibit 1: Cashman Declaration)(Warden, Andrew) (Entered: 10/11/2017) |
| 10/17/2017 | 195 | STATUS REPORT by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Wolfe, Kristina) (Entered: 10/17/2017) |
| 12/27/2017 | | MINUTE ORDER. In light of the denial of the petition for a writ of certiorari in Al-Nashiri v. Trump (No. 16-8966) and the seven pending motions in this case, the parties are hereby ordered to submit a joint status report regarding how they wish to proceed. See Dkt. Nos. 125 , 130 , 152 , 154 , 155 , 156 , and 157 . In particular, the parties shall address whether any motions are moot following the denial of certiorari in Al-Nashiri v. Trump; the need for oral argument with respect to any of the pending motions; the need for supplemental briefing with respect to any of the pending motions; whether any motions will remain ripe for resolution in the event that a stay is ordered; and the order in which the motions should be decided. The parties shall also advise the Court of the status of the ongoing military commission proceedings, including whether the military commission has made any rulings relevant to the motions now pending before this Court. The parties shall submit the joint status report on or before January 31, 2018. Status Report due by 1/31/2018. Signed by Judge Paul L. Friedman on 12/27/2017. (lcplf1) (Entered: 12/27/2017) |
| 12/27/2017 | | MINUTE ORDER directing the parties to submit a joint status report on or before January 31, 2018 informing the Court: (1) whether the government still seeks resolution of 8 respondents' motion for extension of time to comply with case management orders requiring exculpatory disclosures/certifications; and (2) whether Mr. Al-Baluchi still seeks resolution of 21 petitioner's motion for reconsideration of this Court's January 22, 2009 sua sponte denial of petitioner's January 13, 2009 motion for miscellaneous relief. Status Report due by 1/31/2018. Signed by Judge Paul L. Friedman on 12/27/2017. (lcplf1) (Entered: 12/27/2017) |
| 01/30/2018 | 196 | NOTICE Regarding Camp Four by ALL RESPONDENTS (Attachments: # 1 Exhibit Declaration of Rear Admiral Cashman)(Warden, Andrew) (Entered: |

| | | 01/30/2018) |
|---|---|---|
| 01/31/2018 | 197 | Joint STATUS REPORT by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Attachments: # 1 Exhibit A: AE 292JJJJJ, # 2 Exhibit B: AE 397F, # 3 Exhibit C: AE 397G, # 4 Exhibit D: AE 246E, # 5 Exhibit E: AE 018U, # 6 Exhibit F: AE 013BBBB, # 7 Exhibit G: AE 013ZZZ, # 8 Exhibit H: AE 286T)(Wolfe, Kristina) (Entered: 01/31/2018) |
| 03/05/2018 | 198 | ORDER denying as moot 8 respondents' notice of prior disclosure of exculpatory evidence and motion for extension of time; and denying as moot 21 petitioner's motion for reconsideration of this Court's January 22, 2009 decision denying as moot petitioner's motion for miscellaneous relief. Signed by Judge Paul L. Friedman on March 5, 2018. (MA) (Entered: 03/05/2018) |
| 03/05/2018 | 199 | SCHEDULING ORDER. Signed by Judge Paul L. Friedman on March 5, 2018. (MA) (Entered: 03/05/2018) |
| 03/06/2018 | | Set/Reset Deadlines: Motions due by 3/30/2018. Responses due by 4/30/2018 Replies due by 5/30/2018. (tj) (Entered: 03/06/2018) |
| 03/27/2018 | 200 | NOTICE *of Filing Updated Motion For Permanent Injunction Or Mandamus With Respect to Unlawful Trial By Capital Military Commission* by AMMAR AL-BALUCHI (Kaplan, Daniel) (Entered: 03/27/2018) |
| 04/24/2018 | 201 | ENTERED IN ERROR.....NOTICE *Regarding Camp II, Building 8* by MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD (Attachments: # 1 Exhibit Declaration) (Wiltsie, Ronald) Modified on 4/24/2018 to enter in error due to linkage issues; counsel will refile.(ztnr) (Entered: 04/24/2018) |
| 04/24/2018 | 202 | NOTICE *Regarding Camp II, Building (refiled due to linkage issue)* by MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, WADE F. DAVIS, HARRY B. HARRIS, JR, DONALD RUMSFELD, TOM COPEMAN, ROBERT M. GATES, BARACK HUSSEIN OBAMA, II, BRUCE VARGO, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GORDON R. ENGLAND, JAY HOOD, DONALD RUMSFELD, ROBERT GATES, DAVID THOMAS, JR, BRUCE VARGO, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, NELSON J. CANNON, JAY HOOD, BARACK HUSSEIN OBAMA, II, MIKE BUMGARNER, JAY HOOD, DONALD J. TRUMP, GEORGE WALKER BUSH, BRICE GYURISKO, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, ROBERT GATES, DAVID M. THOMAS, JR, BRUCE VARGO, MICHAEL BUMGARNER, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, GEORGE WALKER BUSH, JAY HOOD, DONALD H. RUMSFELD, ROBERT M. GATES, DAVID M. THOMAS, JR, BRUCE E. VARGO, ROBERT M. GATES, MIKE BUMGARNER, GEORGE WALKER BUSH, DONALD RUMSFELD, NELSON J. CANNON, JAY HOOD, STEVEN BLAISDELL, TOM COPEMAN, ROBERT GATES, BRICE GYURISKO, JAY HOOD, BARACK HUSSEIN OBAMA, II, NELSON J. CANNON, JAY HOOD, MIKE BUMGARNER, TOM COPERMAN, BRUCE VARGO, MIKE BUMGARNER, JAY HOOD, ASHTON B. CARTER, JOHN DOE, DAVID E. HEATH, JOSE R. MONTEAGUDO, NELSON J. CANNON, DONALD J. TRUMP, ROBERT GATES, GEORGE WALKER BUSH, HARRY B. HARRIS, JR, JAY HOOD, DONALD H. RUMSFELD, MARK H. BUZBY, BRUCE VARGO, JAY HOOD, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, RICHARD B. CHENEY, JOHN DOE, ROBERT M. GATES, MICHAEL V. HAYDEN, CONDOLEEZZA RICE, DONALD |

| | | |
|---|---|---|
| | | RUMSFELD, GEORGE TENET, DAVID M. THOMAS, BRUCE VARGO, EDWARD B. CASHMAN, DAVID CULPEPPER, JAMES N. MATTIS, HARVEY RISHIKOF, DONALD J. TRUMP, WADE F. DAVIS, HARRY B. HARRIS, JR, KYLE J. COZAD, DAVID HEATH, BARACK HUSSEIN OBAMA, II, DONALD J. TRUMP, DAVID M. THOMAS, JR, BRUCE VARGO (Attachments: # 1 Exhibit Declaration)(Wiltsie, Ronald) (Entered: 04/24/2018) |
| 04/30/2018 | 203 | MEMORANDUM re 200 Notice (Other) filed by AMMAR AL-BALUCHI by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Attachments: # 1 Exhibit A (Charge Sheet), # 2 Text of Proposed Order)(Wolfe, Kristina) (Entered: 04/30/2018) |
| 04/30/2018 | 204 | Cross MOTION to Hold in Abeyance *Habeas Petition Pending Completion of Military Commission Proceedings* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Memorandum in Support, # 2 Exhibit A (Charge Sheet), # 3 Text of Proposed Order)(Wolfe, Kristina) (Entered: 04/30/2018) |
| 05/18/2018 | 205 | Unopposed MOTION to Modify *Briefing Schedule on Pending Motions* by AMMAR AL-BALUCHI (Attachments: # 1 Text of Proposed Order)(Kaplan, Daniel) (Entered: 05/18/2018) |
| 05/24/2018 | 206 | ORDER granting 205 petitioner's unopposed motion to modify briefing schedule on pending motions. Petitioner shall submit his reply in support of his updated motion for permanent injunction or mandamus with respect to his unlawful capital military commission and response to respondents' updated cross-motion to hold petition in abeyance pending completion of military commission proceedings on or before July 13, 2018; and respondents shall submit their reply in support of their updated cross-motion to hold petition in abeyance pending completion of military commission proceedings on or before August 10, 2018. Signed by Judge Paul L. Friedman on May 24, 2018. (MA) (Entered: 05/24/2018) |
| 05/25/2018 | | Set/Reset Deadlines: Reply to Cross Motions due by 8/10/2018. Replies due by 7/13/2018. (tj) (Entered: 05/25/2018) |
| 07/13/2018 | 207 | NOTICE *of Filing Reply in Support of Updated Motion for Permanent Injunction or Mandamus with Respect to Unlawful Trial by Capital Military Commission and Response to Motion to Hold Case in Abeyance* by AMMAR AL-BALUCHI (Kaplan, Daniel) (Entered: 07/13/2018) |
| 08/10/2018 | 208 | REPLY to opposition to motion re 204 Cross MOTION to Hold in Abeyance *Habeas Petition Pending Completion of Military Commission Proceedings* filed by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Attachments: # 1 Exhibit A)(Wolfe, Kristina) (Entered: 08/10/2018) |
| 09/17/2018 | | MINUTE ORDER. In view of Mr. Al-Baluchi's updated motion 200 for permanent injunction or mandamus with respect to unlawful trial by capital military commission, and respondents' cross-motion 204 to hold in abeyance Mr. Al-Baluchi's habeas petition pending completion of military commission proceedings, the parties shall submit a joint report on or before September 28, 2018 proposing dates for oral argument between November 5, 2018 and November 8, 2018, or on November 14 or 15, 2018. The parties should also advise whether they believe all or only portions of the oral argument may be conducted in open court. Signed by Judge Paul L. Friedman on September 17, 2018. (MA) (Entered: 09/17/2018) |
| 09/21/2018 | | Set/Reset Deadlines: Joint Report due by 9/28/2018. (tj) (Entered: 09/21/2018) |

| | | |
|---|---|---|
| 09/28/2018 | 209 | Joint STATUS REPORT by AMMAR AL-BALUCHI, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO. (Wolfe, Kristina) (Entered: 09/28/2018) |
| 10/02/2018 | | MINUTE ORDER. The parties shall appear for a hearing on Mr. Al-Baluchi's updated motion 200 for permanent injunction or mandamus with respect to unlawful trial by capital military commission, and respondents' updated cross-motion 204 to hold in abeyance Mr. Al-Baluchi's habeas petition pending completion of military commission proceedings, on November 15, 2018 at 10:00 a.m. in Courtroom 29A before Judge Paul L. Friedman. Based on the parties' representations in their joint status report 209 , the hearing will be held in open court. The Court may close the end of the hearing to permit the discussion of classified or otherwise sensitive information if appropriate. Signed by Judge Paul L. Friedman on October 2, 2018. (MA) (Entered: 10/02/2018) |
| 10/02/2018 | | Set/Reset Hearings: Motion Hearing set for 11/15/2018 at 10:00 AM in Courtroom 29A before Judge Paul L. Friedman. (tj) (Entered: 10/02/2018) |
| 10/11/2018 | 210 | NOTICE of Change of Address by Terry Marcus Henry (Henry, Terry) (Entered: 10/11/2018) |
| 11/02/2018 | 211 | MOTION to Continue by AMMAR AL-BALUCHI (Attachments: # 1 Text of Proposed Order)(Kaplan, Daniel) (Entered: 11/02/2018) |
| 11/05/2018 | 212 | ORDER granting 211 petitioner's consent motion to continue motions hearing. The motions hearing currently scheduled for November 15, 2018 is VACATED, and the parties shall provide no later than November 16, 2018 a joint notice of available dates and times that they are available for the rescheduled motions hearing. Signed by Judge Paul L. Friedman on November 5, 2018. (MA) (Entered: 11/05/2018) |
| 11/14/2018 | 213 | NOTICE of Classified Filing by TOM COPERMAN, ROBERT M. GATES, BARACK HUSSEIN OBAMA, II, BRUCE VARGO, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES, BARACK HUSSEIN OBAMA, II, DAVID M. THOMAS, JR, BRUCE E. VARGO, ROBERT GATES, GEORGE WALKER BUSH, RICHARD B. CHENEY, JOHN DOE, ROBERT M. GATES, MICHAEL V. HAYDEN, CONDOLEEZZA RICE, DONALD RUMSFELD, GEORGE TENET, DAVID M. THOMAS, BRUCE VARGO, WADE F. DAVIS, HARRY B. HARRIS, JR, DONALD RUMSFELD, WADE F. DAVIS, HARRY B. HARRIS, JR, ROBERT GATES, DAVID THOMAS, JR, BRUCE VARGO (Wiltsie, Ronald) (Entered: 11/14/2018) |
| 11/16/2018 | 214 | NOTICE of Proposed Hearing Dates by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Wolfe, Kristina) (Entered: 11/16/2018) |
| 11/19/2018 | | MINUTE ORDER. Based on the parties' joint notice 214 , the parties shall appear for a hearing on Mr. Al-Baluchi's updated motion 200 for permanent injunction or mandamus with respect to unlawful trial by capital military commission, and respondents' updated cross-motion 204 to hold in abeyance Mr. Al-Baluchi's habeas petition pending completion of military commission proceedings, on February 27, 2019 at 10:00 a.m. in Courtroom 29A before Judge Paul L. Friedman. Signed by Judge Paul L. Friedman on November 19, 2018. (MA) (Entered: 11/19/2018) |
| 11/20/2018 | | Set/Reset Hearings: Motion Hearing set for 2/27/2019 at 10:00 AM in Courtroom 29A before Judge Paul L. Friedman. (tj) (Entered: 11/20/2018) |
| 02/25/2019 | 215 | NOTICE OF SUPPLEMENTAL AUTHORITY by AMMAR AL-BALUCHI |

| | | (Attachments: # 1 Supplement)(Kaplan, Daniel) (Entered: 02/25/2019) |
|---|---|---|
| 02/27/2019 | | Minute Entry for proceedings held before Judge Paul L. Friedman: Motion Hearing held on 2/27/2019 re 204 Cross MOTION to Hold in Abeyance *Habeas Petition Pending Completion of Military Commission Proceedings* filed by ROBERT M. GATES, COMMANDER, PRISON CAMP, GTMO, COMMANDER, JOINT TASK FORCE, GTMO and MOTION for preliminary injunction. Oral argument held, and motions taken under advisement. (Court Reporter: Bryan Wayne.) (ztj) (Entered: 02/28/2019) |
| 03/26/2019 | 216 | TRANSCRIPT OF 2/27/19 MOTIONS HEARING, before Judge Paul L. Friedman, held on February 27, 2019. Page Numbers: 1-54. Date of Issuance: 3/26/2019. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, t he transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/16/2019. Redacted Transcript Deadline set for 4/26/2019. Release of Transcript Restriction set for 6/24/2019.(Wayne, Bryan) (Entered: 03/26/2019) |
| 07/01/2019 | 217 | NOTICE OF SUPPLEMENTAL AUTHORITY by AMMAR AL-BALUCHI (Attachments: # 1 Exhibit)(Kaplan, Daniel) (Entered: 07/01/2019) |
| 07/29/2019 | 218 | ORDER denying 200 petitioner's motion to enjoin the proceedings of his military commission; granting 204 respondents' motion to hold in abeyance the habeas corpus proceedings in this Court; all habeas corpus proceedings in this Court are stayed until further court order; and the parties shall notify this Court within 30 days of the conclusion of the military commission, the imposition of any sentence, and the filing and resolution of any appeal. Signed by Judge Paul L. Friedman on July 29, 2019. (MA) (Entered: 07/29/2019) |
| 07/29/2019 | 219 | OPINION granting 204 respondents' motion to hold in abeyance the habeas corpus proceedings in this Court; and denying 200 petitioner's motion to enjoin the proceedings of his military commission. An Order consistent with this Opinion shall issue this same day. Signed by Judge Paul L. Friedman on July 29, 2019. (MA) (Entered: 07/29/2019) |
| 09/16/2019 | 220 | Unopposed MOTION for Extension of Time to File *Notice of Appeal* by AMMAR AL-BALUCHI (Attachments: # 1 Text of Proposed Order)(Kaplan, Daniel) (Entered: 09/16/2019) |
| 09/17/2019 | 221 | ORDER granting 220 petitioner's unopposed motion to extend notice of appeal deadline up to and including October 25, 2019. Signed by Judge Paul L. Friedman on September 17, 2019. (MA) (Entered: 09/17/2019) |

| | | |
|---|---|---|
| 09/19/2019 | | Set/Reset Deadlines: Notice of Appeal Deadline Extended due by 10/25/2019. (tj) (Entered: 09/19/2019) |
| 02/13/2020 | 222 | NOTICE *of Filing Redacted Unclassified Updated Motion For Permanent Injunction or Mandamus With Respect to Unlawful Trial By Capital Military Commission* by AMMAR AL-BALUCHI (Attachments: # 1 Exhibit)(Kaplan, Daniel) (Entered: 02/13/2020) |
| 03/09/2022 | 223 | NOTICE of Appearance by Alka Pradhan on behalf of AMMAR AL-BALUCHI (Pradhan, Alka) (Entered: 03/09/2022) |
| 03/10/2022 | 224 | NOTICE of Appearance by James G. Connell, III on behalf of AMMAR AL-BALUCHI (Connell, James) (Entered: 03/10/2022) |
| 03/10/2022 | 225 | MOTION to Lift Stay *And Compel Mixed Medical Commission* by AMMAR AL-BALUCHI. (Attachments: # 1 Exhibit Mr. al Baluchis Letter to Department of Defense Requesting a Mixed Medical Commission (May 5, 2020), # 2 Exhibit 15 September 2020 Email from Kathryn C. Davis to Alka Pradhan, # 3 Exhibit AE628RRRRR (AAA), Mr. al Baluchis Notice of Exhibits, Att. C: Report of the Office of the CIA Inspector General Regarding Allegations of Torture By Ammar al Baluchi, # 4 Exhibit Report of Stephen Xenakis regarding evaluation of Ammar al Baluchi, August 2015, # 5 Exhibit Report of Dr. David Hanrahan regarding evaluation of Ammar al Baluchi, October 2018, # 6 Exhibit Report of Dr. Ruben Gur regarding volumetric analysis of al Baluchi MRI, April 2019, # 7 Exhibit Report of Dr. Leo Shea III regarding evaluation of Ammar al Baluchi, January 2020, # 8 Exhibit Appendix to Respondents Motion for Reconsideration of Order Granting [Mr. al Qahtanis] Motion to Compel Examination by a Mixed Medical Commission, # 9 Exhibit Unclassified Statements of Ammar al Baluchi, # 10 Exhibit Opinion 89/2017 of the United Nations Working Group on Arbitrary Detention (24 January 2018), Doc. A/HRC/WGAD/2017/89)(Pradhan, Alka). Added MOTION to Compel on 3/11/2022 (znmw). (Entered: 03/10/2022) |
| 03/21/2022 | 226 | Unopposed MOTION for Extension of Time to File Response/Reply as to 225 MOTION to Lift Stay *And Compel Mixed Medical Commission* MOTION to Compel by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 03/21/2022) |
| 03/21/2022 | 227 | ORDER granting 226 respondents' unopposed motion for an extension of time up to and including April 29, 2022 within which to file their response to petitioner's motion to lift stay on habeas proceedings and compel examination by a mixed medical commission 225 . Signed by Judge Paul L. Friedman on March 21, 2022. (MA) (Entered: 03/21/2022) |
| 04/29/2022 | 228 | Memorandum in opposition to re 225 MOTION to Lift Stay *And Compel Mixed Medical Commission* MOTION to Compel filed by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Text of Proposed Order)(Sur, Indraneel) (Entered: 04/29/2022) |
| 04/29/2022 | 229 | NOTICE *of classified filing in respect of response to motion* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES re 228 Memorandum in Opposition, (Sur, Indraneel) (Entered: 04/29/2022) |
| 05/04/2022 | 230 | Unopposed MOTION for Extension of Time to File Response/Reply as to 225 MOTION to Lift Stay *And Compel Mixed Medical Commission* MOTION to |

| | | |
|---|---|---|
| | | Compel *Mixed Medical Commission* by AMMAR AL-BALUCHI. (Attachments: # 1 Text of Proposed Order Text of Proposed Order)(Pradhan, Alka) (Entered: 05/04/2022) |
| 05/05/2022 | 231 | ORDER granting 230 Unopposed Motion for Extension of Time. Petitioner shall file his reply in support of his 225 Motion to Lift Stay on Habeas Proceedings and Compel Examination by a Mixed Medical Commission on or before May 27, 2022. Signed by Judge Paul L. Friedman on May 5, 2022. (ATM) (Entered: 05/05/2022) |
| 05/25/2022 | 232 | Second MOTION for Extension of Time to File Response/Reply as to 225 MOTION to Lift Stay *And Compel Mixed Medical Commission* MOTION to Compel *Mixed Medical Commission* by AMMAR AL-BALUCHI. (Attachments: # 1 Text of Proposed Order Proposed Order)(Pradhan, Alka) (Entered: 05/25/2022) |
| 05/26/2022 | 233 | ORDER granting 232 Petitioner's Unopposed Motion for a Second Extension of Time. Petitioner shall file his reply in support of his 225 Motion to Lift Stay on Habeas Proceedings and Compel Examination by a Mixed Medical Commission on or before July 29, 2022. Signed by Judge Paul L. Friedman on May 26, 2022. (ATM) (Entered: 05/26/2022) |
| 05/26/2022 | | Set/Reset Deadlines: Reply due by 7/29/2022. (zgdf) (Entered: 05/26/2022) |
| 06/06/2022 | 234 | NOTICE REGARDING CERTAIN BUILDINGS WITHIN CAMP DELTA by ALL RESPONDENTS. (Attachments: # 1 Exhibit)(ztnr) (Entered: 06/06/2022) |
| 06/06/2022 | 235 | SEALED DOCUMENT filed by LLOYD J. AUSTIN, III, JOSEPH R. BIDEN, JR, ANTONY BLINKEN, EDWARD B. CASHMAN, GEORGE WALKER BUSH, WADE F. DAVIS, HARRY B. HARRIS, JR, DONALD RUMSFELD, TOM COPEMAN, ROBERT M. GATES, BARACK HUSSEIN OBAMA, II, BRUCE VARGO, JOHN D. ALTENBURG, JR, MICHAEL BUMGARNER, GORDON R. ENGLAND, JAY HOOD, ROBERT GATES, BARACK HUSSEIN OBAMA, II, DAVID THOMAS, JR, BRUCE VARGO, MIKE BUMGARNER, GEORGE WALKER BUSH, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, MIKE BUMGARNER, JAY HOOD, DONALD J. TRUMP, BRICE GYURISKO, JAY HOOD, BARACK HUSSEIN OBAMA, II, DONALD RUMSFELD, ROBERT GATES, DAVID M. THOMAS, JR, JAY HOOD, DONALD HENRY RUMSFELD, DAVID M. THOMAS, JR, BRUCE E. VARGO, ROBERT M. GATES, MIKE BUMGARNER, NELSON J. CANNON, JAY HOOD, LLOYD J. AUSTIN, III, JOSEPH R. BIDEN, JR, LANCE A. OKAMURA, STEVEN BLAISDELL, TOM COPEMAN, ROBERT GATES, BRICE GYURISKO, BARACK HUSSEIN OBAMA, II, NELSON J. CANNON, MIKE BUMGARNER, ALL RESPONDENTS, JOSEPH R. BIDEN, TOM COPERMAN, BRUCE VARGO, ROBERT M. GATES, DONNIE THOMAS, MIKE BUMGARNER, JAY HOOD, ASHTON B. CARTER, JOHN DOE, DAVID E. HEATH, JOSE R. MONTEAGUDO, LLOYD J. AUSTIN, III, GEORGE WALKER BUSH, HARRY B. HARRIS, JR, DONALD HENRY RUMSFELD, MARK H. BUZBY, ROBERT M. GATES, COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, RICHARD B. CHENEY, JOHN DOE CORPORATION, MICHAEL V. HAYDEN, CONDOLEEZZA RICE, DONALD RUMSFELD, GEORGE TENET, DAVID M. THOMAS, BRUCE VARGO, EDWARD B. CASHMAN, DAVID CULPEPPER, JAMES N. MATTIS, HARVEY RISHIKOF, DONALD J. TRUMP, WADE F. DAVIS, HARRY B. HARRIS, JR, KYLE J. COZAD, DONALD HEATH, DONALD J. TRUMP, LLOYD J. AUSTIN, III, JOSEPH R. BIDEN, JR, PETER J. CLARKE, BRUCE VARGO, JAY HOOD(This document is SEALED and only available to authorized persons.) (Heiman, Julia) (Entered: 06/06/2022) |

| | | |
|---|---|---|
| 07/29/2022 | 236 | REPLY to opposition to motion re 225 MOTION to Lift Stay *And Compel Mixed Medical Commission* MOTION to Compel *Mixed Medical Commission* filed by AMMAR AL-BALUCHI. (Pradhan, Alka) (Entered: 07/29/2022) |
| 07/29/2022 | 237 | MOTION for Hearing re 225 MOTION to Lift Stay *And Compel Mixed Medical Commission* MOTION to Compel by AMMAR AL-BALUCHI. (Pradhan, Alka) (Entered: 07/29/2022) |
| 08/03/2022 | 238 | Unopposed MOTION for Extension of Time to File Response/Reply as to 237 MOTION for Hearing re 225 MOTION to Lift Stay *And Compel Mixed Medical Commission* MOTION to Compel by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Attachments: # 1 Text of Proposed Order)(Wolfe, Kristina) (Entered: 08/03/2022) |
| 08/05/2022 | 239 | ORDER granting respondent's 238 Unopposed Motion for Extension of Time to File Response/Reply. Respondents shall file their response to petitioner's 237 Motion for Evidentiary Hearing in Support of Motion to Lift Stay on Habeas Proceedings and Compel Examination by a Mixed Medical Commission on or before September 1, 2022. Signed by Judge Paul L. Friedman on August 5, 2022. (ATM) (Entered: 08/05/2022) |
| 09/01/2022 | 240 | Memorandum in opposition to re 237 Motion for Hearing filed by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES. (Attachments: # 1 Text of Proposed Order)(Sur, Indraneel) (Entered: 09/01/2022) |
| 09/06/2022 | 241 | Unopposed MOTION for Extension of Time to File Response/Reply as to 237 MOTION for Hearing re 225 MOTION to Lift Stay *And Compel Mixed Medical Commission* MOTION to Compel by AMMAR AL-BALUCHI. (Attachments: # 1 Text of Proposed Order)(Pradhan, Alka) (Entered: 09/06/2022) |
| 09/06/2022 | 242 | ORDER granting 241 Motion for Extension of Time to File Response/Reply as to 237 MOTION for Hearing. Signed by Judge Paul L. Friedman on September 6, 2022. (ATM) (Entered: 09/06/2022) |
| 09/08/2022 | 243 | NOTICE OF FILING REDACTED DOCUMENT to 228 Memorandum in Opposition, *and Notice of Classified Filing* by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Exhibit)(Sur, Indraneel) (Entered: 09/08/2022) |
| 10/03/2022 | 244 | REPLY to opposition to motion re 237 MOTION for Hearing re 225 MOTION to Lift Stay *And Compel Mixed Medical Commission* MOTION to Compel filed by AMMAR AL-BALUCHI. (Pradhan, Alka) (Entered: 10/03/2022) |
| 01/27/2023 | 245 | STATUS REPORT by AMMAR AL-BALUCHI. (Attachments: # 1 Exhibit Exhibit A - Second Opinion MRI Report)(Pradhan, Alka) (Entered: 01/27/2023) |
| 04/14/2023 | 246 | NOTICE OF SUPPLEMENTAL AUTHORITY by COMMANDER, JOINT TASK FORCE, GTMO, COMMANDER, PRISON CAMP, GTMO, ROBERT M. GATES (Attachments: # 1 Exhibit Decision in DDC 20cv3344)(Sur, Indraneel) (Entered: 04/14/2023) |
| 04/19/2023 | 247 | Second STATUS REPORT by AMMAR AL-BALUCHI. (Attachments: # 1 Exhibit Nov 22 MRI Report, # 2 Exhibit Mar 22 MRI Report)(Pradhan, Alka) (Entered: 04/19/2023) |
| 06/28/2023 | 248 | NOTICE OF SUPPLEMENTAL AUTHORITY by AMMAR AL-BALUCHI (Attachments: # 1 Exhibit Report on the Technical Visit to the United States and |

| | | |
|---|---|---|
| | | Guantnamo Detention Facility by the Special Rapporteur on the Promotion and Protection of Human Rights and Fundamental Freedoms while Countering Terrorism, # 2 Exhibit United States Submission in Response to the Report of the Special Rapporteur on the Promotion and Protection of Human Rights and Fundamental Freedoms while Countering Terrorism)(Pradhan, Alka) (Entered: 06/28/2023) |
| 09/08/2023 | 249 | OPINION AND ORDER DENYING petitioner Ammar Al-Baluchi's 225 Motion to Lift Stay on Habeas Proceedings and Compel Examination by a Mixed Medical Commission and 237 Motion for Evidentiary Hearing in Support of Motion to Lift Stay on Habeas Proceedings and Compel Examination by a Mixed Medical Commission. See Opinion and Order for details. Signed by Judge Paul L. Friedman on September 8, 2023. (lceh) (Entered: 09/08/2023) |
| 11/03/2023 | 250 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 249 Order,, Memorandum & Opinion, by AMMAR AL-BALUCHI. Fee Status: No Fee Paid. Parties have been notified. (Pradhan, Alka) (Entered: 11/03/2023) |
| 11/06/2023 | 251 | Transmission of the Notice of Appeal, Order Appealed ( Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 250 Notice of Appeal to DC Circuit Court. (zjm) (Entered: 11/06/2023) |
| 11/06/2023 | 252 | MOTION for Leave to Appeal in forma pauperis by AMMAR AL-BALUCHI. (Pradhan, Alka) (Main Document 252 replaced on 11/6/2023) (zjm). (Entered: 11/06/2023) |
| 11/07/2023 | | MINUTE ORDER as to Ammar Al-Baluchi granting petitioner's 252 Motion for Leave to Appeal in forma pauperis from the Court's 249 Opinion and Order dated September 8, 2023. Signed by Judge Paul L. Friedman on November 7, 2023. (ATM) (Entered: 11/07/2023) |
| 11/08/2023 | | USCA Case Number 23-5251 for 250 Notice of Appeal to DC Circuit Court filed by AMMAR AL-BALUCHI. (znmw) (Entered: 11/09/2023) |