**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action Nos.<br><br>04-CV-1194, 04-CV-1254, 05-CV-0023, 05-CV-0247,<br>05-CV-0569, 05-CV-0764, 05-CV-1048, 05-CV-1310,<br>05-CV-1347, 05-CV-1487, 05-CV-1497, 05-CV-1592,<br>05-CV-1623, 05-CV-1714, 05-CV-1983, 05-CV-2197,<br>05-CV-2336, 05-CV-2385, 05-CV-2479, 06-CV-1684,<br>06-CV-1765, 06-CV-1766, 06-CV-1767, 08-CV-1222,<br>08-CV-1360, 08-CV-2083, 09-CV-0745, 09-CV-0873,<br>09-CV-1385, 10-CV-0407,  16-CV-2358,<br>17-CV-1928, 21-CV-907, 25-CV-0015 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6(b), notice is hereby given to the parties and the Court of the withdrawal of appearance of Terry M. Henry as counsel for Respondents in the above-captioned matters due to counsel's retirement from the United States Department of Justice. Respondents remain represented by other counsel from the Department of Justice, as reflected on the Court's docket, and by any other Department of Justice counsel who enter an appearance.

Dated: May 10, 2025

Respectfully submitted,

 /s/ Terry M. Henry
TERRY M. HENRY
Assistant Branch Director
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW   Rm. 7500
Washington, D.C.  20005
Tel: (202) 514-4107
E-mail: Terry.Henry@usdoj.gov

Counsel for Respondents